8. Pursuant to Florida Statutes Section 48.193(7), Defendant **DEFENDANTS** are subject to personal jurisdiction in Florida because they breached her contract with Plaintiff **ROCA** within the State of Florida.

9. Joinder of **DEFENDANTS** herein is permissive as this action arises out of the same contractual obligation under the agreed terms of purchase, the parties have united interest, joinder herein would result in expeditious disposition of litigation without any hardship to DEFENDANTS and same would avoid the multiplicity of suits.

## GENERAL ALLEGATIONS

### A.  PLAINTIFF/ROCA

10. **ROCA** is a Florida for profit corporation that was formed in 2006 as Appealing Ventures, Inc.  It changed its name to Roca Labs, Inc. in 2009.

11. **ROCA** manufactures food additives (sometimes referred to a nutraceuticals) and is the inventor of the proprietary Gastric Bypass Alternative® that is an effective weight loss option for people who are trying to lose more than 50 pounds.

12. **ROCA's** products have been purchased and used by thousands of people as a surgery free alternative to gastric bypass.

13. **ROCA** markets and sells its products through its website "www.rocalabs.com", where information on its products is available and consumers can purchase the product directly.

14. **ROCA** has made significant investments in product development and in its intellectual property rights.

15. **ROCA** owns numerous registered trademarks including: Roca Labs®, Gastric Bypass Alternative®, Gastric Bypass Surgery Alternative®, Gastric Bypass Effect®, Gastric

Bypass Results®, Natural Gastric Bypass®, Gastric Bypass No Surgery® and Anti Cravings®. Roca's trademarks are inherently distinctive.

16. **ROCA** has invested heavily in an online marketing and advertising program that has run in Florida and across the United States.

17. **ROCA** has a unique Money Back Reward program, where **ROCA** pays individuals for sharing their weight loss success stories.

18. **ROCA** relies upon its reputation and the weight loss success of its customers to generate new business and attract new customers.

19. A search for Roca Labs on YouTube, pulls up more than 6,000 results, most of which are weight loss videos shared by individuals.

20. **ROCA** sells its products to nearly all of its consumers at a discounted price in consideration for the consumers' agreement to help promote ROCA's weight loss program.

21. In consideration for a significant product discount (discounts average $800), **DEFENDANTS** herein, agreed as part of their purchase, that regardless of their outcome, **DEFENDANTS** would not speak, publish, print, blog or write negatively about **ROCA** or its products in any forum (*See* **Exhibit "1"**):

> *Conditional Discount Price*
>
> *(5) If you purchased the Formula at a conditional discounted rate, you agree that you WILL NOT speak or publish, in any forum, criticism of the Product or the Company, and that any published statements will be immediately removed upon the Company's Request. You agree that any published opinion by you about the Product or the Company will not carry with it advertisements of any kind or result in any financial benefit to you unless pre-approved by the Company.*
>
> *Agreement not to Comment Negatively*
> *(2) the announcement, writing, or publication of any such or other claim in any media or forum will constitute a breach of this agreement, to which The Customer*

*entered willingly and with full knowledge of the components of The Formula and its properties and TheSupport; (3) You agree that any such negative claim will constitute defamation per se; (4)Do not purchase the Formula or Support if you do not agree to this "No Negative Comment Clause."*

22. The agreement is part of **DEFENDANTS**' purchase orders and is a binding contract between **ROCA** and **DEFENDANTS**.

23. This contractual agreement would restrict **DEFENDANTS** from posting negative/critical comments online.

   **B. DEFENDANT SCHAIVE**

24. Defendant **SCHAIVE** is an individual residing at 8000 Wilson Terrace, Springfield, IL 62712.

25. On March 25, 2014 Defendant **SCHAIVE** contacted Plaintiff **ROCA** to inquire about purchasing products from **ROCA**.

26. Defendant **SCHAIVE** completed a questionnaire in which she wrote that she weighed 196 pounds, had been overweight for seventeen years, wanted to lose 77 pounds, had tried numerous other weight loss products and had failed in her past attempts. *See* **Exhibit "2" SCHAIVE Questionnaire**.

27. Defendant **SCHAIVE** further complained that she was depressed and didn't like to look at herself in the mirror. *See* **Exhibit "2"**

28. Defendant **SCHAIVE** further complained that she had problems snacking all day, ate junk food, sweets and high fat food, could not stop her bad habits and did not exercise. *See* **Exhibit "2"**

29. In essence Defendant **SCHAIVE** was depressed, obese and had no control over her eating.

30. On March 25, 2014 Defendant **SCHAIVE** purchased a gastric bypass alternative program from Plaintiff **ROCA** a in the amount of $582.00.  Defendant paid this amount via credit card.  *See* **Exhibit "3"** **SCHAIVE Purchase Order**.

31. Defendant **SCHAIVE** purchased the product at a discounted amount in consideration for her agreement to help promote Plaintiff **ROCA** products and not to speak negatively about **ROCA**.  *See* Exhibit "1".

32. On April 9, 2014 Defendant **SCHAIVE** contacted Plaintiff **ROCA** seeking receive a refund for the product. *See* Exhibit "4"/**SCHAIVE Communication Log**.

33. Defendant **SCHAIVE** was aware that the product she purchased was customized and had a no return / refund policy and agreed to this term at the time of purchase: *See* Exhibit "1"

> *Return and Refund Policy*
>
> *However, cancelation or refund are NOT possible once the Formula preparation has begun which is immediately when the doctor approves the qualification form and within 24 hours of submitting the application.(no cancellations for Rush/Urgent orders) The safety sticker on the box calls for your attention to the Terms of the use of the Formula but not to the Terms of the purchase. If you do not agree, do not use the Formula, but as stated herein, no refund is available.*

34. On May 19, 2014 Defendant **SCHAIVE** filed a public complaint against Plaintiff **ROCA** with the Better Business Bureau of West Florida (hereinafter **"BBB"**).  In her online complaint, Defendant **SCHAIVE** wrote in part "I learned the main ingredient in the product is sand" and "It was the equivalent to eating silly putty."  *See* Exhibit "5" **Copy of SCHAIVE BBB Complaint and image below**.



35. Defendant **SCHAIVE** breached her contract with Plaintiff **ROCA** by reason of posting her negative comments online and by doing so admitted to committing defamation *per se* under the terms of the subject contract (*See* Exhibit "1" & "3")

> ***Agreement not to Comment Negatively***
>
> *(2) the announcement, writing, or publication of any such or other claim in any media or forum will constitute a breach of this agreement, to which The Customer entered willingly and with full knowledge of the components of The Formula and its properties and The Support; (3) You agree that any such negative claim will constitute **defamation per se;** (4)Do not purchase the Formula or Support if you do not agree to this "No Negative Comment Clause."(emphasis added)*

## C. DEFENDANT RICHMAN

36. Defendant **RICHMAN** is an individual residing at 505 West Lockhart Street, Sayre PA 18840-1312.

37. On February 26, 2014 Defendant **RICHMAN** contacted Plaintiff **ROCA** to inquire about purchasing products from **ROCA**.

38. Defendant **RICHMAN** completed a questionnaire in which she wrote that she was five

foot six, weighed 198 pounds, had been overweight for 3 years, wanted to lose 71 pounds,

had tried numerous other weight loss products and had failed in her past attempts. *See*

**Exhibit "6" RICHMAN Questionnaire**.

39. Defendant **RICHMAN** further complained that she eats all day and she didn't want her

weight to slow her down anymore. *See* **Exhibit "6"**

40. Defendant **RICHMAN** further complained that she had problems affect her sex life and

marriage and she felt uncomfortable with her body which led to stress and more eating.

*See* **Exhibit "6"**

41.  In essence Defendant **RICHMAN** was depressed, obese and had no control over her

eating.

42. On February 27, 2014 Defendant **RICHMAN** purchased a gastric bypass alternative

program from Plaintiff **ROCA** a in the amount of $535.50.  Defendant paid this amount

via credit card.  *See* **Exhibit "7**" **RICHMAN Purchase Order**.

43. Defendant **RICHMAN** purchased the product at a discounted amount in consideration for

her agreement to help promote Plaintiff **ROCA** products and not to speak negatively about

**ROCA**.  *See* Exhibit "1" and paragraph 21 herein.

44. On April 13, 2014 Defendant **RICHMAN** contacted Plaintiff **ROCA** seeking receive a

refund for the product. *See* Exhibit "8"/**RICHMAN Communication Log**.

45. Defendant **RICHMAN** was aware that the product she purchased was customized and had
a no return / refund policy and agreed to this term at the time of purchase: *See* Exhibit "1"

> *Return and Refund Policy*
>
> *However, cancelation or refund are NOT possible once the Formula preparation
> has begun which is immediately when the doctor approves the qualification form*
>
> *and within 24 hours of submitting the application.(no cancellations for*
>
> *Rush/Urgent orders) The safety sticker on the box calls for your attention to*

*the Terms of the use of the Formula but not to the Terms of the purchase. If*
*you do not agree, do not use the Formula, but as stated herein, no refund is*
*available.*

46. On April 16, 2014 Defendant **RICHMAN** filed a public complaint against Plaintiff

   **ROCA** with the Better Business Bureau of West Florida (hereinafter **"BBB"**).  In her

   online complaint, Defendant **RICHMAN** wrote in part "this product made me physically

   sick" and the "product is clearly a scam" and "junk".  *See* Exhibit "9" **Copy of**

   **RICHMAN Complaint and image below**.

## BBB CASE#: 67277302

| | |
|---|---|
| Complaint filed by: | Melissa Richman    **(More)** |
| Complaint filed against: | Roca Labs Nutraceutical USA    **(More)** |
| Complaint status: | Send Business' Rebuttal Response to Consumer    **(More)** |
| Case Description: | This product left me physically sick after following all directions to the letter and the company does not respond to...    **(More)** |
| Category: | Product Issues |
| Case opened date: | 04/16/2014 |
| Case closed date: | 05/30/2014 |
| Desired Resolution: | What would be best would be an apology from the company for selling me something that made me sick, just...    **(More)** |

**Download a copy of this complaint so you can print it for your records**

47. Defendant **RICHMAN** breached her contract with Plaintiff **ROCA** by reason of posting

   her negative comments online and by doing so admitted to committing defamation *per se*

   under the terms of the subject contract (*See* Exhibit "1" & "7")

   *Agreement not to Comment Negatively*

   *(2) the announcement, writing, or publication of any such or other claim in any*
   *media or forum will constitute a breach of this agreement, to which The Customer*
   *entered willingly and with full knowledge of the components of The Formula and its*
   *properties and The Support; (3) You agree that any such negative claim will*
   *constitute* **defamation per se;** *(4)Do not purchase the Formula or Support if you do*
   *not agree to this "No Negative Comment Clause."(emphasis added)*

**D. <u>DEFENDANT MACCARO</u>**

48. Defendant **MACCARO** is an individual residing at 5001 Sail Rock Place, North Las
Vegas NV 89031-0907.

49. On February 16, 2014 Defendant **MACCARO** contacted Plaintiff **ROCA** to inquire about
purchasing products from **ROCA**.

50. Defendant **MACCARO** completed a questionnaire in which she wrote that she was five
feet tall, weighed 315 pounds, had been overweight for 22 years, wanted to lose 205
pounds, had tried numerous other weight loss products and had failed in her past attempts.
*See* **Exhibit "10" MACCARO Questionnaire**.

51. Defendant **MACCARO** further complained that had physical limitations due to her
weight. *See* **Exhibit "10"**

52. Defendant **MACCARO** further complained that she had problems snacking all day, ate
junk food, sweets and high fat food, could not stop her bad habits and did not exercise. *See*
**Exhibit "10"**

53. In essence Defendant **MACCARO** had no control over her eating and was limited by her
weight.

54. On February 17, 2014, Defendant **MACCARO** purchased a gastric bypass alternative
program from Plaintiff **ROCA** a in the amount of $631.50 payable in three installments.
Defendant paid $210.50 this amount via credit card. Defendant failed to pay the remaining
installments on March 19, 2014 and April 18, 2014 per contractual agreement. *See*
**Exhibit "11" MACCARO Purchase Order**.

55. Defendant **MACCARO** purchased the product at a discounted amount in consideration for her agreement to help promote Plaintiff **ROCA** products and not to speak negatively about **ROCA**.  *See* Exhibit "1".

56. Defendant **MACCARO** was aware that the product she purchased was customized and had a no return / refund policy and agreed to this term at the time of purchase: *See* Exhibit "1"

> ### Return and Refund Policy
>
> *However, cancelation or refund are NOT possible once the Formula preparation has begun which is immediately when the doctor approves the qualification form and within 24 hours of submitting the application.(no cancellations for Rush/Urgent orders) The safety sticker on the box calls for your attention to the Terms of the use of the Formula but not to the Terms of the purchase. If you do not agree, do not use the Formula, but as stated herein, no refund is available.*

57. On February 28, 2014 Defendant **MACCARO** filed a public complaint against Plaintiff **ROCA** with the Better Business Bureau of West Florida (hereinafter **"BBB"**).  In her online complaint, Defendant **MACCARO** wrote in part she was charged for the product without her consent and that "she would not remove the complaint, sue me".  *See* Exhibit "12" **Copy of MACCARO Complaint and image below**.

## BBB CASE#: 67273013

| | |
|---|---|
| Complaint filed by: | Loren Maccario    **(More)** |
| Complaint filed against: | Roca Labs, Inc.    **(More)** |
| Complaint status: | No Further Comments from Business        **(More)** |
| Case Description: | Did Gave CC info 4 $17.00 app fee. Next day Called 2 cancel couldn't get through. Next day product...    **(More)** |
| Category: | Billing or Collection Issues |
| Case opened date: | 02/28/2014 |
| Case closed date: | |
| Desired Resolution: | I have not opened the package or used any of the product. I would just like to return the product...    **(More)** |

58. Defendant **MACCARO** breached her contract with Plaintiff **ROCA** by reason of posting

her negative comments online and by doing so admitted to committing defamation *per se*

under the terms of the subject contract (*See* Exhibit "1" & "11")

   ***Agreement not to Comment Negatively***

   *(2) the announcement, writing, or publication of any such or other claim in any media or forum will constitute a breach of this agreement, to which The Customer entered willingly and with full knowledge of the components of The Formula and its properties and The Support; (3) You agree that any such negative claim will constitute **defamation per se;** (4)Do not purchase the Formula or Support if you do not agree to this "No Negative Comment Clause."(emphasis added)*

## COUNT 1
## SCHAIVE BREACH OF CONTRACT

The Plaintiff  **ROCA**  realleges and incorporates the allegations of paragraphs 1 through 35 as

though fully set forth herein and sues Defendant **SCHAIVE** for Breach of Contract as follows:

59. On March 25, 2014 Plaintiff **ROCA** entered a contract with Defendant **SCHAIVE** for the

purchase and sale of weight loss products.

60. Plaintiff shipped product to the Defendant **SCHAIVE** and Plaintiff **ROCA** received

payment from the Defendant **SCHAIVE**.

61. As consideration of the contract and receipt of discount, Defendant **SCHAIVE** agreed to

the Terms and Condition of the sale, which are attached herein as Exhibit "1".

62. The terms and conditions included an agreement that Defendant **SCHAIVE** would not

post anything negative about the Plaintiff **ROCA** online. *See* Exhibit "1"

63. On May 19, 2014 Defendant **SCHAIVE** knowingly and willfully breached this agreement

by making a negative, false and malicious report about the **ROCA** to the **BBB** which was

published on the **BBB'**s website and is available for viewing by anyone with internet

access. *See* Exhibit "5"

64. Defendant **SCHAIVE** breached her agreement with Plaintiff **ROCA** in making these

statements.  Plaintiff **ROCA** demanded that Defendant **SCHAIVE** cure this breach and

remove the posting, but Defendant refused to do so.   *See* Exhibit "13" herein.

65. As a direct consequence of Defendant **SCHAIVE's** actions, the Plaintiff **ROCA** has been

harmed and was forced to retain counsel to bring this action against **SCHAIVE**.

   WHEREFORE, Plaintiff **ROCA LABS, INC.** respectfully requests that this Honorable

Court declare that Defendant **JENNIFER SCHAIVE** breached her contractual agreement,

and further grant temporary and permanent injunctive relief against the breach, and award

ROCA LABS, INC. with an amount fair and just to account for its money damages, interest,

reasonable attorneys' fees, and costs incurred herein, and for such other relief as this court

deems just and proper.

## COUNT II
## SCHAIVE TORTIOUS INTERFERENCE WITH  ROCA's
## PROSPECTIVE ECONOMIC RELATIONSHIPS

   **ROCA** realleges and incorporates the allegations of paragraphs 1 through 35 and 59

through 65 as though fully set forth herein and sues Defendant **SCHAIVE** for Tortious

Interference with Plaintiff **ROCA's** Contractual Relationship with Plaintiff **ROCA's** prospective

economic relationship as follows:

66. Plaintiff **ROCA** derives it revenues through online sales of it product to consumers

looking to lose weight.

67. Plaintiff **ROCA** has an actual prospective economic relationship with internet users that

search for Plaintiff **ROCA** and its products on search engines.

68. Defendant **SCHAIVE** is aware of the existence of Plaintiff **ROCA's** prospective economic relationship with internet users who desire to purchase **ROCA's** weight loss products as Defendant **SCHAIVE** discovered **ROCA** herself by using the internet.

69. **ROCA's** potential consumers view false, negative and misleading statements made by Defendant **SCHAIVE** when they search the internet using search engines such as Google, Yahoo! Or Bing or visit the **BBB's** website.

70. **ROCA** had an actual prospective economic relationship with numerous consumers including but not limited to: Alicia Moralez Abu Saleh ("**Interfered Customer").**

71.  As a direct and proximate result of **SCHAIVE's** posting on **BBB**, interfered customer did not purchased **ROCA** products.  For example following Defendants post, Alicia Moralez Abu Saleh posted on Facebook "Bad reviews at Better business bureau ..... I will pass on this" *See* **Exhibit "14"**.

72. Defendant **SCHAIVE's** statements include but are not limited to part "I learned the main ingredient in the product is sand" and "It was the equivalent to eating silly putty."  *See* Exhibit "5" **Copy of BBB Complaint**.

73. Defendant **SCHAIVE** knowingly and intentionally has instructed Internet users not to purchase **ROCA** products as it is sand and silly putty.

74. Interfered Customers have refused to order from **ROCA** as a direct and proximate result of Defendant **SCHAIVE'**s intentional interference with said relationships via her negative postings against **ROCA**.

75. The Interfered Customers indicated their willingness to purchase weight loss products from **ROCA** (i.e. enter purchase order agreements).

76. **ROCA** would have sold products to the Interfered Customer (entered into our purchase order agreement), however the Interfered Customer indicated that she would not purchase **ROCA**'s products because negative reviews on **BBB.**

77. Defendant, **SCHAIVE** was not authorized nor does she have any legal right to claim privilege for her actions.

78. As a direct and proximate cause of Defendant **SCHAIVE's** negative posting, individuals have not purchased Plaintiff **ROCA** products.

79. As a direct and proximate cause of the Defendant **SCHAIVE's** intentional and unjustified tortious interference, **ROCA** has suffered non-monetary and monetary damages.

   WHEREFORE, Plaintiff **ROCA LABS, INC.** respectfully requests that this Honorable Court declare that Defendant **JENNIFER SCHAIVE** has intentionally disrupted/interfered with **ROCA's** prospective economic relationships, and further grant temporary and permanent injunctive relief against the violating conduct, and award **ROCA LABS, INC**. with an amount fair and just to account for its money damages, interest, reasonable attorneys' fees,  and costs incurred herein, and for such other relief as this Court deems just and proper.

### COUNT III
### SCHAIVE DEFAMATION PER SE

   Plaintiff **ROCA** realleges and incorporates the allegations of paragraphs 1 through 35 and 59 through 79 as though fully set forth herein and sues Defendant **Jennifer Schaive** for Defamation Per Se as follows:

80. Defendant **SCHAIVE** and Plaintiff **ROCA** entered into a contractual agreement herein. *See* Exhibit "1" and "3" herein.

81. Defendant **SCHAIVE's** posted online to **BBB** statements that include, but are not limited

to: part "I learned the main ingredient in the product is sand" and "It was the equivalent to

eating silly putty."  *See* Exhibit "5" **Copy of BBB Complaint**.

82. As partial consideration of a substantial discount provided to Defendant **SCHAIVE** by

Plaintiff **ROCA**, the terms of the contract mandate that the Defendant **SCHAIVE** agree

that if she ever posted any negative/critical comment against Plaintiff **ROCA** her action

would be deemed defamation per se (*See* exhibit "1 and "3).

> *Agreement not to Comment Negatively*
>
> *(2) **the announcement, writing, or publication of any such or other claim in any media or forum will constitute a breach of this agreement**, to which The Customer entered willingly and with full knowledge of the components of The Formula and its properties and The Support; (3) You agree that any such negative claim will constitute **defamation per se;** (4)Do not purchase the Formula or Support if you do not agree to this "No Negative Comment Clause."(emphasis added)*

83. The statements which were authored by Defendant **SCHAIVE** and posted on the **BBB's**

website which impute the unsatisfactory conduct, characteristics and conditions of **ROCA**

constitute defamatory statements concerning **ROCA** per se.   See Exhibit "5" for said

statements.

84. **ROCA** has suffered significant loss of reputation as well as business opportunities as a

direct and proximate result of Defendant **SCHAIVE** reckless, wrongful and malicious

statements posted on **BBB.**

85. **ROCA's** losses include, without limitation, the failure of **ROCA** to sell its product to

identifiable potential customers as well as significant lost revenues from other potential

customers.

**86.** The above alleged statements contained in Exhibit "5" herein were seen and read by

potentially millions of people who reside in Florida and elsewhere.

**87.** Defendant **SCHAIVE** authored the online posts with the knowledge that she had admitted

as partial consideration for a substantial discount that the negative comments were

"defamation per se".

WHEREFORE, Plaintiff **ROCA LABS, INC.** respectfully requests that this Honorable Court

declare that Defendant **SCHAIVE** has defamed **ROCA** per se and award **ROCA LABS, INC.**

with an amount fair and just to account for its money damages, interest, reasonable attorneys'

fees, and costs incurred herein, and for such other relief as this court deems just and proper.

<u>COUNT IV</u>
<u>RICHMAN BREACH OF CONTRACT</u>

The Plaintiff  **ROCA** realleges and incorporates the allegations of paragraphs 1 through 23

and 36 through 47 as though fully set forth herein and sues Defendant **RICHMAN** for Breach of

Contract as follows:

**88.** On February 27, 2014 Plaintiff **ROCA** entered a contract with Defendant **RICHMAN** for

the purchase and sale of weight loss products. See Exhibit "7"

**89.** Plaintiff shipped product to the Defendant **RICHMAN** and Plaintiff **ROCA** received

payment from the Defendant **RICHMAN**.

**90.** As consideration of the contract and receipt of discount, Defendant **RICHMAN** agreed to

the Terms and Condition of the sale, which are attached herein as Exhibit "1".

**91.** The terms and conditions included an agreement that Defendant **RICHMAN** would not

post anything negative about the Plaintiff **ROCA** online. *See* Exhibit "1"

**92.** On April 16, 2014 Defendant **RICHMAN** knowingly and willfully breached this

agreement by making a negative, false and malicious report about the **ROCA** to the **BBB**

which was published on the **BBB's** website and is available for viewing by anyone with

internet access. *See* Exhibit "9"

**93.** Defendant **RICHMAN** breached her agreement with Plaintiff **ROCA** in making these

statements.  Plaintiff **ROCA** demanded that Defendant **RICHMAN** cure this breach and

remove the posting, but Defendant refused to do so.  *See* Exhibit "15" herein.

**94.** As a direct consequence of Defendant **RICHMAN's** actions, the Plaintiff **ROCA** has

been harmed and was forced to retain counsel to bring this action against **RICHMAN**.

WHEREFORE, Plaintiff **ROCA LABS, INC.** respectfully requests that this Honorable

Court declare that Defendant **MELISSA RICHMAN** breached her contractual agreement,

and further grant temporary and permanent injunctive relief against the breach, and award

**ROCA LABS, INC**. with an amount fair and just to account for its money damages, interest,

reasonable attorneys' fees, and costs incurred herein, and for such other relief as this court

deems just and proper.

## <u>COUNT V</u>
## <u>RICHMAN TORTIOUS INTERFERENCE WITH  ROCA's</u>
## <u>PROSPECTIVE ECONOMIC RELATIONSHIPS</u>

**ROCA** realleges and incorporates the allegations of paragraphs1 through 23 and 36

through 47 and 88 through 94 as though fully set forth herein and sues Defendant **RICHMAN**

for Tortious Interference with Plaintiff **ROCA's** Contractual Relationship with Plaintiff

**ROCA's** prospective economic relationship as follows:

**95.** Plaintiff **ROCA** derives it revenues through online sales of it product to consumers

looking to lose weight.

**96.** Plaintiff **ROCA** has an actual prospective economic relationship with internet users that search for Plaintiff **ROCA** and its products on search engines.

**97.** Defendant **RICHMAN** is aware of the existence of Plaintiff **ROCA's** prospective economic relationship with internet users who desire to purchase **ROCA's** weight loss products as Defendant **RICHMAN** discovered **ROCA** herself by using the internet.

**98. ROCA's** potential consumers view false, negative and misleading statements made by Defendant **RICHMAN** when they search the internet using search engines such as Google, Yahoo! Or Bing or visit the **BBB's** website.

**99. ROCA** had an actual prospective economic relationship with numerous consumers including but not limited to: Alicia Moralez Abu Saleh (Collectively "**Interfered Customer").**

**100.** As a direct and proximate result of **RICHMAN s** posting on **BBB**, interfered customers have not purchased **ROCA** products.  For example following Defendants post, Alicia Moralez Abu Saleh posted on Facebook "Bad reviews at Better business bureau ..... I will pass on this" *See* **Exhibit "14"**.

**101.** Defendant **RICHMAN's** statements include but are not limited to part  the product make her "sick",  "the product is clearly a scam" and "junk"." *See* Exhibit "9" **Copy of RICHMAN BBB Complaint**.

**102.** Defendant **RICHMAN** knowingly and intentionally has instructed Internet users not to purchase **ROCA** products as it is sand and silly putty.

**103.** Interfered Customer refused to order from **ROCA** as a direct and proximate result of Defendant **RICHMAN's** intentional interference with said relationships via her negative postings against **ROCA**.

**104.** The Interfered Customers indicated their willingness to purchase weight loss products from **ROCA** (i.e. enter purchase order agreements).

**105.** **ROCA** would have sold products to the Interfered Customer (entered into our purchase order agreement), however the Interfered Customer indicated that she would not purchase **ROCA's** products because negative reviews on **BBB.**

**106.** Defendant, **RICHMAN** was not authorized nor does she have any legal right to claim privilege for her actions.

**107.** As a direct and proximate cause of Defendant **RICHMAN's** negative posting, individuals have not purchased Plaintiff **ROCA** products.

**108.** As a direct and proximate cause of the Defendant **RICHMAN's** intentional and unjustified tortious interference, **ROCA** has suffered non-monetary and monetary damages.

WHEREFORE, Plaintiff **ROCA LABS, INC.** respectfully requests that this Honorable Court declare that Defendant **MELISSA RICHMAN** has intentionally disrupted/interfered with **ROCA's** prospective economic relationships, and further grant temporary and permanent injunctive relief against the violating conduct, and award **ROCA LABS, INC**. with an amount fair and just to account for its money damages, interest, reasonable attorneys' fees,  and costs incurred herein, and for such other relief as this Court deems just and proper.

<u>**COUNT VI**</u>
<u>**RICHMAN DEFAMATION PER SE**</u>

Plaintiff **ROCA** realleges and incorporates the allegations of paragraphs 1 through 23 and 36 through 47 and 88 through 94 as though fully set forth herein and sues Defendant **MELISSA RICHMAN** for Defamation Per Se as follows:

**109.** Defendant **RICHMAN** and Plaintiff **ROCA** entered into a contractual agreement herein. *See* Exhibit "1" and "7" herein.

**110.** Defendant **RICHMAN's** posted online to **BBB** statements that include, but are not limited to: the product made me "sick"; the "produce is clearly a scam" and "junk"  *See* Exhibit "9" **Copy of RICHMAN BBB Complaint**.

**111.** As partial consideration of a substantial discount provided to Defendant **RICHMAN** by Plaintiff **ROCA**, the terms of the contract mandate that the Defendant **RICHMAN** agreed that if she ever posted any negative/critical comment against Plaintiff **ROCA** her action would be deemed defamation per se (*See* exhibit "1 and "7).

> ***Agreement not to Comment Negatively***
>
> *(2) **the announcement, writing, or publication of any such or other claim in any media or forum will constitute a breach of this agreement**, to which The Customer entered willingly and with full knowledge of the components of The Formula and its properties and The Support; (3) You agree that any such negative claim will constitute **defamation per se;** (4)Do not purchase the Formula or Support if you do not agree to this "No Negative Comment Clause."(emphasis added)*

107. The statements which were authored by Defendant **RICHMAN** and posted on the **BBB's** website which impute the unsatisfactory conduct, characteristics and conditions of **ROCA** constitute defamatory statements concerning **ROCA** per se.   See Exhibit "9" for said statements.

**112.** **ROCA** has suffered significant loss of reputation as well as business opportunities as a direct and proximate result of Defendant **RICHMAN** reckless, wrongful and malicious statements posted on **BBB.**

113. **ROCA's** losses include, without limitation, the failure of **ROCA** to sell its product to identifiable potential customers as well as significant lost revenues from other potential customers.

114. The above alleged statements contained in Exhibit "9" herein were seen and read by potentially millions of people who reside in Florida and elsewhere.

115. Defendant **RICHMAN** authored the online posts with the knowledge that she had admitted as partial consideration for a substantial discount that the negative comments were "defamation per se".

WHEREFORE, Plaintiff **ROCA LABS, INC.** respectfully requests that this Honorable Court declare that Defendant **MELISSA RICHMAN** has defamed **ROCA** per se, and further grant temporary and permanent injunctive relief against the violating conduct, and award **ROCA LABS, INC.** with an amount fair and just to account for its money damages, interest, reasonable attorneys' fees, and costs incurred herein, and for such other relief as this court deems just and proper.

## <u>COUNT VII</u>
## <u>MACCARO BREACH OF CONTRACT</u>

The Plaintiff  **ROCA**  realleges and incorporates the allegations of paragraphs 1 through 23 and 48 through 57 as though fully set forth herein and sues Defendant **MACCARO** for Breach of Contract as follows:

116. On February 17, 2014 Plaintiff **ROCA** entered a contract with Defendant **MACCARO** for the purchase and sale of weight loss products. See Exhibit "11"

117. Plaintiff shipped product to the Defendant **MACCARO** and Plaintiff **ROCA** received payment from the Defendant **MACCARO**.

118. As consideration of the contract and receipt of discount, Defendant **MACCARO** agreed to the Terms and Condition of the sale, which are attached herein as Exhibit "1".

119. The terms and conditions included an agreement that Defendant **MACCARO** would not post anything negative about the Plaintiff **ROCA** online. *See* Exhibit "1"

120. On February 28, 2014 Defendant **MACCARO** knowingly and willfully breached this agreement by making a negative, false and malicious report about the **ROCA** to the **BBB** which was published on the **BBB's** website and is available for viewing by anyone with internet access. *See* Exhibit "12"

121. Defendant **MACCARO** breached her agreement with Plaintiff **ROCA** in making these statements. On April 11, 2014, Plaintiff **ROCA** demanded that Defendant **MACCARO** cure this breach and remove the posting, but Defendant refused to do so. *See* Exhibit "16" herein.

122. Defendant **MACCARO** further breached her agreement with Plaintiff **ROCA** by failing to make agreed to installment payments of 3/18/14 and 4/18/14 totaling $421 due and owing.

123. As a direct consequence of Defendant **MACCARO'** actions, the Plaintiff **ROCA** has been harmed and was forced to retain counsel to bring this action against **MACCARO**.

WHEREFORE, Plaintiff **ROCA LABS, INC.** respectfully requests that this Honorable Court declare that Defendant **LOREN MACCARO** breached her contractual agreement, and further grant temporary and permanent injunctive relief against the breach, and award **ROCA LABS, INC**. with an amount fair and just to account for its money damages, interest, reasonable attorneys' fees, and costs incurred herein, and for such other relief as this court deems just and proper.

## COUNT VIII
## MACCARO TORTIOUS INTERFERENCE WITH  ROCA's
## PROSPECTIVE ECONOMIC RELATIONSHIPS

**ROCA** realleges and incorporates the allegations of paragraphs1 through 23 and 48 through 57 and 116 through 123 as though fully set forth herein and sues Defendant **MACCARO** for Tortious Interference with Plaintiff **ROCA's** Contractual Relationship with Plaintiff **ROCA's** prospective economic relationship as follows:

124. Plaintiff **ROCA** derives it revenues through online sales of it product to consumers looking to lose weight.

125. Plaintiff **ROCA** has an actual prospective economic relationship with internet users that search for Plaintiff **ROCA** and its products on search engines.

126. Defendant **MACCARO** is aware of the existence of Plaintiff **ROCA's** prospective economic relationship with internet users who desire to purchase **ROCA's** weight loss products as Defendant **MACCARO** discovered **ROCA** herself by using the internet.

127. **ROCA's** potential consumers view false, negative and misleading statements made by Defendant **MACCARO** when they search the internet using search engines such as Google, Yahoo! Or Bing or visit the **BBB's** website.

128. **ROCA** had an actual prospective economic relationship with numerous consumers including but not limited to: Alicia Moralez Abu Saleh ("**Interfered Customer").**

129. As a direct and proximate result of **MACCARO** posting on BBB, interfered customer have not purchased **ROCA** products.  For example following Defendants post, Alicia Moralez Abu Saleh posted on Facebook "Bad reviews at Better business bureau ..... I will pass on this" *See* **Exhibit "14"**.

130. Defendant **MACCARO's** statements include but are not limited to part she was charged for the product she did not order and that she would "not remove complaint, sue me" *See* Exhibit "12" **Copy of MACCARO BBB Complaint.**

131. Defendant **MACCARO** knowingly and intentionally has instructed Internet users not to purchase **ROCA** products as it is sand and silly putty.

132. Interfered Customers have refused to order from **ROCA** as a direct and proximate result of Defendant **MACCARO** intentional interference with said relationships via her negative postings against **ROCA**.

133. The Interfered Customers indicated their willingness to purchase weight loss products from **ROCA** (i.e. enter purchase order agreements).

134. **ROCA** would have sold products to the Interfered Customers (entered into our purchase order agreement), however the Interfered Customers indicated that they would not purchase **ROCA's** products because negative reviews on **BBB.**

135. Defendant, **MACCARO** was not authorized nor does she have any legal right to claim privilege for her actions.

136. As a direct and proximate cause of Defendant **MACCARO's** negative posting, individuals have not purchased Plaintiff **ROCA** products.

137. As a direct and proximate cause of the Defendant **MACCARO's** intentional and unjustified tortious interference, **ROCA** has suffered non-monetary and monetary damages.

WHEREFORE, Plaintiff **ROCA LABS, INC.** respectfully requests that this Honorable Court declare that Defendant **LOREN MACCARO** has intentionally disrupted/interfered with **ROCA's** prospective economic relationships, and further grant temporary and permanent injunctive relief against the violating conduct, and award **ROCA LABS, INC**. with an amount fair and just to account for its money damages, interest, reasonable attorneys' fees,  and costs incurred herein, and for such other relief as this Court deems just and proper.

<u>COUNT IX</u>

<u>MACCARO DEFAMATION PER SE</u>

Plaintiff **ROCA** realleges and incorporates the allegations of paragraphs paragraphs 1

through 23 and 48 through 57 and 116 through 123  as though fully set forth herein and sues

Defendant **LOREN MACCARO** for Defamation Per Se as follows:

138. Defendant **MACCARO** and Plaintiff **ROCA** entered into a contractual agreement

herein. *See* Exhibit "1" and "11" herein.

139. Defendant **MACCARO's** posted online to **BBB** statements that include, but are not

limited to: she was charged for the product without her consent and she would "not

remove her complaint, sue me" *See* Exhibit "12" **Copy of MACCARO BBB Complaint**.

140. As partial consideration of a substantial discount provided to Defendant **MACCARO** by

Plaintiff **ROCA**, the terms of the contract mandate that the Defendant **MACCARO**

agreed that if she ever posted any negative/critical comment against Plaintiff **ROCA** her

action would be deemed defamation per se (*See* exhibit "1 and "11).

*Agreement not to Comment Negatively*

*(2) the announcement, writing, or publication of any such or other claim in any media or forum will constitute a breach of this agreement, to which The Customer entered willingly and with full knowledge of the components of The Formula and its properties and The Support; (3) You agree that any such negative claim will constitute* **defamation per se; (4)**Do not purchase the Formula or Support if you do not agree to this "No Negative Comment Clause."(emphasis added)*

141  The statements which were authored by Defendant **MACCARO** and posted on the

**BBB's** website which impute the unsatisfactory conduct, characteristics and conditions of

**ROCA** constitute defamatory statements concerning **ROCA** per se.   See Exhibit "12" for

said statements.

**142.ROCA** has suffered significant loss of reputation as well as business opportunities as a
direct and proximate result of Defendant **MACCARO** reckless, wrongful and malicious
statements posted on **BBB.**

**143.ROCA's** losses include, without limitation, the failure of **ROCA** to sell its product to
identifiable potential customers as well as significant lost revenues from other potential
customers.

**144.**The above alleged statements contained in Exhibit "12" herein were seen and read by
potentially millions of people who reside in Florida and elsewhere.

**145.**Defendant **MACCARO** authored the online posts with the knowledge that she had
admitted as partial consideration for a substantial discount that the negative comments
were "defamation per se".

WHEREFORE, Plaintiff **ROCA LABS, INC.** respectfully requests that this Honorable Court
declare that Defendant **LOREN MACCARO** has defamed **ROCA** per se and award **ROCA
LABS, INC.** with an amount fair and just to account for its money damages, interest, reasonable
attorneys' fees, and costs incurred herein, and for such other relief as this court deems just and
proper.

<u>**COUNT X**</u>

<u>**DECLARATORY RELIEF AGAINST DEFENDANTS**</u>

**ROCA,** by and through undersigned counsel, seek declaratory judgment relief
pursuant to Chapter 86 of the Florida Statutes, prevailing Florida law, against **DEFENDANTS** and
they re-allege all preceding paragraphs herein and state:

**146.** This is an action for declaratory relief pursuant to FS 86.011.

**147.** There is a bona fide, actual, present practical need for declaratory relief pursuant to

FS 86.011 and present controversy with ascertainable facts between the parties herein.

148.    The **DEFENDANTS** have authored negative complaints against **ROCA** on BBB.

149.    The **DEFENDANTS** have intentionally tortiously interfered with **ROCA's** economic relationship with potential customers.

150.    The **DEFENDANTS'** conduct has directly and proximately caused **ROCA** to continue to accrue monetary damages and present ongoing damages to **ROCA's** reputation.

151.    **ROCA** is in doubt as to their rights under Florida law and is in need of a present declaration whether **DEFENDANTS** conduct alleged herein tortiously interfered with **ROCA's** prospective economic relationship with potential customers.

152.    **ROCA** is in doubt as to their rights under Florida law and is in need of a present declaration whether **DEFENDANTS** defamed **ROCA** *per se*.

153.    There is a bona fide, actual dispute between the parties based on the **DEFENDANTS** refusal to cease and desist their conduct after **ROCA** has requested same.

154.    **ROCA** seeks relief in order to enforce contractual/legal rights and not to merely seek legal advice from this Honorable Court.

155.    **ROCA's** right to recovery is dependent upon the Court's finding of facts and/or application of same to Florida law.

156.    As a result of this dispute, it has become necessary for the Plaintiff, **ROCA**, to retain the services of the undersigned counsel.   Defendant is obligated to pay a reasonable fee for the undersigned services in bringing this action, plus necessary costs.

157.   **DEFENDANTS**  interests in this declaration of rights are actual, present, adverse and antagonistic of fact and/or law to **ROCA's** interests.

WHEREFORE Plaintiff, ROCA, requests the Court to:

a.      Take jurisdiction of the subject matter and parties hereto.

b.      Determine applicable law, including the provision of Florida Statutes that apply to the parties.

c.      Declare that the **DEFENDANTS** have intentionally tortiously interfered with **ROCA's** economic relationship with consumers.

e.      Declare that the **DEFENDANTS** have defamed ROCA per se under terms of their contracts.

f.      Declare that **DEFENDANTS** have breached their contract with **ROCA** by posting negative comments on **BBB**.

g.      Declare **ROCA** has suffered economic damages as proximate result of **DEFENDANTS'** conduct.

h.      Declare that **ROCA** is entitled to attorneys' fees and costs against the **DEFENDANTS** and determine the amounts thereto.

i.      Declare that **ROCA** is entitled to award of monetary damages against **DEFENDANTS** and determine the amounts thereto;

j.      Declare that **DEFENDANTS** cease and desist their conduct against **ROCA** and for them to remove all negative content from online and **BBB**.

k.      Award damages, interest, and taxable costs against **DEFENDANTS**.

m.      Award any other relief this Court deems just and proper against the

**DEFENDANTS**.

WHEREFORE, Plaintiff **ROCA** further demands entry of judgment against **DEFENDANTS** for all damages, attorneys' fees, and costs.

## VERIFIED MOTION FOR ENTRY OF A TEMPORARY INJUNCTION

**ROCA** realleges and incorporates the allegations of paragraphs 1 through 145 as though fully set forth herein and pursuant to the Florida Rules of Civil Procedure 1.610 moves this Court for immediate temporary injunctive relief against **DEFENDANTS** to cure their contractual breach and remove from the BBB's website defamatory posts that presently tortiously interfere with **ROCA**'s prospective economic relationships.

As detailed above, the **DEFENDANTS** entered into an agreement with **ROCA** to purchase products under certain terms and conditions.  These terms include the agreement that regardless of her weight loss outcome, **DEFENDANTS** would "not speak, publish, print, blog or write negatively about Roca or its products in any forum."  **DEFENDANTS** knowingly and deliberately breached this agreement.

**DEFENDANTS** deliberately and tortiously interfered with **ROCA**'s prospective economic relationships by posting on the **BBB** website false statements about **ROCA** and urging the public not to buy **ROCA** products.

All of the necessary elements are present for the Court to issue injunctive relief.

## **Memorandum of Law**

### **I.      Law & Analysis**

Temporary injunctions have long been recognized as a viable form of relief in a suit for tortious interference with a contract. See, e.g., *Heavener, Ogier Services, Inc. v R.W. FLA Regionno*, 418 So.2d 1074, 1077 (Fla. 1982), *Knight v. City of Miami*, 127 Fla. 585, 173 So. 801 (Fla. 1937); *Dade Enterprises, Inc. v. Wometco Theaters, Inc.*, 119 Fla. 70, 160 So. 209 (Fla. 1935); *see also* Restatement (Second) of Torts § 766 cmt. u (1979).

A preliminary injunction is properly entered when the moving party demonstrates:

(1) a substantial likelihood of success on the merits;

(2) a substantial threat of irreparable injury if the injunction is not granted;

(3) that the threatened injury to the plaintiff outweighs the harm an injunction may cause the defendant; and

(4) the granting of an injunction would not disserve the public interest. *Church v. City of Huntsville*, 30 F. 3d 1332, 1342 (11th Cir. 1994). *Naegel Outdoor Advertising Co., Inc. v. City of Jacksonville*, 659 So.2d 1046, 1047 (Fla. 1995).

As a general rule, a trial court has sound discretion to grant injunctions. *Precision Tune Auto Case, Inc. v. Radcliff*, 731 So.2d 744, 745 (Fla. 4th DCA 1999).  The facts demonstrate that all of the elements are easily satisfied, and the requested injunction should be issued by this honorable Court.

### **A. There is substantial likelihood of success on the merits**

#### **1.  Breach of Contract**

There can be no dispute that the parties contracted for the purchase and sale of products.  The **DEFENDANTS** paid (**MACCARO** only partially) **ROCA** for its weight loss products and Plaintiff **ROCA** shipped them to **DEFENDANTS**.   **DEFENDANTS** were aware and agreed to the Terms and Condition as consideration for a substantial discount given them by **ROCA**.  As a result of **DEFENDANTS** breach of the agreement not to post negative comments, **ROCA** has and continues to be harmed.

**2. Tortious Interference**

 The common law elements of tortious interference with prospective economic relationship are (1) he existence of a business relationship, not necessarily evidenced by an enforceable contract that would have resulted in an economic benefit; (2) knowledge of the relationship on the part of the defendant; (3) an intentional and unjustified interference with the relationship by the defendant; and (4) damage to the plaintiff as a result of the breach of the relationship.  *Ethan Allen, Inc. v. Georgetown Manor, Inc.,* 647 So. 2d 812, 814 (Fla. 1995).  Each of these elements is present here.

**DEFENDANTS** are aware that **ROCA** conducts business online and develops and attracts it customers over the Internet.  **DEFENDANTS** were all internet customers and were aware that **ROCA** has other internet based customers.  **DEFENDANTS** knowingly and intentionally broadcast to identifiable Internet customers via the BBB site that **ROCA'S** products were sand.  As a result, identifiable individuals did not purchase from **ROCA** and **ROCA** has and continues to be harmed.

**ROCA**'s reputation and its ability to transact business has been damaged by the actions of  **DEFENDANTS;** and if **DEFENDANTS**  are not enjoined from their current actions, the

damage to **ROCA** will be severe as its reputation will be irreparably harmed and new potential customers will not purchase from **ROCA**.

**B. There is a Substantial Threat of Irreparable Injury if DEFENDANTS are not enjoined**

If the injunction is not granted, **ROCA** will face a substantial threat of irreparable injury.  **ROCA** has already suffered harm to its reputation and its ability to conduct business and will continue to be injured if **DEFENDANTS** do not cure contractual breaches and cease interfering with **ROCA's** customers.  Each week thousands of people see the false and malicious statement posted by **DEFENDANTS** on the **BBB's** website.  Unless injunctive relief is provided, **ROCA** will continue to be irreparably harmed.

A preliminary injunction will stave off this irreparable harm.  The purpose of a preliminary injunction is to prevent future harm.  *Advantage Digital Sys., Inc. v. Digital Imaging Servs., Inc.,* 870 So. 2d 111, 116 (DCA Fla  2004)("By its nature, an injunction restrains commission of a future injury; a court cannot prevent what has already occurred.").  It is not necessary for a party seeking a preliminary injunction to wait until harm has occurred; such a delay would defeat the purpose of injunctive relief.

Irreparable injury is an injury which is of a peculiar nature, so that compensation in money cannot atone for it.  *Mullinix v. Mullinix*, 182 So. 2d 268 ( Fla. 4th DCA 1966); *First Nat. Bank n St. Petersburg v. Ferris*, 156 So. 2d 421 (Fla. 2nd DCA 1963).  Once a posting is made on the **BBB's** website, damage to **ROCA**'s reputation is done and Plaintiff **ROCA** can never be made whole.  Due to the nature of the Internet, postings can take on a life of their own and it is nearly impossible to remove all negative comments once they appear on the Internet.  In essence postings are viral and take on an existence independent of pissedconsumer.com. According to the

MIT Technology Review "it's hard to imagine a system that could index all of the world's information thoroughly enough to allow someone exercising the "right to be forgotten" to track down and eradicate every regrettable message or photo." *How to Delete Regrettable Posts from the Internet*, Simson Garfinkel, October 2012.

**C. The Threatened Injury to the Plaintiff ROCA Outweighs the Harm an Injunction May Cause the DEFENDANTS**

**DEFENDANTS** will suffer little or no harm by curing their contractual breach and ceasing to interfere with customers.  In contrast the harm to **ROCA** is harsh and may be incurable.  Once the posting is distributed on the Internet, it is next to impossible to remove.  The longer it remains, the more harm is done.   Irreparable harm to **ROCA**'s reputation and its ability to conduct business occurs when **DEFENDANTS** interfere with **ROCA**'s relationship with its prospective clients.

**D. The Granting of an Injunction Would Not Disserve the Public Interest**

It is against public interest to allow individuals to intentionally and wantonly breach their contracts and then encourage others to avoid a business by making false and malicious statements about the business.   Thus, it serves the public interest to prevent the actions of **DEFENDANTS**.

<u>**CONCLUSION**</u>

WHEREFORE, **ROCA,** by and through undersigned counsel, moves this Court to enjoin **DEFENDANTS** to cure their contractual breach and from further interfering with Roca's prospective clients.

Dated: October 27, 2014.

Respectfully Submitted,

| | |
|---|---|
| Roca Labs, Inc. | Nicole Freedlander, P.A. |
| P.O. Box 7898 | P.O. Box 402653 |
| Delray Beach, FL 33482-7898 | Miami Beach, FL 33140 |
| Tel. 305-998-6150 | Tel. 305-674-4844 |
| Fax 954-341-5215 | |
| By: /s/ | By:     /s/ |
| Paul Berger, Esq. | Nicole Freedlander, Esq. |
| FL Bar No. 4413 | FL Bar No. 2150 |
| Legal5@rocalabs.com | nicole@freedlanderlaw.com |

# EXHIBIT 1

Roca Labs®    Ask The Doctor    Success Stories    18 Solutions

Support



Terms & Conditions  |  Privacy Policy  |  Return Policy



LIVE ADVICE
click to chat

# PERSONAL TERMS, CONDITIONS & DISCLAIMERS AGREEMENT

USV1.8 Sep 2012

## SUMMARY (for convenience purposes only)

*Company believes that all means are Kosher in the fat fight and has a "straight in your face" attitude such as Fat is Ugly. No return accepted. The Formula costs $1,580 and you can buy it for a reduced price ONLY under the conditions listed among them: secrecy and devotion to succeed.*



This website, the manufacturer and/or the distributor, both jointly and individually ("The Website" or "The Company") are marketing The Company's products and offerings, which among other items/services include the weight loss formula ("The Formula"), as well as a weight loss support service ("The Support") for sale for personal to those who carry out a purchase ("The Customer" or "You"), under all of the following personal terms, conditions and disclaimers ("The Agreement"), and on these terms alone. Everything that The Company represents in the terms and conditions or on The Company' Website is to the best of The Company's knowledge. Customer will print and save the Agreement.

**YOU ACKNOWLEDGE THAT YOU HAVE CAREFULLY READ THE AGREEMENT BEFORE MAKING A PURCHASE AND AGAIN PRIOR TO USING THE FORMULA/SUPPORT. PLACING AN ORDER INDICATES THE**

Chat now



11/25/2013 1:39 PM

**UNCONDITIONAL ACCEPTANCE OF THE AGREEMENT BY YOU AND
ANY ASSIGNS. DO NOT PURCHASE THE FORMULA IF YOU DO NOT
AGREE TO BE BOUND BY THE ENTIRE AGREEMENT.**

You agree that the use of The Website is at your sole risk. Neither The
Website, nor any of The Company's officers, directors, employees, agents,
third party content providers, merchants, sponsors, licensors, contractors or
affiliates warrants that The Website will be error-free or uninterrupted. The
Company also DOES NOT warrant the results that may be obtained from the
use of this Website, The Formula or The Support.



LIVE ADVICE
click to chat

The Company cannot guarantee results because your success depends on
your usage of The Formula according to instructions and your successful
adaptation to new eating habits. You agree that, because The Company
makes NO guarantees regarding results, and because of The Company's
clear No Return/No Refund policy (see below), you have NO right to dispute
payment for the Formula/Support. You agree that disputing any payment
causes damage to The Company and gives The Company the right to seek
compensation from you for The Company's damages.

**You agree that if there is a problem with shipping, you will contact The
Company via Customer Care on The Company's Website, in writing, and
allow The Company 7 days to research and address the shipping issue.
You also agree that if there is a shipping issue, you will file a claim with
the United States Postal Service and keep The Company apprised of
your efforts so The Company may help you address the issue and
reship the Formula, if necessary. You agree, however, that a shipping
issue does not give you the right to withhold or dispute the charge with
your credit card company or with PayPal. You agree that doing so would
cause damage to The Company and will give The Company the right to
seek compensation from you for The Company's damages.**

## Conditional Discounted Price

The price for The Formula and The Support is $1,580.00. You may purchase
The Formula and The Support at full price and without condition, or you may
elect to purchase The Formula at a special conditional rate ("Conditional
Price"). We are providing this deeply discounted Conditional Price because
The Company can better manage its risks and resources, and reduce The
Company's legal expenses. In exchange for this Conditional Price, you
explicitly agree to all of the following:

(1) You are representing to The Company that you are suitable to use The

Formula and The Support, based upon the terms and instructions contained in this Agreement, and that you do not have any psychological or physical disorders that may interfere with your success in using The Formula and The Support.

(2) You will follow the instructions that come with The Formula and that are explained in detail on The Website. We will support you.

(3) You expect to have a positive outcome by reducing food consumption and improving your eating habits.

(4) You agree that we can use any and all information relating to your success in The Company's marketing efforts. This can be done anonymously if you prefer.



**LIVE ADVICE**
click to chat

(5) If you purchased the Formula at a conditional discounted rate, you agree that you WILL NOT speak or publish, in any forum, criticism of the Product or the Company, and that any published statements will be immediately removed upon the Company's Request. You agree that any published opinion by you about the Product or the Company will not carry with it advertisements of any kind or result in any financial benefit to you unless pre-approved by the Company.

(6) If you breach this Agreement, you agree to pay the full price for The Formula within 3 business days of demand, plus any expenses we incur in resolving the issue. In addition, we retain all legal rights and remedies against you for breach of contract and any other appropriate causes of action. Not paying the full amount you agreed when you purchased will immediately revoke the special discount/subsidy/allowance given by the marketing department and the price will be the full $1580 for the Formula plus any collection fees.

## General

Once you place an order, you are entitled to Customer Care. Generally, Customer Care is available 24 hours, 7 days a week. We will make every effort to respond to you within 24 hours of any contact **For the protection of The Company and The Customer, after your order has shipped The Company requires that all contact between The Customer and The Company must be in writing with the Customer Care department through The Website ONLY.** The Company will make every effort to respond to all written contact within 24 hours.

The Formula is not a drug, medical treatment or a surgery. Rather, it is a natural alternative that causes people to eat less by reducing available

stomach capacity, providing a sensation of fullness, and creating an opportunity for psychological strengthening.

**The Formula is intended for healthy persons in general and is not suited at all for those with sensitivity to barley or to dietary fibers. Prior to ordering The Formula, we recommend that you consult your physician and present the letter from the Roca Labs medical adviser.**

## Privacy

The Company is committed to protecting your privacy and security. Prior to purchase, please carefully review The Company's Privacy Policy on home page, which is incorporated into these Terms & Conditions by reference.

## Health Disclaimer



**LIVE ADVICE**
click to chat

This Website, The Formula and The Support provide limited, non-medical, weight loss management assistance. Testimonials, videos and related content published over the Internet are intended only to assist users in their personal weight loss efforts. The Company is not a medical organization and The Company's staff cannot give you medical advice or diagnosis. Nothing contained in The Website should be construed as medical advice or diagnosis. The information and reports generated by The Company should not be interpreted as a substitute for physician consultation, evaluation, or treatment.

**The Formula should be purchased ONLY after reading the possible Side Effects and the Instructions. You are urged and advised to seek the advice of a physician before beginning any weight loss effort or regimen and to direct the physician to review The Website. The Website and The Formula are intended for use only by healthy individuals. Customers with health conditions are specifically warned to seek professional medical advice prior to initiating any form of weight loss effort or regimen.**

The Customer agrees to make proper use of The Formula according to the instructions of use, which are provided with The Formula and appear on The Website, in order to maximize the your results. The Company has no knowledge of The Formula causing any serious side effects. If The Customer has any medical-related complaint after using The Formula, the Customer agrees to provide us with the following information:

   a. A physician's report stating that your reaction/symptoms are a direct result of using the Formula;

b. All medical and other related records relating to the issues you had with the product;

c. All of your medical records relating in any way to health, weight-loss, weight, digestion and nutrition issues for the last five years

d. A sworn and notarized statement by you containing the following:

**i. A breakdown of your exact diet, including amount and times of water and food intake, during the entire time you used The Formula;**

**ii. A breakdown of the exact schedule, dosage and manner in which you took the Formula every day that you took it;**

**iii. Your age, weight and height at the time you began using the Formula. By purchasing the Formula you agree to these specific terms and acknowledge that the Company would not have sold The Formula without your agreement to same.**



LIVE ADVICE
click to chat

## General Advice Only

Any verbal answers provided by order representatives (whether on the telephone or via electronic mail, or otherwise) are general and are neither medical nor personal. The decisive information is only that which is stated on the Website. The Company representatives are not doctors. Any personal or medical questions will not be answered by Company representatives. Should any such answer or remark be construed as medical or personal, the answer and all of its implications should be viewed as void.

## Concurrent Use of Medication

Please refer all questions about the concurrent use of medication with The Formula to your physician. The Website should not be relied upon under any circumstances for instructions about the use, combination, or cessation of use of personal medication.

## FDA Information

The Formula is manufactured in an FDA-compliant facility under GMP rules. The Formula is categorized as a "food additive" according to the definitions of the FDA and is approved for use without a prescription. The Formula contains only certified ingredients. These statements have not been evaluated by the Food and Drug Administration. **This product is not intended to diagnose, treat, cure, or prevent any disease. This product should not be used in place of or as a substitute for recommendations by your health care professional.** These statements are based on the known activity of the

specific ingredients in this product. No clinical study has been performed on this product as a drug.

# Declaration, Purchase Agreement and Exceptions

The Customer hereby affirms that, prior to using The Formula, he or she read and fully understands the instructions and daily mode of use of The Formula. Additionally, the Customer affirms that he or she has read and examined all of the components of the Formula and that they are compatible with his or her health and regular usability. The act of purchase constitutes an Agreement between The Customer and The Company, whether the order was carried out via the Website or via the phone number provided on the Website. All communications, order requests, service requests, etc. are based on the regulations and instructions as stated on the Website.



LIVE ADVICE
click to chat

You do not have permission or the right to sell, transfer and/or gift The Formula to any other person or entity. If, contrary to the terms herein, you sell, transfer or gift The Formula to another person, you will remain responsible for any breach of these Terms and Conditions by that person, and you agree to indemnify The Company against any claims brought by or damages awarded to that person.

# Updated Website Instructions

The Customer commits to make use of the Formula according to the instructions, which is occasionally updated on The Website. These instructions will be considered as the most current and accurate, even to the exclusion of any other printed material, including labels printed on the Formula package. All communications, order requests, service requests, etc. are based on the regulations and instructions as stated on the Website.

# Drinking Plenty of Fluids

The Customer understands that The Formula requires drinking larger than normal quantities of liquids; otherwise dehydration may occur, which may also lead to headaches. In extreme cases, additional complications may develop. The Customer must drink no less than 3 glasses of water immediately after each dose of The Formula, and 6-8 additional glasses of water throughout the day for each dose of The Formula. It is emphasized that given The Formula's strength, The Customer is solely responsible for drinking adequate amounts of liquids according to bodily needs and with reactions changing in real time. Furthermore, The Customer understands that The Formula will not work without drinking liquids as directed.

## Formula Success

The expansion action of the active ingredients within the stomach is physical
and conditional upon many factors, including drinking plenty of liquids.
Despite the Formula being a physical aid (which is intended to decrease
stomach space availability and leave the user with a feeling of fullness), the
Customer hereby agrees to avoid consuming calorie-rich foods and/or
overeating, so as to avoid expanding the stomach via forced consumption.
The Formula will assist in weight loss as long as the diet process is
dependent upon appetite and not upon psychological issues (such as
depression, boredom, sadness, etc...) that may lead to overeating. Results
may vary. **The Formula is not being sold to you on a trial basis. The
Company makes no guarantee regarding the degree of success you will
experience, if any.**



LIVE ADVICE
click to chat

## Personal Dosage

The Customer hereby agrees that by the act of purchasing the Formula, he or
she is aware that prior to its regular use, he or she must carry out personal
trials to determine the appropriate dosage for his/her body, which will aid in
achieving a lack of appetite at a level, quantity and duration that he/she
wishes and is appropriate for his/her situation. The Customer determines the
level and duration of the lack of appetite according to individual will and
physical ability.

## Agreement Not to Comment Negatively

The Customer understands and is aware that he is required to dose the
formula, to drink large quantities of liquids, to avoid calorie-rich foods, to
avoid overeating and to overcome psychological obstacles in order to achieve
results. **The Customer is also aware that The Company does not
guarantee success.** Therefore, unless The Customer purchased The
Formula at full price, (1) no claim or complaint whatsoever will be accepted
regarding the lack of success of The Formula; (2) the announcement, writing,
or publication of any such or other claim in any media or forum will constitute
a breach of this agreement, to which The Customer entered willingly and with
full knowledge of the components of The Formula and its properties and The
Support; (3) You agree that any such negative claim will constitute
defamation per se; (4)**Do not purchase the Formula or Support if you do
not agree to this "No Negative Comment Clause."**

## The Order

Koca Labs · Gastric Bypass NO surgery™ $480 | Terms & Conditions ... Case 8:14-cv-03014-SCB-MAP   Document 1-2   Filed 12/02/14   Page 42 of 70 PageID 252

http://rocalabs.com/terms/

After The Customer has read the Terms, Conditions and Disclaimer and filled out the required order form and/or contacted the central phone service Order Department, a representative of the Order Department will contact The Customer to verify and confirm the details of delivery. Answers given by Representatives are not a substitute for information contained in the Website, these Terms and Conditions, or any medical advice. If The Customer provides incorrect identification details while carrying out the order, The Company cannot guarantee that the products will be delivered. The Customer must confirm that he/she has provided updated and precise details. Customer agrees to pay the cost to re-ship and order if Customer provides incorrect or false information. You MUST also see Money Back / Return Page for further shipping details.



LIVE ADVICE
click to chat

The Company's refund/return policy is explained fully below. Pursuant to Florida law, payments that are not honored for any reason will incur a Customer charge of $25-40, or 5% of the amount of the check, whichever is greater. Should The Company institute legal or collection proceedings regarding returned/cancelled checks or cancelled/disputed credit cards/PayPal, the Customer will be responsible for all collection costs and attorney's fees, plus filing fees, for each returned or cancelled check or for each cancelled credit card/PayPal payment. Other than the above listed allowance for attorney's fees relating to payment/collection issues, neither the purchaser nor The Company shall be entitled to attorney fees for other disputes between the parties. Invoices are sent directly to the electronic mail boxes supplied by the Customer and it is the Customer's responsibility to provide an active/working email account. In case that your account goes in "Bad Debt" after an installment payment is charged and declined you agree to let us re-run your credit card for payment at a later date to resolve payment. The total charge of the unpaid bill and collection fees can amount to $3,200.

If your card failed the first time, you permit the company to continue and try to charge your credit card and ship you the formula per your order once the 1st payment is accepted.

## Order Choice

Introductory Offer (basic, Advanced or Premium): You pay the deeply discounted Conditional Price for the Formula and The Support, is as described in the price list and money back is only for a success video as described in the FAQ. Per company's policy, there is reward for failure and therefore no warranty, no money back.

Unconditional Offer (Custom Formula option in the price list): The price for

The Formula and The Support is $1580. You receive (1) 24/7 Support, response within 5 hours of request; and (2) 50% refund for any reason if you contact Customer Care within 30 days; (3) $200-$350 money back for success video; and (4) the Agreement not to Comment Negatively does not apply to you.

## Service Hours

**After your order has been shipped, the handling of the order goes to the Customer Care Department, which operates only in writing via The Website on the Customer Care page.** The dedicated professionals who respond to inquiries understand the importance of providing accurate, timely and detailed responses. Therefore, all communication between Customers and The Service Department will be via electronic mail, which will allow the service professional time to research the issue and provide an appropriate response. Also, because the response might be lengthy, written communication will allow the Customer to review and revisit the response throughout the process. This will also help to ensure the success of the Formula. Answers to inquiries are generally provided within 24 hours. If inquiries are made on a non-business day, responses are usually made by the end of the next business day.



**LIVE ADVICE**
click to chat

## Shipping and Delivery Times

The Company makes reasonable efforts to ship orders within 2 weeks by Priority mail. The Customer is responsible for any taxes imposed, inside or outside of the United States. Once your order has been submitted, NO changes can be made to the order. At peak holiday times, shipping may take longer than usual.

You MUST also see Money Back / Return Page for further shipping details.

If The Customer chooses the option to sign for the package, he must choose "signature required" when ordering. If the "signature required" option is chosen, The Company will guarantee delivery and will reship at no extra charge if the package is not received by you.

The Company offers waiver of signature solely for The Customer's convenience. Customer understands that if Customer waives signature for delivery of the product, The Company is without recourse in the event of loss or theft of the Formula once USPS confirms delivery. Therefore, if Customer waives signature and The Company receives confirmation of delivery from USPS, then The Customer agrees to bear the burden of loss or theft and to

Roca Labs® Gastric Bypass NO surgery™ $480 | Terms & Conditions ...  http://rocalabs.com/terms/

pay the charges for the Formula as agreed and will not to dispute payment for the product against The Company, and The Customer's sole recourse is to submit a claim to their credit card or insurer for loss or theft of the product. If this occurs, The Company will reship the product for an additional charge of $150 to cover The Company's expenses.

The Customer acknowledges that The Company has no control over the delivery schedules of the USPS or any other delivery service. The Customer will have no claim against The Company due to delivery disruptions.

On occasion, The Company's orders surpass The Company's production capabilities and your order may enter a short waiting list. Generally, this information is posted as soon as you enter the site.

## Return & Refund Policy

**Once your Qualification form was reviewed by the doctor and approved, the Formula is immediately prepared for you.** If within 24 hours of submitting your application you have decided to place your order on HOLD you will not be charge until shipped. You can completely cancel your order within 24 hours of submitting your application **with no charge**. However, cancelation or refund are NOT possible once the Formula preparation has begun which is immediately when the doctor approves the qualification form and within 24 hours of submitting the application.*(no cancellations for Rush/Urgent orders)* The safety sticker on the box calls for your attention to the Terms of the use of the Formula but not to the Terms of the purchase. If you do not agree, do not use the Formula, but as stated herein, no refund is available.

**You agree to CONTACT US FIRST with ANY QUESTION OR CONCERN before contacting your credit card company or PayPal to cancel or dispute payment.** You understand that reporting a transaction you performed on this site as "unauthorized" may be illegal and might be considered as defamation. Any refunds for financial mistakes may take up to 10 days to process. Greater delays in refunds are likely to occur if you dispute a charge with PayPal as the funds are automatically put on hold until the dispute has been resolved.

**You further agree that any report of any kind on the web will constitute defamation/slander and you agree to a predetermined compensation of $100,000. You agree and understand that you can not talk badly about the Formula because of any frustration you might have with the support department or your misunderstanding.**

LIVE ADVICE
click to chat

11/25/2013 1:39 PM

**An order is considered "shipped" 24 hours after it was submitted since production has begun for your specific order.**

As with any food, food supplement, diet aid or even gastric bypass surgery, it is expected that a certain number of users might not react well to The Formula. It is also expected that, just like with any food, food supplement, diet aid or even gastric bypass surgery, there are a certain number of users who will not achieve the desired results **Nonetheless, similar to purchasing an over-the-counter product or having a gastric bypass surgery, no refunds will be considered under these circumstances.**



**LIVE ADVICE**
click to chat

## Responsibility

Use of the Formula should be made according to the instructions of use written on The Website. The Company cannot be accountable for The Customer's failure to follow the instructions or any unusual use. The Customer will not have any claim, allegation or demand against the Company or its manufacturer due to the qualities of The Formula, its abilities, limitations or suitability to the needs and demands of The Customer. The Company is not responsible for the measure of weight loss accompanying The Formula and The Support, since The Formula's success may be prevented by things outside The Company's control. Results, therefore, lie entirely in the hands of the Customer.

## Content Ownership

All of the content and products on The Company's Website are owned by The Company. The Company claims all property rights, including intellectual property rights, for this content and no person/entity is permitted to infringe upon those rights. The Company will prosecute to the fullest extent of the law anyone who attempts to use or copy The Company's property. You agree not to copy content from The Company's Website without The Company's permission. Any requests to use The Company's content should be submitted to The Company by e-mail from The Company's contact page.

## Disclaimers of Warranties

PLEASE NOTE THE FOLLOWING IMPORTANT DISCLAIMERS OF WARRANTIES: THE FORMULA AND SUPPORT ARE PROVIDED "AS IS" AND WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. THE COMPANY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO WARRANTIES OF TITLE OR IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A

11/25/2013 1:39 PM

PARTICULAR PURPOSE, TITLE, COMPATIBILITY, SECURITY, ACCURACY
OR NON-INFRINGEMENT. NEITHER THE COMPANY NOR ANY OF THE
COMPANY'S AFFILIATES, LICENSORS, LICENSEES, SERVICE
PROVIDERS OR SUPPLIERS WARRANT OR MAKE ANY
REPRESENTATIONS REGARDING THE USE OR THE RESULTS OF THE
USE OF THE FORMULA & THE SUPPORT IN TERMS OF THEIR
CORRECTNESS, ACCURACY, RELIABILITY, SUCCESS, OR OTHERWISE.
NO ADVICE OR INFORMATION, OBTAINED BY YOU FROM THE
COMPANY'S PERSONNEL OR THROUGH THIS WEBSITE SHALL
CREATE ANY WARRANTY NOT EXPRESSLY PROVIDED FOR IN THIS
AGREEMENT.

**If your jurisdiction does not allow limitations on warranties, this
limitation may not apply to you. Your sole and exclusive remedy relating
to your use of the site shall be to discontinue use of the site.**



LIVE ADVICE
click to chat

## Limitation of Liability

You acknowledge your use of this Website is at your sole risk and that you
assume full responsibility for all the risks associated with any of your use of
this Website

YOU EXPRESSLY UNDERSTAND AND AGREE THAT THE COMPANY AND
THE COMPANY'S AFFILIATES SHALL NOT BE LIABLE FOR ANY DIRECT,
INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, EXEMPLARY OR
PUNITIVE DAMAGES, OR ANY OTHER DAMAGES WHATSOEVER,
INCLUDING BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS,
GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES (EVEN IF THE
COMPANY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH
DAMAGES), ARISING OUT OF, OR RESULTING FROM, (A) THE USE OR
THE INABILITY TO USE THIS WEBSITE; (B) THE USE OF THE FORMULA
OR THE SUPPORT; OR (C) ANY OTHER MATTER RELATING TO THIS
WEBSITE.

IN NO EVENT SHALL THE COMPANY'S TOTAL LIABILITY TO YOU FOR
ALL DAMAGES, LOSSES, AND CAUSES OF ACTION (WHETHER IN
CONTRACT, TORT, FOR NEGLIGENCE OR OTHERWISE) EXCEED THE
AMOUNT PAID BY YOU, IF ANY, FOR THE FORMULA & SUPPORT. IF
YOU ARE DISSATISFIED WITH ANY PORTION OF THE COMPANY'S
WEBSITE, FORMULA OR SUPPORT, OR WITH ANY OF PROVISION OF
THIS AGREEMENT, YOUR SOLE AND EXCLUSIVE REMEDY IS THE
DISCONTINUATION OF YOUR USE OF THIS WEBSITE, THE FORMULA
&/OR THE SUPPORT. IF ANY PORTION OF THIS LIMITATION OF

Roca Labs® Gastric Bypass NO surgery™ $480 | Terms & Conditions ...                    http://rocalabs.com/terms/

LIABILITY IS FOUND TO BE INVALID, LIABILITY IS LIMITED TO THE
FULLEST EXTENT PERMITTED BY LAW.

## Indemnification

You agree to indemnify, hold harmless and, at The Company's option, defend
The Company and The Company's affiliates, officers, directors, employees,
stockholders, agents and representatives from any and all third party claims,
liability, damages and/or costs (including, but not limited to, reasonable
attorney's fees and expenses) arising from your improper or unauthorized use
of this Website, The Company's Formula, or The Company's Support, your
violation of this Agreement, or your infringement, or the infringement or use
by any other user of your account, of any intellectual property or other right of
any person or entity.



**LIVE ADVICE**
click to chat

## Testimonials, Pictures, & Demonstratives

The Customer's success in achieving their weight loss goal is very important
to The Company. We know that visualization, instilling confidence and
encouraging results is of the highest importance. Therefore, The Company
invested, alongside the hundreds of real YouTube users, in a more perfect
visualization of success stories done by paid actors so the user can realize
that he/she can also succeed. Testimonials and endorsements reflect the
experience that many of our customers have reported to The Company. All
content on the Website, whether text, images, or video, belongs to The
Company and no one can use, transfer, link to any part without permission.

## Legal Jurisdiction

These Terms and Conditions will be governed by and construed in
accordance with the laws of the State of Florida, without giving effect to any
principles of conflicts of laws. Any action seeking legal or equitable relief
arising out of or relating to this Website will be brought only in the federal or
state courts of the State of Florida. You hereby consent and submit to the
personal jurisdiction of such courts for the purpose of litigating any such
action. A printed version of these Terms, Conditions and Disclaimer and
related materials will be admissible in judicial and administrative proceedings
based upon or relating to these Terms, Conditions and Disclaimer to the
same extent and subject to the same conditions as other business documents
and records originally generated and maintained in printed form.

## Severability of the Terms & Conditions

Roca Labs® Gastric Bypass NO surgery™ $480 | Terms & Conditions ...                    http://rocalabs.com/terms/

If any part of these Terms and Conditions of use are determined by a court of competent jurisdiction to be invalid or unenforceable, that part shall be limited or eliminated to the minimum extent necessary so that the remainder of these Terms and Conditions are fully enforceable and legally binding.

**BY CHECKING THE REQUIRED BOX PRIOR TO PLACING YOUR ORDER, YOU AGREE THAT YOU HAVE READ THE COMPANY'S AGREEMENT IN ITS ENTIRETY AND AGREE TO BE BOUND BY COMPLETELY BY ITS TERMS AND CONDITIONS.**



**LIVE ADVICE**
click to chat

## Important

Gastric Bypass Surgery Cost
Gastric Bypass Surgery Alternative
Lap Band Surgery Alternative
Gastric Sleeve Surgery Alternative
Roux-en-Y Alternative
Gastroplasty Alternative
Bariatric Surgery Alternative
Liposuction / Tummy Tuck Alternative



Consult The Doctor          **$35**

Consult The Nurse
Before buying          **FREE**

Wiki Video ▶

## Site Map Tree

FAQ
Medical
Compare
Research

## Terms of Visiting This Site

*RESULTS MAY VARY

The site intends to introduce an advanced alternative to the dangerous weight loss surgeries such as gastric bypass, lap band, gastric sleeve, etc. FDA has not evaluated statements on this site and the Formula does not diagnose, treat, cure, or prevent any disease. Consuming the Formula without sufficient liquid may cause choking or other complications. Do not consume or use the Formula if you have difficulty in swallowing. Consult your doctor before buying/using the Formula, especially if you have ever had any medical and/or health related condition. All purchases are governed by the Terms page. This site is using visualization and persuasion that we consider appropriate to psychologically aid users to succeed in losing weight. Some of these efforts utilize paid actors. The information on this site supersedes any verbal information received from sales agents via phone or elsewhere. Support for any claims can be found in the Research section. The use of the term "gastric bypass", and any other similar terminology, is meant only to illustrate the desired effect of the Formula which consists of herbs/food supplements. Lap Band® is a registered trademark owned by Allergan, Inc. The various logos displayed on our site belongs to their respective trade mark holders and do not imply any endorsement. Shrinking stomach and mini stomach are trade marks just as over 10 others protected trade marks and are not intended to represent a medical state. *v2 Aug2012*

**The BBB logo is a trademark owned by the Better Business Bureau. Roca Labs is not endorsed by or affiliated with the Better Business Bureau. The article should clarify the reliably of this entity.

Copyright © 2009-2012 Roca Labs, Inc. All rights reserved.

# EXHIBIT 2



My Nav
Add a Contact

First Name | Last Name

Email

Please enter a valid email format.

☐ I have permission to send marketing to this address.

Mobile | Phone | Ext

Mobile ▼

Save

Success!was added in your Contacts.

Find a contact :

Contact

(/app/nav/start)
(/CustomLink/searchFavorites.jsp)
(http://newfusion.infusionsoft.com)
(/Admin/edit/UserProfile.jsp)

- My Day (/app/nav/link?navSystem=nav.myNav&navModule=nav.home.myDay)
- Dashboard (/app/nav/link?navSystem=nav.myNav&navModule=nav.home.dashboard)
- Contacts (/app/nav/link?navSystem=nav.myNav&navModule=contact)
- Orders (/app/nav/link?navSystem=nav.myNav&navModule=order)
- Tasks (/app/nav/link?navSystem=nav.myNav&navModule=nav.home.tasks)
- Users (/app/nav/link?navSystem=nav.myNav&navModule=user-profile)
- Lead Generation (/app/nav/link?navSystem=nav.myNav&navModule=loadGeneration)

(Back to search results (/Reports/search/Template.jsp?reportClass=FindPerson&action=none&viewerresultsPage&goToSelected=on))

8:26 AM (CDT) Springfield, IL
45° F

## Jennifer Schaive

- General
- HA

## General

| | |
|---|---|
| Formula | Diabetes for Women ▼ |
| QI Link | diabetes-weight-loss-for-women ▼ |
| Age | 41 |
| Feet | 5 |
| Inches | 3 |
| Procedure | Please select one ▼ |
| Lbs | 166 |
| Lbs to lose | 77 |
| BMI | 34.70 |
| Overweight Years | 17 |
| Health Insurance | Medicaid |
| key | |
| Reasons | Quantity eating |
| | Snacking all day |
| | Junk food |
| | High fat food |
| | Sweets |
| | Can't stop bad habits |
| | Bored |
| | Not exercising |
| | On fattening medication |
| | Physical limitations |

Fat related issues

| | |
|---|---|
| | Cholesterol |
| | Heart issues |
| | High blood pressure |
| | Joints |
| | Breathing |
| | Sleeping problems / snoring |
| | Diabetes |
| | Chronic fatigue |
| | Constipation and diarrhea |
| | Other |
| Gender | Female ▼ |
| Coach Call | |
| TeleStatus | |
| Sid | |
| Site | IL |
| Tele Status | Please select one ▼ |
| FUTime | 12:00 AM ▼ |
| QPlusDate | 03-24-2014 |
| SafeDate | 03-31-2014 |
| TimeZone | No options available ▼ |
| CoachNote | |
| CallTime | No options available ▼ |
| 2nd Pay Date | |
| 3rd Pay Date | |

## Weight Loss Surgery

| | |
|---|---|
| Years ago | Please select one ▼ |
| Type | Please select one ▼ |
| Med complications | Please select one ▼ |
| Lbs lost | |
| Lbs regained | |
| Note | |

## Weight Loss Goal

| | |
|---|---|
| I go by | Please select one ▼ |
| NON-effective | Over the counter diet aids |
| | |
| SEMI-effective | N/A |
| | |
| Access fat disturbs | I am depressed when I go shopping and have to purchase 14 or 16 clothes. I do not like to |

shape or look at myself in the

Sexuality          Not affected at all      ▼
Current size
Goal size

**Commitment**

Note          Yes, it decreasing going shopping.

Ugly          1                  ▼

Created: System Mon day, March 24, 2014 3:26 PM   |   Last Updated: System Wednesday, April 9, 2014 3:22 PM   [Select an action ▼]

:
:
:
:
:

**Tasks & Appointments**

This contact does not have any tasks or appointments

**Completed Tasks**

This contact does not have any tasks or appointments

**Previous Appointments**

This contact does not have any tasks or appointments

**Notes**                                    [View All] [Note Template... ▼] [Add Note]

| Updated | Assigned User | Details |
|---|---|---|
| 03/24/2014 | [Not Assigned] | Changed info for Health Application<br>This contact was modified on 3/24/2014 3:51 PM because of a discrepancy in data<br>while updating. OLD INFORMATION: State=IL _Yearsago=_Type=<br>_Medcomplications=_Jabsod=_Jltoreginadt=_Note=_Sign= |
| 03/24/2014 | [Not Assigned] | Changed info for API - addWithDupeCheck<br>This contact was modified on 3/24/2014 3:47 PM because of a discrepancy in data<br>while updating. OLD INFORMATION: Phone1= StreetAddress1= City= State=null<br>PostalCode=null Country=null Address2Stree... |

1.33.0.47 edit-contact

**Form Submissions**                          [Internal Forms... ▼] [Fill Out]

This contact does not have any form submissions

**Recent Email History**

○ Received  ○ Sent  ○ Campaign  ○ Notification  ○ Bounced

| Email | Status | Date | Subject | EmailTo | EmailFrom | Template |
|---|---|---|---|---|---|---|
| [View] | ○ Clicked | 4/1/2014 5:40 AM | Shipping Details | williams.schaive@yahoo.com | Support@floccLabs.com | None |
| [View] | ○ Opened | 3/31/2014 10:56 AM | APPROVED for Gastric Bypass A | williams.schaive@yahoo.com | Support@floccLabs.com | None |
| [View] | ○ Opened | 3/31/2014 11:54 PM | Order Received | williams.schaive@yahoo.com | Support@floccLabs.com | None |
| [View] | ○ Opened | 3/24/2014 2:51 PM | Order Received | williams.schaive@yahoo.com | Support@floccLabs.com | None |
| [View] | ○ Opened | 3/24/2014 2:48 PM | Health Application e-Contact | williams.schaive@yahoo.com | Support@floccLabs.com | None |

My Nav(appnavflink?
navSystem=nav.my.im&navModule=nav.home.myDay)
▶ Start Page

Customize Now

• My Day (appnavas9=
navSystem=nav.myna&navModule=nav.home.myDay)
• Dashboard (appnavflink?
navSystem=nav.myna&navModule=nav.home.dashboard)
• Calendar(appnavflink?
navSystem=nav.myna&navModule=nav.home.calendar)
• Orders (appnavlink?
navSystem=nav.myna&navModule=nav.home.contact)
• Tasks (appnavflink?
navSystem=nav.myna&navModule=nav.user-profile)
• Users (appnavflink?
navSystem=nav.myna&navModule=nav-user-profile)
• Lead Generaton (appnavflink?
navSystem=nav.myna&navModule=leadGeneration)

CRM (appnavlink?
navSystem=nav.crm&navModule=contact)

• Contacts (/app/navflink?
navSystem=nav.crm&navModule=contact)
• Companies (/app/navflink?
navSystem=nav.crm&navModule=company)
• Opportunities (/app/navflink?
navSystem=nav.crm&navModule=opportunity)
• Referral Partners (/app/navlink?
navSystem=nav.crm&navModule=affiliate)
• Visitors (/app/navflink?
navSystem=nav.crm&navModule=visitors)

Marketing (/app/navlink?
navSystem=nav.marketing&navModule=funnel)

• Campaign Builder (/app/navflink?
navSystem=nav.marketing&navModule=funnel)
• Email & Broadcasts (/app/navflink?
navSystem=nav.marketing&navModule=broadcast)
• Lead Generation (/app/navflink?
navSystem=nav.marketing&navModule=leadGeneration)
• Templates (/app/navflink?
navSystem=nav.marketing&navModule=template)
• Legacy (/app/navflink?
navSystem=nav.marketing&navModule=legacy)

E-Commerce (/app/navflink?
navSystem=nav.accounting&navModule=configure)

• E-Commerce Setup (/app/navflink?
navSystem=nav.accounting&navModule=configure)
• Orders (/app/navflink?
navSystem=nav.accounting&navModule=order)
• Products (/app/navlink?
navSystem=nav.accounting&navModule=product)
• Actions (/app/navlink?
navSystem=nav.accounting&navModule=action)
• Promotions (/app/navflink?
navSystem=nav.accounting&navModule=promotions)
• Legacy (/app/navlink?
navSystem=nav.accounting&navModule=legacy-
ECOMM)

Admin (/app/navlink?
navSystem=nav.admin&navModule=nav.admin.brandingcenter)

• Branding Center (/app/navflink?
navSystem=nav.admin&navModule=nav.admin.brandingcenter)
• Infusionsoft Account (/app/navlink?
navSystem=nav.admin&navModule=nav.admin.my-account)
• Users (/app/navflink?navSystem=nav.admin&navModule=nav.admin.users)
• Import Data (/app/navlink?
navSystem=nav.admin&navModule=nav.admin.import)
• Data Cleanup (/app/navlink?
navSystem=nav.admin&navModule=nav.admin.cleanup)

Tools (/app/navlink?
navSystem=nav.home&navModule=nav.home.dashboard)

• Dashboard (/app/navflink?
navSystem=nav.home&navModule=nav.home.dashboard)
• My Day (/app/navlink?
navSystem=nav.home&navModule=nav.home.myDay)
• Calendar (/app/navlink?
navSystem=nav.home&navModule=nav.home.calendar)
• Tasks (/app/navlink?
navSystem=nav.home&navModule=nav.home.tasks)
• Inbox
• Files (/app/navlink?
navSystem=nav.home&navModule=nav.home.files)

∘ Edit
∘ Done

• Reports (/app/navlink?
navModule=nav.crm.reports)
• Settings (/app/navlink?
navModule=nav_crm.settings)

• Reports (/app/navllen?
navModule=nav.marketing.reports)
• Settings (/app/navflink?
navModule=nav_marketing.settings)

• Reports (/app/navlink?
navModule=nav.accounting.reports)
• Settings (/app/navflink?
navModule=nav_accounting.settings)

• Reports (/app/navfleki?navModule=nav.admin.reports)
• Settings (/app/navlink?navModule=nav.admin.settings)

Tools
Dashboard
(/Admin/home.jsp)
revertCALban=true)
My Day
(/app/myDayhome?
tab=workingTabs)
Calendar
(/app/myDayhome?
tab=calendarTab)
Tasks (/app/myDayhome?
tab=tasksTab)
Inbox
Files (/Admin/myFiles.jsp)

Recent

• Jennifer Schalvo
(/ContactManageContact.jsp?
view=edit&ID=1263578 Sidebar=true)
• Order #27505
(/Job/manage/Job.jsp?
view=edit&ID=27505&Sidebar=true)
• Katherine Tapley-Milton
(/ContactManageContact.jsp?
view=edit&ID=223300&Sidebar=true)
• David Fraula
(/ContactManageContact.jsp?
view=edit&ID=179235&Sidebar=true)
• Wayne Gobel
(/ContactManageContact.jsp?
view=edit&ID=160215 Sidebar=true)
• Order #9591
(/Job/manage/Job.jsp?
view=edit&ID=9291&Sidebar=true)
• Darlene Davis Calvert
(/ContactManageContact.jsp?
view=edit&ID=220430&Sidebar=true)
• Order #50578
(/Job/manage/Job.jsp?
view=edit&ID=50578&Sidebar=true)
• Edwin Glatfelter
(/ContactManageContact.jsp?
view=edit&ID=222684&Sidebar=true)
• Elinror Hughes
(/ContactManageContact.jsp?
view=edit&ID=214858&Sidebar=true)

Your Favorites Edit
(/CustomLinkSearchFavorites.jsp)
☑ my links
☑ my searches

Marketplace
Apps
(http://marketplace.infusionsoft.com/apps)
Consultants
(http://marketplace.infusionsoft.com/consultants)
Developers

(http://marketplace.infusionsoft.com/developers)
Campaigns
(http://marketplace.infusionsoft.com/campaigns)

Hi, Sharen!
Edit My Profile (/Admin/editUserProfile.jsa)
Manage Accounts

(https://signin.infusionsoft.com/app/central/home)
Log Out
Your Accounts
ze160 (https://ze160.infusionsoft.com)

Help
Page Help
User Guide
(http://ug.infusionsoft.com)
Video Library
(http://help.infusionsoft.com/training/videos)
Submit a Support Case
Marketplace
(http://marketplace.infusionsoft.com)
User Community
(http://community.infusionsoft.com)

# EXHIBIT 3

My Nav
Add a Contact

First Name          Last Name

Email
Please enter a valid email format.

☐  I have permission to send marketing to
this address.

Mobile      Phone          Ext

Mobile ▼

Save

Success!was added to your Contacts.

Find a contact...

Contact ▼

(/app/nav/start)
(/CustomLink/searchFavorites.jsp)
(http://marketplace.infusionsoft.com)
(/Admin/editUserProfile.jsp)

- My Day (/app/nav/link?navSystem=nav.mynav&navModule=nav.home.myDay)
- Dashboard (/app/nav/link?navSystem=nav.mynav&navModule=nav.home.dashboard)
- Contacts (/app/nav/link?navSystem=nav.mynav&navModule=contact)
- Orders (/app/nav/link?navSystem=nav.mynav&navModule=order)
- Tasks (/app/nav/link?navSystem=nav.mynav&navModule=nav.home.tasks)
- Users (/app/nav/link?navSystem=nav.mynav&navModule=user-profile)
- Lead Generation (/app/nav/link?navSystem=nav.mynav&navModule=leadGeneration)

(back to search results (/Reports/searchTemplate.jsp?reportClass=FindPerson&action=none&view=resultsPage&goToSelected=true))

## Order Information

### Contact Information

Jennifer Schaive
Jennifer Schaive (/Contact/manageContact.jsp?
view=edit&ID=126357)
williams.schaive@yahoo.com
(217) 638-8200

**Shipping Address...**

| | |
|---|---|
| First Name | Jennifer |
| Middle Name | |
| Last Name | Schaive |
| Company | |
| Phone | (217) 638-8200 |
| Street 1 | 8000 Wilson Terrace |
| Street 2 | |
| City | Springfield |
| State | IL |
| Zip | 62704 |
| Country | United States ▼ |

### Source Information

Tracking   No information is available

### Order Information

Search

| | |
|---|---|
| Order Title: | Order: Action Set |
| Order Date | 03-25-2014 |
| Order Type | Offline ▼ |
| PAY STATUS | PAID |
| Order Notes | |

| | |
|---|---|
| Lead Referral Partner | Lead Referral Partner Name ▼ ⑦ |
| Sale Referral Partner | Sale Referral Partner Name ▼ ⑦ |
| Invoice Template: | Use default template ▼ |

**Promo Codes...**

Edit Promo Codes

### Order Items

| Name | Price/Unit | Type | Total Price | Fulfillment | Modify Fulfillment | Remove |
|---|---|---|---|---|---|---|
| Advanced Procedural Kit w/ Health Insurance Discount | $585.00 x 1 | Product | $585.00 | N/A | N/A | Remove |
| Shipping | $14.00 x 1 | Product | $14.00 | N/A | N/A | Remove |
| Health Application Deposit | -$17.00 x 1 | Product | -$17.00 | N/A | N/A | Remove |
| ORDER TOTAL | | | $582.00 | | | |

### Payments

| Date | Type | Status | Amount | Note |
|---|---|---|---|---|
| 3/28/2014 | Credit Card | DECLINED - This transaction has been declined. (2) (MasterCard xxxxxxxxxxxx2857) | $0.00 | N/A |
| 3/31/2014 | Credit Card | APPROVED (MasterCard xxxxxxxxxxxx2857) | $582.00 | Auto-charge for Invoice #27505 |
| Payment Total | | | $582.00 | |
| BALANCE | | | $0.00 | |

### Commissions
Recalculate

| Referral Partner | Commission | Item | Sold | Earned |
|---|---|---|---|---|
| No Commissions to Display | | | | |

**Payment Plan**

Auto Charge:  Yes(Has Failed) [View Payment Attempt History]
☐ Email the invoice to the customer upon successful payment

**This payment plan has failed 1 times.**

| Pmt # | Status | AmtDue | Paid | Date |
|-------|--------|--------|------|------|
| Pmt 1 | Paid | $582.00 | $582.00 | 3/28/2014 |

1.33.0.47 edit-job

My Nav (/app/nav/link?
navSystem=nav.mynav&navModule=nav.home.myDay)

⚏ Start Page

Customize Now

- My Day (/app/nav/link?
  navSystem=nav.mynav&navModule=nav.home.myDay)
- Dashboard (/app/nav/link?
  navSystem=nav.mynav&navModule=nav.home.dashboard)
- Contacts (/app/nav/link?
  navSystem=nav.mynav&navModule=contact)
- Orders (/app/nav/link?
  navSystem=nav.mynav&navModule=order)
- Tasks (/app/nav/link?
  navSystem=nav.mynav&navModule=nav.home.tasks)
- Users (/app/nav/link?
  navSystem=nav.mynav&navModule=user-profile)
- Lead Generation (/app/nav/link?
  navSystem=nav.mynav&navModule=leadGeneration)

- Edit
- Done

CRM (/app/nav/link?
navSystem=nav.crm&navModule=contact)

- Contacts (/app/nav/link?
  navSystem=nav.crm&navModule=contact)
- Companies (/app/nav/link?
  navSystem=nav.crm&navModule=company)
- Opportunities (/app/nav/link?
  navSystem=nav.crm&navModule=opportunity)
- Referral Partners (/app/nav/link?
  navSystem=nav.crm&navModule=affiliate)
- Visitors (/app/nav/link?
  navSystem=nav.crm&navModule=visitors)

- Reports (/app/nav/link?
  navModule=nav.crm.reports)
- Settings (/app/nav/link?
  navModule=nav.crm.settings)

Marketing (/app/nav/link?
navSystem=nav.marketing&navModule=funnel)

- Campaign Builder (/app/nav/link?
  navSystem=nav.marketing&navModule=funnel)
- Email & Broadcasts (/app/nav/link?
  navSystem=nav.marketing&navModule=broadcast)
- Lead Generation (/app/nav/link?
  navSystem=nav.marketing&navModule=leadGeneration)
- Templates (/app/nav/link?
  navSystem=nav.marketing&navModule=template)
- Legacy (/app/nav/link?
  navSystem=nav.marketing&navModule=legacy)

- Reports (/app/nav/link?
  navModule=nav.marketing.reports)
- Settings (/app/nav/link?
  navModule=nav.marketing.settings)

E-Commerce (/app/nav/link?
navSystem=nav.accounting&navModule=co...

- E-Commerce Setup (/app/nav/link?
  navSystem=nav.accounting&navMod...
- Orders (/app/nav/link?
  navSystem=nav.accounting&navMod...
- Products (/app/nav/link?
  navSystem=nav.accounting&navMod...
- Actions (/app/nav/link?
  navSystem=nav.accounting&navMod...
- Promotions (/app/nav/link?
  navSystem=nav.accounting&navMod...
- Legacy (/app/nav/link?
  navSystem=nav.accounting&navMod...
  ECOMM)

- Reports (/app/nav/link?
  navModule=nav.accounting.reports)
- Settings (/app/nav/link?
  navModule=nav.accounting.settings)

Tools
Dashboard
(/Admin/home.jsp?
revertCalUser=true)
My Day
(/app/myDay/home?
tab=workingTab)
Calendar
(/app/myDay/home?
tab=calendarTab)
Tasks (/app/myDay/home?
tab=tasksTab)
Inbox
Files (/Admin/myFiles.jsp)

Recent

- Order #27505
  (/Job/manageJob.jsp?
  view=edit&ID=27505&Sidebar=true)
- Jennifer Schaive
  (/Contact/manageContact.jsp?
  view=edit&ID=126357&Sidebar=true)
- Katherine Tapley-Milton
  (/Contact/manageContact.jsp?
  view=edit&ID=223200&Sidebar=true)
- David Fraula
  (/Contact/manageContact.jsp?
  view=edit&ID=179215&Sidebar=true)
- Wayne Gobel
  (/Contact/manageContact.jsp?
  view=edit&ID=65021&Sidebar=true)
- Order #9291
  (/Job/manageJob.jsp?
  view=edit&ID=9291&Sidebar=true)
- Darlene Davis Calvert
  (/Contact/manageContact.jsp?
  view=edit&ID=220430&Sidebar=true)
- Order #50578
  (/Job/manageJob.jsp?
  view=edit&ID=50578&Sidebar=true)
- Edwin Glatfelter
  (/Contact/manageContact.jsp?
  view=edit&ID=222686&Sidebar=true)
- Denise Hughes
  (/Contact/manageContact.jsp?
  view=edit&ID=214858&Sidebar=true)

Your Favorites  Edit
(/CustomLink/searchFavorites.jsp)
⊞ my links
⊞ my searches

Marketplace
Apps
(http://marketplace.infusionsoft.com/apps)
Consultants
(http://marketplace.infusionsoft.com/consultants)
Developers

(http://marketplace.infusionsoft.com/developers)
Campaigns
(http://marketplace.infusionsoft.com/campaigns)

Hi, Sharon!
Edit My Profile (/Admin/editUserProfile.jsp)
Manage Accounts

(https://signin.infusionsoft.com/app/central/home)
Log Out
Your Accounts

ae160 (https://ae160.infusionsoft.com)

Help
Page Help
User Guide
(http://ug.infusionsoft.com)
Video Library
(http://help.infusionsoft.com/training/Videos)
Submit a Support Case
Marketplace
(http://marketplace.infusionsoft.com)
User Community
(http://community.infusionsoft.com)

# EXHIBIT 4

## Support Request

# 90569     CLOSED

**Roca Labs Support Euro office replied**                                    Apr 7, 10:43 am

Hi Jennifer,

That's a good question, I am happy to provide you with additional information. The information you requested can be found at:
http://rocalabs.com/support/improve/.

**Other helpful links:**

Monthly average weight loss
FAQ
Suggested use

If you have additional questions, please don't hesitate to contact us.


Thank you,
Support13 Carol

◉ *Customer viewed on Apr 7 @ 11:58 am*

**Jennifer Schaive started the conversation**                               Apr 7, 10:38 am
                                                                                   Anyone

I have been on this product for about a week. I have not seen any weight loss. When is this product supposed to help with weight loss? The prime ingredient, Sicilia is sand? You are joking right?


Jennifer Schaive

Female
Springfield, Illinois, US

williams.schaive@yahoo.com
(217) 638-8200


change customer

Re: Chat with jennifer #c5  sale  ×

# 91456   CLOSED

you replied

Apr 9, 3:55 pm

Hi Jennifer,

Instructions are provided on our website along with suggestions for use, please refer here: http://rocalabs.com/support/instructions/general/. Also refer here http://rocalabs.com/support/side-effects-to-avoid/nausea/ for help with avoidable side effects. **Remember** that you are improving your health, and treat the Formula like you would any medicine. You may not like it, but it's what you need to reach your weight loss goal and feel better physically and mentally.

As stated in our previous email, Roca Labs return policy was made clear when you placed your order and you agreed to all terms and conditions found here: http://rocalabs.com/terms/.

If you have any additional questions, please contact us.

Thank you,

Support 05--Jacqueline

👁 *Customer viewed on Apr 9 @ 4:09 pm*

Jennifer Schaive replied

Apr 9, 3:38 pm

What instructions? I didn't receive any instructions except mix with water.
The rubber goo taste is particularly unsatisfactory.
I want a refund.

you replied

Apr 9, 3:28 pm

Hi Jennifer,

The Formula is designed to work-- **ALWAYS**. It will always expand in your stomach to leave little room for food intake. As explained, your commitment is a **MUST**.

Please read the instructions again to ensure you are following them correctly. Remember you must be committed, include exercise into your regimen, and should only be consuming half the daily calories you previously had. Also, you may have used too much of the Formula, which results in your stomach not shrinking.

FYI--72% of users of the Formula first thought the Formula was not helpful, but then reread the **instructions** and, along with a change of attitude, succeeded. You should know that the psychological reasons that led you to be overweight can still be interfering with your success. Please reread the **instructions** and the psychological obstacles to success and try again with, this time with a stronger commitment.

You submitted a Health Qualification form that was reviewed by a doctor, and the Formula was prepared especially for you. Roca Labs' return policy is very clear and is provided to every customer in numerous places prior to buying:

1. On the FAQ
2. In a video about the return policy
3. On the Health Application Form
4. On the Return page
5. On the payment page
6. In the emails you received from us
7. In a video about the commitment to the process
8. In the Terms & Conditions

We are here to assist you in reaching your weight loss goal and AVOID the potential dangers of gastric bypass surgery. Roca Labs loves to reward for success. That is why the ONLY way to get money back is to SUCCEED. Please read the information at: http://rocalabs.com/support/success/money-back-success-belt/. Roca Labs does not reward failure. **There are no returns whatsoever (similar to the gastric bypass surgery procedure).**

Thank you,

Support 05--Jacqueline

Workflow <u>Type: Sale</u> was triggered

Apr 9, 3:22 pm

Jennifer Schaive started the conversation

<u>Apr 9, 3:22 pm</u>
Anyone

- I want my money back

On 04/09/2014 from Illinois, United States with IP address: 50.193.79.133
Platform: Win32
URL: http://rocalabs.com/

<u>Jennifer Schaive</u>

Female
Springfield, Illinois, US

williams.schaive@yahoo.com
(217) 638-8200

<u>change customer</u>

# EXHIBIT 5

# COMPLAINT ACTIVITY REPORT  Case # 67279782

**Better Business Bureau Serving West Florida**

**Consumer Info:** Schaive, Jennifer
8000 Wilson Ter
Springfield, IL  62712-8952
-          -
williams.schaive@yahoo.com

**Business Info:** Roca Labs Nutraceutical USA

850 290-5200

**Location Involved:**   (Same as above)

**Consumer's Original Complaint** :
This product did not work as described.  I would like a refund.
I ordered the product from this company based on the review by Dr. Oz and the company website.  I paid via my debit card in August.  I tried the product for a specific period of time however, I did not lose the weight as was described on their website.  I later learned the main ingredient in their product is sand.  The product was to be eaten twice a day.  It was equivalent to eating silly putty.  The product was difficult to eat, it was not a liquid and would seize up as soon as water was added.

**Consumer's Desired Resolution:**
I contacted the business via email asking for a refund.  The email I received stated that "your success is our reward" and recommended continuing on the product.I would like $600, which was my purchase price.

## BBB Processing

| | | | |
|---|---|---|---|
| 05/16/2014 | web | BBB | Case Received by BBB |
| 05/19/2014 | KTD | BBB | Case Reviewed by BBB |
| 05/19/2014 | Otto | EMAIL | Notify Business of Dispute |
| 05/20/2014 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Roca Labs views the BBB as an unfair profitable organization based on http://rocalabs.com/bbb/ which is using unfair grading system.Jennifer Schaive placed an order on 3/24/14. She contacted our support desk after on 4/7/14 stating she had NOT lost weight and it did NOT work. The package was just delivered to her on 4/4/14 according to USPS. To state it does not work because after only 3 days you did not lose weight is absurd.The main ingredient is NOT sand. This customer needs to re read the website and understand how to properly use the Roca Labs Proceudure. |
| 05/21/2014 | JWZ | EMAIL | Forward Business Response to Consumer |
| 05/22/2014 | WEB | BBB | BBB RECEIVES CUSTOMER REBUTTAL TO RESPONSE : (The consumer indicated he/she DID NOT accept the response from the business.)
The company is threatening legal action if I do not close my complaint with BBB. I stand by what I have said.  I tried my product for three weeks after my first complaint.  I did not lose weight.
Silica is sand.  According to www.silicsmineral.com Silica is found in rocks and stones, sand and quartz.  I also have done research at www.whatissicilia.com, www.silicabenefits.com, silica.org, www.osha.org, www.nationalsilica.com.
I want my money back. |
| 05/22/2014 | TAY | EMAIL | Forward Consumer Rebuttal to Business |
| 05/23/2014 | WEB | BBB | BBB RECEIVES BUSINESS REBUTTAL TO CUSTOMER : Customer is giving false information. There is NO silica/sand in the Roca Labs Procedure. You will find a full list of ingredients on our website here: http://rocalabs.com/answers/ask-the-doctor/medical-answers/natural-ingredients/. Roca Labs(r) Formula is based on a smart combination of healthy fibers: -Glucan(r), Xanthan Gum, Guar Gum, Konjac and Inulin. All active ingredients are 100% natural and recognized as safe by the World Health Organization.Customer was made aware of the refund.return policy when she ordered and agreed upon ordering. |
| 05/23/2014 | JWZ | EMAIL | Send Business' Rebuttal Response to Consumer |
| 05/26/2014 | WEB | BBB | CONSUMER REJECTS BUSINESS' FINAL OFFER : (The consumer indicated he/she DID NOT accept the response from the business.)
Please read the canister of their product (see photos attached), it clearly states to Silica.  How can Roca Labs state that Silica is not a in their procedure when it is on the canister they send their customers? Their product is also supposed to be FDA approved.  I have also included a photo of the product that is supposed to be taken two to three times a day. |
| 05/29/2014 | TAY | EMAIL | Forward Consumer Rebuttal to Business |
| 06/10/2014 | OttO | BBB | No Further Comments from Business |
| 06/12/2014 | TAY | BBB | BBB Judged Case AJR |
| 06/12/2014 | Otto | EMAIL | Inform Consumer - Case ADMINISTRATIVELY CLOSED |
| 06/12/2014 | Otto | BBB | Case ADMINISTRATIVELY CLOSED |

# EXHIBIT 6



My Nav
Add a Contact

First Name | Last Name

Email
Please enter a valid email format.

☐ I have permission to send marketing to
this address.

Mobile | Phone | Ext

Mobile ▼

Save

Success!was added to your Contacts.

Find a contact...

Contact ▼

(/app/nav/start)
(/CustomLink/searchFavorites.jsp)
(http://marketplace.infusionsoft.com)
(/Admin/editUserProfile.jsp)

- My Day (/app/nav/link?navSystem=nav.mynav&navModule=nav.home.myDay)
- Dashboard (/app/nav/link?navSystem=nav.mynav&navModule=nav.home.dashboard)
- Contacts (/app/nav/link?navSystem=nav.mynav&navModule=contact)
- Orders (/app/nav/link?navSystem=nav.mynav&navModule=order)
- Tasks (/app/nav/link?navSystem=nav.mynav&navModule=nav.home.tasks)
- Users (/app/nav/link?navSystem=nav.mynav&navModule=user-profile)
- Lead Generation (/app/nav/link?navSystem=nav.mynav&navModule=leadGeneration)

(back to search results (/Reports/searchTemplate.jsp?reportClass=FindPerson&action=none&view=resultsPage&goToSelected=true)) 9:52 AM (EDT) Sayre, PA
56° F

**Melissa Richman**

- General
-
- HA
-
-
-

**General**

| | |
|---|---|
| Formula | 50-100 lbs to Lose for Women ▼ |
| Q1 Link | 50-100-lbs-to-lose-for-women ▼ |
| Age | 29 |
| Feet | 5 |
| Inches | 6 |
| Procedure | Please select one ▼ |
| Lbs | 198 |
| Lbs to lose | 71 |
| BMI | 32.00 |
| Overweight Years | 3 |
| Health Insurance key | Blue Cross* ▼ |
| Reasons | Quantity eating<br>Snacking all day<br>Junk food<br>High fat food<br>Sweets<br>Can't stop bad habits<br>Bored<br>Not exercising<br>On fattening medication<br>Physical limitations |

Fat related issues

Cholesterol
Heart issues
High blood pressure
Joints
Breathing
Sleeping problems / snoring
Diabetes
Chronic fatigue
Constipation and diarrhea
Other                                    ▼

| | |
|---|---|
| Gender | Female                    ▼ |
| Coach Call | |
| TeleStatus | |
| SId | |
| Site | |
| Tele Status | Please select one  ▼ |
| FUTime | 12:00 AM  ▼ |
| QPlusDate | |
| SaleDate | |
| TimeZone | No options available  ▼ |
| CoachNote | |
| CallTime | No options available  ▼ |
| 2nd Pay Date | |
| 3rd Pay Date | |

**Weight Loss Surgery**

| | |
|---|---|
| Years ago | Please select one  ▼ |
| Type | Please select one  ▼ |
| Med complications | Please select one  ▼ |
| Lbs lost | |
| Lbs regained | |
| Note | |

**Weight Loss Goal**

| | |
|---|---|
| I go by | Please select one  ▼ |
| NON-effective | Calorie counting, working out and different diet pills. |
| SEMI-effective | None really. I just eat all day. |
| Access fat disturbs | Its ruining my marriage/ sex life. I feel so uncomfortable with my body. Which leads to stress and more eating. |
| Sexuality | Greatly affected  ▼ |
| Current size | |
| Goal size | |

**Commitment**

| | |
|---|---|
| Note | Yes like I said before I don't want my weight to slow me down anymore. |
| Ugly | 1                    ▼ |

Created:  System Wednesday, February 26, 2014 8:48 AM   |   Last Updated:  System Monday, July 7, 2014 3:30 PM

Select an action                    ▼

**Tasks & Appointments**

This contact does not have any tasks or appointments

**Completed Tasks**

This contact does not have any tasks or appointments

**Previous Appointments**

This contact does not have any tasks or appointments

**Notes**

View All   [ Note Template... ▼ ]   [ Add Note ]

| Updated | Assigned User | Details |
|---|---|---|
| 07/07/2014 | [Not Assigned] | CB741836109401<br>CB; fraud |
| 02/26/2014 | [Not Assigned] | Changed Info for Health Application<br>This contact was modified on 2/26/2014 12:34 PM because of a discrepancy in data while updating. OLD INFORMATION: State=PA _Yearsago= _Type= _Medcomplications= _Lbslost0= _Lbsregained0= _Note= _Ig... |
| 02/26/2014 | [Not Assigned] | Changed Info for API - addWithDupeCheck<br>This contact was modified on 2/26/2014 9:09 AM because of a discrepancy in data while updating. OLD INFORMATION: Phone1= Phone2= StreetAddress1= City= State=null PostalCode=null Country=null Addre... |

**Form Submissions**

[ Internal Forms... ▼ ]   [ Fill Out ]

This contact does not have any form submissions

**Recent Email History**

○ Received  ○ Sent  ○ Campaign  ○ Notification  ○ Bounced

| Email | Status | Date | Subject | EmailTo | EmailFrom | Template |
|---|---|---|---|---|---|---|
| [View] | ○ Clicked | 2/28/2014 5:49 AM | Shipping Details | missyrichman84@gmail.com | Support@RocaLabs.com | None |
| [View] | ○ Opened | 2/27/2014 8:21 AM | APPROVED for Gastric Bypass Al | missyrichman84@gmail.com | Support@RocaLabs.com | None |
| [View] | ○ Opened | 2/26/2014 11:35 AM | Order Received | missyrichman84@gmail.com | Support@RocaLabs.com | None |
| [View] | ○ Opened | 2/26/2014 8:30 AM | Health Application Status | missyrichman84@gmail.com | Support@RocaLabs.com | None |
| [View] | ○ Opened | 2/26/2014 8:10 AM | Health Application #~Contact.I | missyrichman84@gmail.com | Support@RocaLabs.com | None |
| [View] | ○ Opened | 2/26/2014 8:03 AM | Health Application for ~Contac | missyrichman84@gmail.com | Support@RocaLabs.com | None |

1.33.0.47 edit-contact

My Nav (/app/nav/link?
navSystem=nav.mynav&navModule=nav.home.myDay)

 Start Page

Customize Now

• My Day (/app/nav/link?
navSystem=nav.mynav&navModule=nav.home.myDay)
• Dashboard (/app/nav/link?
navSystem=nav.mynav&navModule=nav.home.dashboard)
• Contacts (/app/nav/link?
navSystem=nav.mynav&navModule=contact)
• Orders (/app/nav/link?
navSystem=nav.mynav&navModule=order)
• Tasks (/app/nav/link?
navSystem=nav.mynav&navModule=nav.home.tasks)
• Users (/app/nav/link?
navSystem=nav.mynav&navModule=user-profile)
• Lead Generation (/app/nav/link?
navSystem=nav.mynav&navModule=leadGeneration)

• Edit

[ Done ]

CRM (/app/nav/link?
navSystem=nav.crm&navModule=contact)

• Contacts (/app/nav/link?
navSystem=nav.crm&navModule=contact)
• Companies (/app/nav/link?
navSystem=nav.crm&navModule=company)
• Opportunities (/app/nav/link?
navSystem=nav.crm&navModule=opportunity)
• Referral Partners (/app/nav/link?
navSystem=nav.crm&navModule=affiliate)
• Visitors (/app/nav/link?
navSystem=nav.crm&navModule=visitors)

• Reports (/app/nav/link?
navModule=nav.crm.reports)
• Settings (/app/nav/link?
navModule=nav.crm.settings)

Marketing (/app/nav/link?
navSystem=nav.marketing&navModule=funnel)

• Campaign Builder (/app/nav/link?
navSystem=nav.marketing&navModule=funnel)
• Email & Broadcasts (/app/nav/link?
navSystem=nav.marketing&navModule=broadcast)
• Lead Generation (/app/nav/link?
navSystem=nav.marketing&navModule=leadGeneration)
• Templates (/app/nav/link?
navSystem=nav.marketing&navModule=template)
• Legacy (/app/nav/link?
navSystem=nav.marketing&navModule=legacy)

• Reports (/app/nav/link?
navModule=nav.marketing.reports)
• Settings (/app/nav/link?
navModule=nav.marketing.settings)

E-Commerce (/app/nav/link?navSystem=nav.accounting&navModule=cor

• E-Commerce Setup (/app/nav/link?
navSystem=nav.accounting&navModule=cor
• Orders (/app/nav/link?
navSystem=nav.accounting&navMod
• Products (/app/nav/link?
navSystem=nav.accounting&navMod
• Actions (/app/nav/link?
navSystem=nav.accounting&navMod
• Promotions (/app/nav/link?
navSystem=nav.accounting&navMod
• Legacy (/app/nav/link?
navSystem=nav.accounting&navMod
ECOMM

• Reports (/app/nav/link?
navModule=nav.accounting.reports)
• Settings (/app/nav/link?
navModule=nav.accounting.settings)

Tools
Dashboard
(/Admin/home.jsp?
revertCalUser=true)
My Day
(/app/myDay/home?
tab=workingTab)
Calendar
(/app/myDay/home?
tab=calendarTab)
Tasks (/app/myDay/home?
tab=tasksTab)
Inbox

Files (/Admin/myFiles.jsp)

Recent

- Melissa Richman
  (/Contact/manageContact.jsp?
  view=edit&ID=98696&Sidebar=true)
- Name not set
  (/Contact/manageContact.jsp?
  view=edit&ID=143185&Sidebar=true)
- Tina Hill
  (/Contact/manageContact.jsp?
  view=edit&ID=117424&Sidebar=true)
- Kevin Spry
  (/Contact/manageContact.jsp?
  view=edit&ID=158911&Sidebar=true)
- Amanda Landry
  (/Contact/manageContact.jsp?
  view=edit&ID=222210&Sidebar=true)
- Amanda Landry
  (/Contact/manageContact.jsp?
  view=edit&ID=222204&Sidebar=true)
- Tanya Verhey
  (/Contact/manageContact.jsp?
  view=edit&ID=223712&Sidebar=true)
- Sabah Otefi
  (/Contact/manageContact.jsp?
  view=edit&ID=218418&Sidebar=true)
- Order #51160
  (/Job/manageJob.jsp?
  view=edit&ID=51160&Sidebar=true)
- Order #46048
  (/Job/manageJob.jsp?
  view=edit&ID=46048&Sidebar=true)

Your Favorites  Edit
(/CustomLink/searchFavorites.jsp)
⊞ my links
⊞ my searches

Marketplace
Apps
(http://marketplace.infusionsoft.com/apps)
Consultants
(http://marketplace.infusionsoft.com/consultants)
Developers
(http://marketplace.infusionsoft.com/developers)
Campaigns
(http://marketplace.infusionsoft.com/campaigns)

Hi, Sharon!
Edit My Profile (/Admin/editUserProfile.jsp)

Manage Accounts

(https://signin.infusionsoft.com/app/central/home)

Log Out
Your Accounts

        ae160 (https://ae160.infusionsoft.com)

Help
Page Help
User Guide
(http://ug.infusionsoft.com)
Video Library
(http://help.infusionsoft.com/training/Videos)
Submit a Support Case
Marketplace
(http://marketplace.infusionsoft.com)
User Community
(http://community.infusionsoft.com)

**EXHIBIT 7**



My Nav
Add a Contact

First Name | Last Name

Email
Please enter a valid email format.

☐ I have permission to send marketing to this address.

Mobile | Phone | Ext
Mobile ▼

Save

Successlwas added to your Contacts.

Find a contact...

Contact ▼
(/app/nav/start)
(/CustomLink/searchFavorites.jsp)
(http://marketplace.infusionsoft.com)
(/Admin/editUserProfile.jsp)

- My Day (/app/nav/link?navSystem=nav.mynav&navModule=nav.home.myDay)
- Dashboard (/app/nav/link?navSystem=nav.mynav&navModule=nav.home.dashboard)
- Contacts (/app/nav/link?navSystem=nav.mynav&navModule=contact)
- Orders (/app/nav/link?navSystem=nav.mynav&navModule=order)
- Tasks (/app/nav/link?navSystem=nav.mynav&navModule=nav.home.tasks)
- Users (/app/nav/link?navSystem=nav.mynav&navModule=user-profile)
- Lead Generation (/app/nav/link?navSystem=nav.mynav&navModule=leadGeneration)

(back to search results (/Reports/searchTemplate.jsp?reportClass=FindPerson&action=none&view=resultsPage&goToSelected=true))

## Order Information

### Contact Information

Melissa Richman
Melissa Richman (/Contact/manageContact.jsp?view=edit&ID=98696)

missyrichman84@gmail.com
(607) 237-2615

### Shipping Address...

First Name | Melissa
Middle Name |
Last Name | Richman
Company |
Phone | (607) 237-2615
Street 1 | 505 West Lockhart street
Street 2 |
City | Sayre
State | PA
Zip | 18840
Country | United States

### Order Information

Search

Order Title: | Order: Action Set
Order Date | 02-27-2014
Order Type | Offline ▼
PAY STATUS | PAID
Order Notes

Lead Referral Partner | Lead Referral Partner Name ▼ ⑦
Sale Referral Partner | Sale Referral Partner Name ▼ ⑦
Invoice Template: | Use default template ▼

### Promo Codes...

Edit Promo Codes

### Source Information

Tracking | No information is available

### Order Items

| Name | Price/Unit | Type | Total Price | Fulfillment | Modify Fulfillment | Remove |
|---|---|---|---|---|---|---|
| Basic Procedural Kit w/ Health Insurance Discount | $480.00 x 1 | Product | $480.00 | N/A | N/A | Remove |
| Shipping | $18.50 x 1 | Product | $18.50 | N/A | N/A | Remove |
| Credit Card Verification | -$1.00 x 1 | Product | -$1.00 | N/A | N/A | Remove |
| Three Payments Basic Domestic | $36.00 x 1 | Finance Charge | $36.00 | N/A | N/A | Remove |
| **ORDER TOTAL** | | | **$533.50** | | | |

### Payments

| Date | Type | Status | Amount | Note |
|---|---|---|---|---|
| 2/27/2014 | Credit Card | APPROVED (MasterCard xxxxxxxxxxxx3100) | $177.83 | Auto-charge for Invoice #19974 |
| 3/29/2014 | Credit Card | APPROVED (MasterCard xxxxxxxxxxxx3100) | $177.83 | Auto-charge for Invoice #19974 |
| 6/19/2014 | Credit Card | APPROVED (MasterCard xxxxxxxxxxxx3100) | $177.84 | Invoice Ids: 19974 |
| **Payment Total** | | | **$533.50** | |
| BALANCE | | | $0.00 | |

### Commissions

Recalculate

| Referral Partner | Commission | Item | Sold | Earned |
|---|---|---|---|---|

No Commissions to Display

**Payment Plan**

Auto Charge:  Yes(Has Failed) (View Payment Attempt History)
☐  Email the invoice to the customer upon successful payment

**This payment plan has failed 13 times.**

| Pmt # | Status | AmtDue | Paid | Date |
|---|---|---|---|---|
| Pmt 1 | Paid | $177.83 | $177.83 | 2/27/2014 |
| Pmt 2 | Paid | $177.83 | $177.83 | 3/29/2014 |
| Pmt 3 | Paid | $177.84 | $177.84 | 4/28/2014 |

1.33.0.47 edit-job

My Nav (/app/nav/link?
navSystem=nav.mynav&navModule=nav.home.myDay)

🔲 Start Page

Customize Now

• My Day (/app/nav/link?
navSystem=nav.mynav&navModule=nav.home.myDay)
• Dashboard (/app/nav/link?
navSystem=nav.mynav&navModule=nav.home.dashboard)
• Contacts (/app/nav/link?
navSystem=nav.mynav&navModule=contact)
• Orders (/app/nav/link?
navSystem=nav.mynav&navModule=order)
• Tasks (/app/nav/link?
navSystem=nav.mynav&navModule=nav.home.tasks)
• Users (/app/nav/link?
navSystem=nav.mynav&navModule=user-profile)
• Lead Generation (/app/nav/link?
navSystem=nav.mynav&navModule=leadGeneration)

• Edit

Done

CRM (/app/nav/link?
navSystem=nav.crm&navModule=contact)

• Contacts (/app/nav/link?
navSystem=nav.crm&navModule=contact)
• Companies (/app/nav/link?
navSystem=nav.crm&navModule=company)
• Opportunities (/app/nav/link?
navSystem=nav.crm&navModule=opportunity)
• Referral Partners (/app/nav/link?
navSystem=nav.crm&navModule=affiliate)
• Visitors (/app/nav/link?
navSystem=nav.crm&navModule=visitors)

• Reports (/app/nav/link?
navModule=nav.crm.reports)
• Settings (/app/nav/link?
navModule=nav.crm.settings)

Marketing (/app/nav/link?
navSystem=nav.marketing&navModule=funnel)

• Campaign Builder (/app/nav/link?
navSystem=nav.marketing&navModule=funnel)
• Email & Broadcasts (/app/nav/link?
navSystem=nav.marketing&navModule=broadcast)
• Lead Generation (/app/nav/link?
navSystem=nav.marketing&navModule=leadGeneration)
• Templates (/app/nav/link?
navSystem=nav.marketing&navModule=template)
• Legacy (/app/nav/link?
navSystem=nav.marketing&navModule=legacy)

• Reports (/app/nav/link?
navModule=nav.marketing.reports)
• Settings (/app/nav/link?
navModule=nav.marketing.settings)

E-Commerce (/app/nav/link?
navSystem=nav.accounting&navModule=con

• E-Commerce Setup (/app/nav/link?
navSystem=nav.accounting&navMod
• Orders (/app/nav/link?
navSystem=nav.accounting&navMod
• Products (/app/nav/link?
navSystem=nav.accounting&navMod
• Actions (/app/nav/link?
navSystem=nav.accounting&navMod
• Promotions (/app/nav/link?
navSystem=nav.accounting&navMod
• Legacy (/app/nav/link?
navSystem=nav.accounting&navMod
ECOMM)

• Reports (/app/nav/link?
navModule=nav.accounting.reports)
• Settings (/app/nav/link?
navModule=nav.accounting.settings)

Tools
Dashboard
(/Admin/home.jsp?
revertCalUser=true)
My Day
(/app/myDay/home?
tab=workingTab)
Calendar
(/app/myDay/home?
tab=calendarTab)
Tasks (/app/myDay/home?
tab=tasksTab)
Inbox
Files (/Admin/myFiles.jsp)

Recent

• Order #19974
(/Job/manageJob.jsp?
view=edit&ID=19974&Sidebar=true)
• Melissa Richman
(/Contact/manageContact.jsp?
view=edit&ID=98696&Sidebar=true)
• Name not set
(/Contact/manageContact.jsp?
view=edit&ID=1431858&Sidebar=true)
• Tina Hill
(/Contact/manageContact.jsp?
view=edit&ID=117424&Sidebar=true)
• Kevin Spry
(/Contact/manageContact.jsp?
view=edit&ID=158911&Sidebar=true)
• Amanda Landry
(/Contact/manageContact.jsp?
view=edit&ID=222210&Sidebar=true)
• Amanda Landry
(/Contact/manageContact.jsp?
view=edit&ID=222204&Sidebar=true)
• Tanya Verhey
(/Contact/manageContact.jsp?
view=edit&ID=223712&Sidebar=true)
• Sabah Otefi
(/Contact/manageContact.jsp?
view=edit&ID=218418&Sidebar=true)
• Order #51160
(/Job/manageJob.jsp?
view=edit&ID=51160&Sidebar=true)

Your Favorites  Edit
(/CustomLink/searchFavorites.jsp)
⊞·my links
⊞·my searches

Marketplace
Apps
(http://marketplace.infusionsoft.com/apps)