

13.   Anonymous Coward, Sep 26th, 2014 @ 10:29am     [insightful] [funny] [report]

Re:

     I REALLY hope the judge upholds PissedConsumer.com's first amendment rights; this case is an obvious violation of them.

Well, technically THIS case is about a consumer's free speech rights. Pissedconsumer was in the other lawsuit.

     People writing negative reviews about something is not defamatory in the slightest.

As long as the review is true, anyway. An intentionally false negative review almost certainly WOULD be defamatory.

[ reply to this | link to this | view in thread ]

14.   Steerpike (profile), Sep 26th, 2014 @ 12:31pm     [insightful] [funny] [report]

Re:

Roca Labs can't violate anyone First Amendment rights because they're a private party and not the government. However, they're asking for government action here against the speech they don't like, and that has First Amendment implications.

[ reply to this | link to this | view in thread ]

15.   Steerpike (profile), Sep 26th, 2014 @ 12:31pm     [insightful] [funny] [report]

Re:

Roca Labs can't violate anyone First Amendment rights because they're a private party and not the government. However, they're asking for government action here against the speech they don't like, and that has First Amendment implications.

[ reply to this | link to this | view in thread ]

16.   Baron von Robber, Sep 26th, 2014 @ 12:35pm     [insightful] [funny] [report]

Re: Is that really enforceable?

I wonder the same.

If I drew up a contract that stated "A negative review will mean that from that point forward, the customer becomes a slave to Roca."

I think most people would find that unreasonable.

So if it's unreasonable for the 13th Amendment, why not for any Amendment, in particular the 1st?

[ reply to this | link to this | view in thread ]

17.   John Fenderson (profile), Sep 26th, 2014 @ 2:21pm     [insightful] [funny] [report]

Re: Re:

"An intentionally false negative review almost certainly WOULD be defamatory."

Unless it was a clear expression of opinion rather than fact. Opinion cannot be defamatory.

[ reply to this | link to this | view in thread ]

18.   That One Guy (profile), Sep 26th, 2014 @ 4:57pm     [insightful] [funny] [report]

Re:

And again: Cases like these are why we need a federal anti-SLAPP law. When you can sue someone to shut them up, that's a problem, and needs to be fixed, and not just left to the states on an individual level to deal with it.

[ reply to this | link to this | view in thread ]

19.   Anonymous Coward, Sep 26th, 2014 @ 6:51pm     [insightful] [funny] [report]

Re: Re: Re:

"'An intentionally false negative review almost certainly WOULD be defamatory.'

Unless it was a clear expression of opinion rather than fact."

Obviously it would have to be a fact; I thought that was clear from the context. I'm not exactly sure how you could even have an intentionally false opinion.

[ reply to this | link to this | view in thread ]

20.   Anonymous Coward, Sep 26th, 2014 @ 7:33pm          [ insightful ] [ funny ] [ report ]

Re: Re: Is that really enforceable?

There are a ton of implied rights that you can contract away. You have the right to spend your money how you see fit - but you can sign a contract that specifies you must pay the mortgage company every month for the next 30 years. You have the right to spend your time as you see fit - but you can sign a contract specifying that you will build someone a house in the next month. You have a right to basic information about the drugs your doctor gives you - but you can agree to participate in a double-blind study where you and your doctor do not know whether you have been given a real drug or a placebo. You have the right to not be assaulted - but you can sign a contract to participate in a boxing match.

I think it's pretty established that in some cases, nondisparagement clauses are valid. (If I ruled the world I'd make them illegal, but that's not the current situation.) A slavery clause, on the other hand, would be unquestionably unconscionable. Hopefully this clause, given the context, would also be found unconscionable and therefore unenforceable.

But there's a much clearer reason. The 13th amendment is worded differently from the 1st. It says "Neither slavery nor involuntary servitude... shall exist within the United States, or any place subject to their jurisdiction." It doesn't merely limit Congress or the states. It doesn't merely state that people have a right to not be slaves. It categorically bans the existence of slavery. You can't sign a contract to do an illegal thing.

[ reply to this | link to this | view in thread ]

21.   Daemon_ZOGG, Sep 26th, 2014 @ 8:58pm          [ insightful ] [ funny ] [ report ]

"Roca Labs Sues Customer For Posting A Negative Review"

Well, according to my 1st Amendment "opinion", it sounds to me like Roca fLabs is trying to protect a fraudulent, FDA Not-approved product. And doesn't want too many people to know about it.

[ reply to this | link to this | view in thread ]

22.   Anonymous Coward, Sep 28th, 2014 @ 1:45am          [ insightful ] [ funny ] [ report ]

What a piece of "TOS"

No contract shall be binding should it infringe upon ones basic rights

[ reply to this | link to this | view in thread ]

23.   Alice King, Oct 3rd, 2014 @ 9:00pm          [ insightful ] [ funny ] [ report ]

Re: Attorney fees

Since they are suing me personally, there are a number of insane boiler plate items added on to this lawsuit just to add on to the law suit, make them look like they are working harder than they are and they've repeated themselves at least 3 times on every item. 'Casue that never gets old.

There are so many things wrong with their so called "case" against me, they seem to for get I remember what they wanted from me too. I tried to get a refund after the first month, but they would not allow it because I had not sent in a before picture at the first day and since I lost no weight it could have sent the same picture and it have been the same pix.

I need the name of the Class Actions Lawyers name and number - proto get this shit off my heard.

[ reply to this | link to this | view in thread ]

## Add Your Comment

Have a Techdirt Account? Sign in now. Want one? Register here

Name

Email                                          ☐ Get Techdirt's Daily Email

URL

Subject

Comment

Options    ☐ Save me a cookie

[Submit]  [Preview]

- Note: A CRLF will be replaced by a break tag (<br>), all other allowable HTML will remain intact
- Allowed HTML Tags: <b> <i> <a> <em> <br> <strong> <blockquote> <hr> <tt>

<< Aussie Teenager Fearful For His Life After...                    Former Mayor Giuliani To Defend Activision In... >>



**Company**
About Us
Advertising Policies
Privacy

**Contact**
Help & Feedback
Media Kit
Sponsor/Advertise
Submit a Story

**Tools & Services**
Twitter
Facebook
RSS
Techdirt for Mobile
Research & Reports

**More**
Insight Community
Step2
Insider Shop

Brought to you by Floor64

BLOG     FEATURES     VIDEO     BBS       TWITTER        FACEBOOK       TUMBLR

**Weight-loss company sues customer for posting negative review to Better Business Bureau**

Cory Doctorow at 5:00 pm Thu, Sep 25, 2014

SHARE          TWEET         STUMBLE         COMMENTS

Roca Labs makes the "Non Surgical Gastric Bypass" (which one expert says is mostly industrial food thickeners) with terms-of-sale that prohibit complaining if you get sick, or don't like the product, or feel like you were ripped off.

The customer they're suing lodged a complaint with the Better Business Bureau; Roca asserts "breach of contract" and "defamation per se," because under the terms of the company's fine-print, *any* customer complaint is automatically defamatory.



I don't think that's how defamation law works. At all. Even if this woman's comments to the BBB are defamatory (and I'm not saying they are), you can't just have someone sign a contract saying that if they do something, they'll be guilty of defamation.

Either way, all of this should make you wonder just what sort of company Roca Labs is in that it seems to not just sue its own customers for negative reviews, but to work so hard to stop negative reviews and to threaten and intimidate those who make complaints about their experience with the company.

Roca Labs Sues Customer For Posting A Negative Review [Mike Masnick/Techdirt]

(*Image:* Complaint Department Grenade "Please Take a Number")

DISCUSS

**READ MORE AT BOING BOING**

| | | |
|---|---|---|
| | | |

**Billionaire told he can't block access to public beach**     **15 lessons from 15 years of blogging**     **Adjustable Pac Man and ghost ring**

AD BY FEDERATED MEDIA

**Simple Update, HUGE Payoff!**



-from Vintage Revivals-

Technology is amazing isn't it? When we really stop and just look at what is not



CLICK TO VIEW

Get your life in tune.



Insider Shop    Insight Community    Step2

Search Techdirt    **Search**

Techdirt    Wireless News    Innovation    Case Studies    Startups    Net Neutrality

Preferences    Register    Sign In

Main    Submit a Story    🔊 RSS

Follow Techdirt

<< Cops Seize Car When Told To Get A Warrant...    Why Won't The Press Admit That CIA Director... >>

# Roca Labs Threatens To Sue All Three Former Customers Who Provided Evidence Against Roca In PissedConsumer Case

*from the the-ultimate-in-sleazy dept*

Advertisement



Essential Reading

Legal Issues
by Mike Masnick
Mon, Sep 29th 2014
5:38am

0

Filed Under:
consumer reviews,
evidence,
intimidation,
lawsuits, marc
randazza, opinions,
paul berger,
reviews,
tampering, threats,
witness

Companies:
consumer opinion
corp., roca labs

Permalink.

The Roca Labs story keeps getting more and more ridiculous. Each time you think the company couldn't act in a way that seems even more sleazy and questionable, it raises the bar. If you don't recall, Roca Labs sells a "dietary supplement" (they describe it as a "food additive" or a "nutraceutical") that, according to one doctor, "consists primarily of industrial food thickening agents" which the company claims is an "alternative" to gastric bypass surgery. More importantly, the company has crazy terms of service that say if you buy the product the company will offer a "discount" in exchange for agreeing to never say anything negative about the product ever in any form (and requiring you to allow the company to showcase any positive results). One of our readers went through the ordering process and claims that the "discount" is a mirage -- as there appeared to be no way to order without the "discount" (i.e., without agreeing to the gag clause). Despite all this, there are numerous complaints about Roca Labs and its product both with the Better Business Bureau (which gives the company an F grade) and with PissedConsumer, where people have complained about both the company and the product.

In response, Roca Labs used some unique legal theories to sue PissedConsumer's parent company, Consumer Opinion Corp., claiming that it's "tortious interference" to solicit consumer reviews, given the company's gag order. PissedConsumer fought back, arguing that the gag clause was clearly unenforceable, questioning the quality of Roca's products, and highlighting the company's history of threatening lawsuits when people complained to the Better Business Bureau. On top of all that, we noted that Roca Labs decided, in the midst of all this, to sue a former customer for complaining to the Better Business Bureau. This lawsuit was filed the day after PissedConsumer responded to Roca's lawsuit, the timing of which will become more interesting as you read this further.

If you're keeping score at home, among the questionable actions by Roca Labs (leaving aside any questions about the efficacy and safety of the product), we've got (1) a gag order that both demands silence if you're unhappy and compels endorsement if you are happy, (2) a questionable legal threat against a website that collects consumer reviews, and (3) legal threats and lawsuits against unhappy customers for merely complaining to the BBB about Roca Labs.

And now the company has taken it up to another level. As we noted, when PissedConsumer fought back, it included declarations from three former customers, all of whom had complained to the BBB. It had been a while since any of those former customers had heard from Roca Labs, but four days after PissedConsumer's response, all three of those customers received new letters from Roca Labs, threatening legal action for "breach of contract."

Marc Randazza, the lawyer for PissedConsumer, has now filed for a temporary restraining order against Roca Labs, claiming that the company is engaged in witness intimidation.

Via the attachments in the filing, you can see that Randazza had a ridiculous email conversation with Roca Labs' lawyer, Paul Berger, in which Randazza bent over backwards offering to allow the company to file such lawsuits if needed to avoid a statute of limitations, but otherwise asked the company to defer any such threats or legal action until after the court expresses an opinion on the legitimacy of Roca's gag order (which is expected next week). Berger appears unwilling to respond directly to what Randazza is clearly offering, and also makes some bizarre claims about not being able to respond as the legal representative of Roca Labs, despite his own email signature noting that he's the "independent general counsel" for the company and the fact that all the threat letters came directly from him (his reason: not being admitted to the bar in that part of Florida -- a meaningless excuse for the purpose of communications between lawyers, since that only concerns his ability to appear in court).

In the threat letters to the three customers sent on Monday morning, September 22nd, Berger directly references that one lawsuit he filed the previous Friday, September 19th, as evidence of the "seriousness" with which Roca takes these issues. So, the timeline: on Thursday, September 18th, PissedConsumer responds to Roca's lawsuit, including declarations from three former customers who complained to the Better Business Bureau, only to receive initial threats from Roca soon after, though no actual lawsuit (two of these happened in 2011, one earlier in 2014). On

Hot Topics

6.2    Court Says By Agreeing To AOL's Terms Of Service, You've 'Consented' To Search By Law Enforcement

6.0    Now In Charge Of Congress, GOP Plans To Give Up Its Own Constitutional Powers To The Obama Administration

5.7    Chicago Transit Cops Start Up Their Own Security Theater, Will Start Randomly Swabbing Bags For Explosive Residue

New To Techdirt?
Explore some core concepts:

Saying You Can't Compete With Free Is Saying You Can't Compete Period

How Being More Open, Human And Awesome Can Save Anyone Worried About Making Money In Entertainment

The Future Of Music Business Models (And Those Who Are Already There)

read all »

Techdirt Reading List

    Remix: Making Art and Commerce Thr...
Lawrence Lessig (Hardcover - Oct 16, 2008)
$0.01
★★★★☆

No Law: Intellectual Property in the I...
David Lange, H. Jefferson Powell (Paperback - O...
$18.41

Moral Panics and the Copyright Wars
William Patry (Hardcover - Sep 3, 2009)
$11.98
★★★★½

The Gridlock Economy: How Too Much ...
Michael Heller (Paperback - Feb 23, 2010)
$2.04
★★★★½

1 2 3 4 5 >

Get Widget    Privacy



Friday, Roca sues a different former customer who complained to the Better Business Bureau.
Then, early Monday morning, Roca sends letters to the three former customers whose declarations
were part of the Thursday filing, pointing to the Friday lawsuit as evidence of how the company
will sue customers who complain to the BBB. You can see all three threats embedded below.

As Randazza notes in his own filing, this appears to be a fairly clear attempt to "intimidate and
harass defense witnesses." From the filing:

> So far, three of Roca's prior customers have agreed to serve as witnesses. Most
> others declined to respond, wishing to not get involved, out of fear that Roca would
> retaliate against them for testifying. Those concerns proved to be well-founded, as
> Roca threatened all three of the witnesses Opinion Corp. identified. The timing of
> its aggression against these three women makes its intentions transparent – Roca
> wants to intimidate them and any other potential witnesses in this case.
>
> As for Ms. Walsh and Ms. Anderson, it has been in excess of three years since they
> lodged their complaints with the Better Business Bureau. Roca threatened litigation
> at the outset, demanding they retract their complaints. Roca then went completely
> silent for more than three years. However, after such a long period of dormancy
> Roca <u>now</u> seeks to threaten imminent legal action against these witnesses. Nothing
> could have motivated Roca to reach out to these women after such a long period
> other than to try and intimidate witnesses in this case.

The filing only seeks a rather brief temporary restraining order, asking the court to block Roca
from any such threats or lawsuits until after the October 8th hearing in this case, when it's likely
the judge will determine if the original gag order from Roca Labs is legit. As Randazza notes, the
only possible "harm" to Roca is delaying a possible lawsuit by less than two weeks (which seems
completely minor given that Roca Labs ignored the issue with at least two of the customers in
question for over three years). Furthermore, Randazza asks for any and all communications with
those and other potential witnesses in the case to make sure that there hasn't been anything else
that might be deemed witness harassment or intimidation.

To print the document, click the "Original Document" link to
open the original PDF. At this time it is not possible to print the
document with annotations.

To print the document, click the "Original Document" link to
open the original PDF. At this time it is not possible to print the
document with annotations.

Techdirt Insider Chat

Obama more or less powerless, or close to

**Christopher Best:** No, he's still got plenty of
power. He can veto anything they pass, if he
wants, and they don't have a 2/3 majority to
overrule him
And he can still write crazy unaccountable
executive orders

**Rikuo:** okay thanks

**Mark Harrill:** yeah what CB said. What it
changes is the mechanics of Congress, who is
in charge of the committees and the R's can
control the legislative agenda

**Ninja:** Now imagine if R's and D's had to share
the power with C's, B's and other parties? I
alliances would have to be made instead of the
partisan warfare we are seeing

**Mark Harrill:** it would be human sacrifice, dogs
and cats living together mass hysteria

Get the Insider Chat!

Advertisement



BUTTERBALL®
TURKEY COUPONS

Print Coupons!

Recent Stories

### Thursday
06:10   Dish Pulls CNN, Doesn't Think Customers Still
        Paying For It Are Missing Much (2)
04:09   Chicago Transit Cops Start Up Their Own Security
        Theater, Will Start Randomly Swabbing Bags For
        Explosive Residue (23)
01:08   Carl Malamud's Public.Resource.Org Joins Effort To
        Make Pay-Walled Indian Standards Freely Available
        (2)

### Wednesday
21:08   Now In Charge Of Congress, GOP Plans To Give Up
        Its Own Constitutional Powers To The Obama
        Administration (24)
17:00   DailyDirt: Looking Fashionable In New Spacesuit
        Designs (7)
15:55   Hillary Clinton Still Refuses To Make Her Views
        Clear On Surveillance, And That's A Problem (23)
14:48   Roca Labs Threatens Other Sites For Writing About
        Its Case, Files Another Questionable Document (10)
13:47   Australians' Stored Metadata Could Be Used In Any
        Civil Case, Including Against Copyright
        Infringement (25)
12:45   Pharma Officials Insist That There Is 'Zero Evidence'
        That Patents Harm Access To Medicine (21)
11:41   Germany's Top Publisher Admits Its Web Traffic
        Plummeted Without Google; Wants Politicians To
        'Take Action' (48)

More 

Advertisement

To print the document, click the "Original Document" link to open the original PDF. At this time it is not possible to print the document with annotations.

To print the document, click the "Original Document" link to open the original PDF. At this time it is not possible to print the document with annotations.

Case 8:14-cv-03014-SCB-MAP   Document 2-1   Filed 12/02/14   Page 9 of 74 PageID 451

To print the document, click the "Original Document" link to
open the original PDF. At this time it is not possible to print the
document with annotations.



24 Comments | Leave a Comment

If you liked this post, you may also be interested in...

- Roca Labs Threatens Other Sites For Writing About Its Case, Files Another Questionable Document
- Lena Dunham Once Again Threatens Lawsuit Over An Interpretation Of Her Book That She Doesn't Like
- Pianist Dejan Lazic Defends His Takedown Request By Pointing Out That The WaPo Reviewer Is Really Mean
- Magistrate Judge Not Impressed By Roca Labs' Legal Arguments: Recommends Against An Injunction
- Roca Labs Story Gets More Bizarre: Senator Threatens Bogus Defamation Lawsuit, While Nevada Quickly Rejects Bogus Bribery Charge

## Reader Comments (rss)

(Flattened / Threaded)

Show All Comments ▼

1.   Anonymous Coward, Sep 29th, 2014 @ 6:10am          [insightful]  [funny]  [report]

     Witness intimidation

     I thought that witness intimidation is criminal offence?
     If so it seems that Roca's lawyer risk disbarment...

     [ reply to this | link to this | view in thread ]

2.   ACasey (profile), Sep 29th, 2014 @ 6:33am          [insightful]  [funny]  [report]

Marc Randazza isn't the greatest lawyer in the world, but I'm glad he's on this case.

[ reply to this | link to this | view in thread ]

3.    Oblate (profile), Sep 29th, 2014 @ 6:40am     [insightful] [funny] [report]

So this is how they work...

> the company claims is an "alternative" to gastric bypass surgery.

Figured out how this works-
1. Gullible/ignorant person becomes customer of Roca Labs.
2. Person consumes 'alternative' weight loss supplement.
3. Person becomes irate/displeased with performance of the 'alternative'.
4. Person legitimately complains about Roca Labs.
5. Person is sued and harassed by Roca Labs.
6. Person must spend income on lawyer fees instead of food.
7. Due to financial based malnutrition and stress from lawsuits, person becomes thinner, and no longer needs gastric bypass surgery.
8. Person discovers that the supplement has worked as intended, just not in the method they thought it would.

[ reply to this | link to this | view in thread ]

4.    Anonymous Coward, Sep 29th, 2014 @ 6:44am     [insightful] [funny] [report]

Paid by the hour

The Roca Labs top lawyer must get paid by the hour for cases he works on for them. He is obviously drumming up enough legal trouble for them, that he will end up owning whatever assets are given to the defense in these obvious Streisand affect inducing actions.

[ reply to this | link to this | view in thread ]

5.    Anon E. Mous (profile), Sep 29th, 2014 @ 6:58am     [insightful] [funny] [report]

The more I read about this case, the more I get a Prenda like sense of Deja-vu in how the legal arguments from Roca seem to be filled with more filler than substance

The fact that they are suing people who were former customers many years later just adds to the air of desperation of Roca's case in my opinion and seem to be more concerned with the statues of limitation running out than actually saving fact and getting out of this mess.

Honestly the bad publicity that is going to surround this case almost reminds me of the KlearGear mess, in that trying to hold people to a policy that is coercive at best is just bad for business.

If your product isn't what is cracked up to be then people are going to complain about it. Maybe if they actually offered refund peoples complaints wouldn't be so bad.

If people are saying this product didn't work for me and I cant get a refund, then you cant expect them to sit by and just flush their cash down the drain and be all quiet about it

It would seem this is more about silencing the critics who say the product didn't work, as it may effect future sales. I guess it is easier to try and quiet your detractors then to fix your product

[ reply to this | link to this | view in thread ]

6.    ACasey (profile), Sep 29th, 2014 @ 7:19am     [insightful] [funny] [report]

Re:

Prenda wasn't nearly as bad as these people, IMO. They only sued over porn; these people are trying to stifle speech.

[ reply to this | link to this | view in thread ]

7.    Anonymous Coward, Sep 29th, 2014 @ 7:41am     [insightful] [funny] [report]

A rare sentence

Prenda wasn't nearly as bad as these people

Now that's a sentence I didn't expect I'd ever see.

[ reply to this | link to this | view in thread ]

8.    Anonymous Coward, Sep 29th, 2014 @ 7:59am     [insightful] [funny] [report]

Selling Snake Oil , should be hit and run why do you think the guys that started doing this always had a cart and

left town afterwards sooner or later the person you fooled is going to figure out your scam , repackage and move on.

[ reply to this | link to this | view in thread ]

9.    **Gracey** (profile), Sep 29th, 2014 @ 8:49am    [insightful] [funny] [report]

Re:

[quote]in how the legal arguments from Roca seem to be filled with more filler than substance[/quote]

Well why not? Isn't that the way they work ... the product is no different ... filled with more filler than substance too.

[ reply to this | link to this | view in thread ]

10.    **Andrew D. Todd**, Sep 29th, 2014 @ 9:34am    [insightful] [funny] [report]

Re: So this is how they work...

Fallacy in argument #6. If you shop around, junk food is much cheaper than good food, eg. salad. You can get a whole bag of Snickers bars for a couple of dollars. The thing about salad is that it spoils, and the shopkeeper is forever pitching stuff which has gone overdue, and that is reflected in the price. I just spent four dollars at the convenience store for a little tray containing half a dozen cherry tomatoes, three banana peppers, and three sprigs of broccoli. So, so, and such small portions...

Come to that, off-brand whiskey is remarkably cheap. If the pain of your existence is too great to tolerate, you can get completely bombed for a dollar or two, at the rate of twenty-five cents a drink (1.75 liters/$15, see Rite-Aid newspaper circular). Hogarth's famous engraving, Gin Lane, shows a sign reading: "drunk for one pence, dead drunk for twopence, straw for free." A penny, circa 1750, would be worth about a dollar now, so not much has changed. Except for the straw...

[ reply to this | link to this | view in thread ]

11.    Anonymous Coward, Sep 29th, 2014 @ 9:53am    [insightful] [funny] [report]

Re: Re:

...filled with more filler than substance...

What substance?

I don't see any substance.

[ reply to this | link to this | view in thread ]

12.    G Thompson (profile), Sep 29th, 2014 @ 10:30am    [insightful] [funny] [report]

I wonder if Roca are smart enough to see what is now about to happen to them and what Marc (who is really a master strategist) is doing here. Sun Tzu would be proud ;)

*munches popcorn*

[ reply to this | link to this | view in thread ]

13.    Oblate (profile), Sep 29th, 2014 @ 10:45am    [insightful] [funny] [report]

Re: Re: So this is how they work...

> I just spent four dollars at the convenience store

Well there's your problem. You are buying prepackaged at the premium convenience store rate. Buy normal sized amounts of whatever is on sale at the regular (inconvenience?) store and you won't pay nearly as much per serving.

So there is no fallacy. Just because someone may buy junk food that is cheaper than healthy food, does not mean that they must buy that junk food or that they have to spend their reduced budget on junk food instead of reasonably priced healthy food.

[ reply to this | link to this | view in thread ]

14.    David, Sep 29th, 2014 @ 10:48am    [insightful] [funny] [report]

Re: Re: Re:

The parties names are spelled correctly. There's your substance. Not much, but some.

[ reply to this | link to this | view in thread ]

Case 8:14-cv-00014-SCB-MAP Document 2-1 Filed 12/02/14 Page 12 of 74 PageID 454



15.　Howard Robinson (profile), Sep 29th, 2014 @ 11:55am

　　　insightful　funny　report

**Wonder if Ken from Popehat**

Just curious if Ken from Popehat has seen this yet?

[ reply to this | link to this | view in thread ]

16.　That Anonymous Coward (profile), Sep 29th, 2014 @ 12:38pm

　　　insightful　funny　report

Re: Re:

o_0
Ummm really?
Did you miss where they attempted to not only out 10 "John Does" but all of ip addresses that visited DTD & FCT for a multiyear period, including times when Prenda didn't exist.

Pretty sure they thought they could shut me up by threatening litigation (Oh hey that case is STILL going on, someday they might even get over the sanctions for their actions before even 1 bit of "evidence" has been heard. Next hearing in 2015.).

Sadly for them we know a couple people who know stuff about this sort of thing. One of the claims that they were defamed is because we implied the corporation fornicated.
0_O

My avatar, posts, & tweets (and the other merry misfits I hang with) appear on more Federal Dockets across the country than I want to think about. Prenda gave other copyright trolls the idea that flinging accusations in court is a good way to try and win, trying to discredit the people exposing their bad behavior.

Seems pretty similar.

[ reply to this | link to this | view in thread ]

17.　ACasey (profile), Sep 29th, 2014 @ 12:44pm

　　　insightful　funny　report

Re: Re: Re:

TAC, I'm well aware of Pretenda's defamation suit, as I was one of the commenters listed. The problem with Roca is that they're going after something much worse than porn - sure porn causes people to pay up, but it's also why nobody takes this shit seriously.

[ reply to this | link to this | view in thread ]

18.　z! (profile), Sep 29th, 2014 @ 2:32pm

　　　insightful　funny　report

If Roca made legal threats to former customers then waited 3 years to bring them up again, the doctrine of laches ought to apply and kill any possible actions.

[ reply to this | link to this | view in thread ]

19.　nasch (profile), Sep 29th, 2014 @ 3:20pm

　　　insightful　funny　report

Re: Re: Re:

What substance?

I don't see any substance.

Thus, if there's any filler, the statement "there's more filler than substance" is correct.

[ reply to this | link to this | view in thread ]

20.　Anonymous Coward, Sep 29th, 2014 @ 7:41pm

　　　insightful　funny　report

Careful. We all know what recently happened to people who decided to enforce their rights.

[ reply to this | link to this | view in thread ]

21.　JoeBuckley (profile), Sep 29th, 2014 @ 11:05pm

　　　insightful　funny　report

Fishy

Seems like Covington has seen Roca in front of her before (okay more like several times) and it seems to also be the start (or perhaps trail) of some lets say highly "amusing" antics:

http://law.justia.com/cases/federal/district-courts/florida/flmdce/8:2012cv02231/276325/33

and then there's this little tidbit that kind of ties nicely with their website "branding issues":

http://www.scambook.com/report/view/91962/Roca-Labs-Complaint-91962-for-$3,700.00

Seems like they're a sue happy company, hell going as far as basically quashing ANY discussion about their product in anything but "glowing" testimonials

https://www.chillingeffects.org/protest/notice.cgi?NoticeID=70226&print=yes

[ reply to this | link to this | view in thread ]

22.   not a customer, Sep 30th, 2014 @ 7:50pm    insightful   funny   report

Their website is absolutely infuriating.

Everything is underhanded, from "product sold 'as is' only" and "no medical advice implied" notices to the money back bs, to the rules which must be obeyed - which is the diet you need to follow to lose weight without any product whatsoever.

What a bunch of sleaze bags. I can say that since I am not a customer.

[ reply to this | link to this | view in thread ]

23.   Niall (profile), Oct 2nd, 2014 @ 1:44am    insightful   funny   report

Re: Re:

Not to mention a potentially harmful product.

[ reply to this | link to this | view in thread ]

24.   Blackfiredragon13 (profile), Oct 11th, 2014 @ 5:04am    insightful   funny   report

Re: Re: Re: Re:

Too new to techdirt to know much about this. Some guys from prenda(what is that? Some kind of store?) named you in a lawsuit.

[ reply to this | link to this | view in thread ]

## Add Your Comment

Have a Techdirt Account? Sign in now. Want one? Register here

| | |
|---|---|
| Name | |
| Email |   ☐ Get Techdirt's Daily Email |
| URL | |
| Subject | |
| Comment | |

Options   ☐ Save me a cookie

[ Submit ] [ Preview ]

- Note: A CRLF will be replaced by a break tag (<br>), all other allowable HTML will remain intact
- Allowed HTML Tags: <b> <i> <a> <em> <br> <strong> <blockquote> <hr> <tt>

<< Cops Seize Car When Told To Get A Warrant...        Why Won't The Press Admit That CIA Director... >>



| Company | Contact | Tools & Services | More |
|---|---|---|---|
| About Us | Help & Feedback | Twitter | Insight Community |
| Advertising Policies | Media Kit | Facebook | Step2 |
| Privacy | Sponsor/Advertise | RSS | Insider Shop |
| | Submit a Story | Techdirt for Mobile | |
| | | Research & Reports | |

Brought to you by Floor64

BLOG     FEATURES     VIDEO     BBS       TWITTER       FACEBOOK      TUMBLR

**Roca Labs threatens suit against customers who helped website it is also suing**

Cory Doctorow at 6:00 pm Mon, Sep 29, 2014

SHARE         TWEET         STUMBLE         COMMENTS



Roca makes a dubious weight-loss product whose fine-print makes you promise not to complain, and the customers were cited by Pissedconsumer.com, whom Roca is suing for providing a place where dissatisfied customers could air their grievances.

Pissedconsumer's reply brief to Roca's suit is scorching, running the gamut from scientific analysis (its independent expert says that Roca's "non-surgical gastric bypass" is made from industrial food thickeners and represents a serious potential health-hazard to its users) to citations from Better Business Bureau complaints from three upset customers.

The day after this reply brief was filed, Roca sent threats to the customers. Some of these complaints were more than three years old, and the fact that Roca sent its letters out only days after the complainers were named as potential sources of evidence in its lawsuit makes this appear to be nothing more than witness intimidation -- slimy behavior from a company that sells slime.

> In the threat letters to the three customers sent on Monday morning September 22nd, Berger directly references that one lawsuit he filed the previous Friday, September 19th as evidence of the "seriousness" with which Roca takes these issues. So, the timeline: on Thursday, September 18th, PissedConsumer responds to Roca's lawsuit, including declarations from three former customers who complained to the Better Business Bureau only to receive initial threats from Roca soon after, though no actual lawsuit (two of these happened in 2011, one earlier in 2014). On Friday, Roca sues a different former customer who complained to the Better Business Bureau. Then, early Monday morning, sends letters to the three former customers whose declarations were part of the Thursday filing, pointing to the Friday lawsuit as evidence of how the company will sue customers who complain to the BBB. You can see all three threats embedded below.

As Randazza notes in his own filing, this appears to be a fairly clear attempt to "intimidate and harass defense witnesses." From the filing:

*So far, three of Roca's prior customers have agreed to serve as witnesses. Most others declined to respond, wishing to not get involved, out of fear that Roca would retaliate against them for testifying. Those concerns proved to be well-founded, as Roca threatened all three of the witnesses Opinion Corp. identified. The timing of its aggression against these three women makes its intentions transparent – Roca wants to intimidate them and any other potential witnesses in this case.*

*As for Ms. Walsh and Ms. Anderson, it has been in excess of three years since they lodged their complaints with the Better Business Bureau. Roca threatened litigation at the outset, demanding they retract their complaints. Roca then went completely silent for more than three years. However, after such a long period of dormancy Roca now seeks to threaten imminent legal action against these witnesses. Nothing could have motivated Roca to reach out to these women after such a long period other than to try and intimidate witnesses in this case.*

[Roca Labs Threatens To Sue All Three Former Customers Who Provided Evidence Against Roca In PissedConsumer Case](#) [Mike Masnick/Techdirt]

(*Image:* [Crazy Slime](#), *Amazon*)

<div align="right">**DISCUSS**</div>

### READ MORE AT BOING BOING

**Book of supercute crochet patterns for Sanrio Friends**

**Stevie Nicks: selfies from the 1970s**

**Hong Kong protesters remain in the streets, defying Beijing: photo gallery**

AD BY FEDERATED MEDIA

**Turning the Heat Up with Honeywell Lyric**



-from Sugar and Charm-

Buying an old house means it's our responsibility to slowly update everything even

CLICK TO VIEW


Get your life in tune.

ABOUT US    CONTACT    ADVERTISE    PRIVACY    TOS    •    FACEBOOK    TWITTER    RSS    EMAIL



Insider Shop    Insight Community    Step2    | Search Techdirt |   **Search**

Techdirt   Wireless News   Innovation   Case Studies   Startups   Net Neutrality     Preferences   Register   Sign In

Main   Submit a Story   🔊 RSS

Follow Techdirt

<< Lawyer For Victims Of Nude Celebrity Hacks...    ⠿    The Silver Lining On The Grooveshark Ruling... >>

# Roca Labs Lawsuit Gets Even More Bizarre: Now With An 'Unauthorized' Guest Appearance By 'TV Celebrity' Alfonso Ribeiro

from the hey-everyone,-it's-carlton-from-the-fresh-prince dept

**Legal Issues**
by Mike Masnick
Thu, Oct 2nd 2014
10:39am

The Roca Labs saga continues to get more and more bizarre -- and now it's got an "unauthorized" appearance by "television celebrity" Alfonso Ribeiro, perhaps better known as Carlton Banks from The Fresh Prince of Bel Air, whose Carlton Dance has become the stuff of TV legend. On Monday, Roca Labs filed a motion in a (failed, but we'll get to that) attempt to file an affidavit from Roca's "director of marketing," Don Juravin, supposedly about how the PissedConsumer site is acting unfairly. The affidavit repeats a bunch of claims from the original questionable lawsuit against PissedConsumer's parent company, Consumer Opinion Corp., but then adds the following:

> On September 22, 2014 I purchased a promoted review on pissedconsumer.com for a monthly fee of $5.99 (See Exhibit C attached).
>
> I placed an approved statement by television celebrity Alfonso Riberio [sic] who is currently a contestant on Dancing with the Stars about Roca Labs.
>
> On September 22, 2014 I received a notice from Pissedconsumer.com that my review was canceled.... I received no explanation of why it was canceled.

Roca Labs is using this as a (rather weak) attempt to argue that PissedConsumer is engaged in some sort of unfair practices because it (Roca claims) "will not allow positive information to come forward."

This filing was quickly rejected by the court for procedural issues, focused on the failure of Roca Labs' lawyers to first confer with opposing counsel. However, before even that happened, Roca Labs filed another motion to "shorten time" for when Roca can file a motion for sanctions against PissedConsumer's lawyer, Marc Randazza. The reasoning behind the claim of sanction is not clear (it says a draft is attached, but it does not appear in PACER right now), but it seems to suggest that it's because of Randazza filing for a temporary injunction against Roca Labs threatening or suing the witnesses that have come forward on behalf of PissedConsumer and against Roca Labs. As we mentioned in our previous post, within days of PissedConsumer's legal response to Roca Labs, the company's "general counsel" had sent legal threat letters to all three former customers who had filed statements, even though Roca Labs hadn't had any dealings with two of them for over three years.

It's difficult to see how anything Randazza did was sanctionable (Roca Labs' lawyers' actions, on the other hand...). Either way, Randazza has now filed a rather revealing response, opposing the motion to shorten time, noting that it fails for the same procedural issue (and more) as the earlier filing and because there's basically no chance that the sanctions succeed. It notes that the court has reviewed his motion for the injunction and passed it along to a magistrate judge, who has asked Roca Labs to respond -- something that would be unlikely if the court felt his filing was somehow frivolous. It also fails to actually cite any legal authority for shortening the length of time.

And then there's this:

> Finding its bullying tactics unsuccessful, Roca filed an unsupportable complaint, along with it, an unsupportable motion for injunctive relief. Thereafter, Roca began trying to intimidate witnesses. Then, Roca got even more desperate – submitting an affidavit... that contained demonstrable perjury – that the actor Alfonso Ribeiro ("Carlton" from "The Fresh Prince of Bel Air" and current "Dancing with the Stars" contestant) endorsed the Roca product..... See Exhibit A, a demand letter from Ribeiro's attorneys attesting to the perjurious nature of Roca's claims that their client approved any such statement.

Whoops. As can be seen in this letter, Ribeiro's lawyers appear rather upset about his likeness being used in this way and make it clear that it's unauthorized:

> Ribeiro unequivocally is not, has never been and has no intention of ever becoming a paid spokesperson of the Product [Roca Labs]. Furthermore, Ribeiro has never

Filed Under:
alfonso ribeiro, endorsement, marc randazza, opinions, paul berger, publicity rights, reviews, sanctions

Companies:
consumer opinion corp., pissedconsumer, roca labs

Permalink.

Advertisement



**Essential Reading**

**Hot Topics**

6.2   Court Says By Agreeing To AOL's Terms Of Service, You've 'Consented' To Search By Law Enforcement

6.0   Now In Charge Of Congress, GOP Plans To Give Up Its Own Constitutional Powers To The Obama Administration

5.7   Chicago Transit Cops Start Up Their Own Security Theater, Will Start Randomly Swabbing Bags For Explosive Residue

**New To Techdirt?**
Explore some core concepts:

Saying You Can't Compete With Free Is Saying You Can't Compete Period

How Being More Open, Human And Awesome Can Save Anyone Worried About Making Money In Entertainment

The Future Of Music Business Models (And Those Who Are Already Here)

read all »

**Techdirt Reading List**


Eat People: And Other Unapologetic R...
Andy Kessler (Paperback – Jul 31, 2012)
$13.83
★★★★☆


Freedom of Expression: Resistance an...
Kembrew McLeod (Paperback – Mar 8, 2007)
$14.67
★★★★☆


Free Culture: The Nature and Future o...
Lawrence Lessig (Paperback – Feb 22, 2005)
$10.24
★★★★½


On Internet Freedom
Marvin Ammori
★★★★★

1 2 3 4 5 >


Get Widget   Privacy    amazon.com

11/6/2014    Roca Labs Lawsuit Gets Even More Bizarre Now with Unauthorized Guest Appearance By Celebrity Alf... | Techdirt

Case 8:14-cv-02096-SCB-MAP Document 21-1 Filed 12/02/14 Page 18 of 74 PageID 460

personally used the Product and in no manner whatsoever endorses the Product.

The unauthorized Review and deceitful use of Ribeiro's name, image, likeness and falsely attributed quotes violates California Civil Code Section 3344, invades Ribeiro's common law rights of privacy and publicity, amounts to unfair competition, is an unfair business practices, and constitutes copyright infringement, among other causes of action.

I'm not sure that Roca Labs' usage would actually be "unfair competition" or "copyright infringement," but that might depend on some other specifics. However, they make it clear that he has not and will not endorse the product, which would make this a total slam dunk publicity rights case (this is the exact type of situation that publicity rights law was designed for, even if people keep trying to stretch it). It is worth noting that the letter in question is to PissedConsumer, concerning its hosting of the review. That review -- which was up earlier this week when I saw it, has since been removed, noting the letter from Ribeiro's attorney.

Much more tellingly, a page that used to be on Roca Labs' own website showing the very same endorsement from Ribeiro has also disappeared from the site, though (as of this posting) it's still viewable via Google cache. Here's a screenshot to show that it absolutely existed:



There is a photo of what appears to be Ribeiro holding Roca Labs' product -- so there may be some questions raised about whether he did or did not endorse the product, but his lawyers seem fairly definitive in saying he did not. The fact that Roca has removed the page from its own site also says a lot (and none of it good for Roca Labs).

And, we're not done yet. Roca Labs' lawyer, Paul Berger, also sent threatening emails to Randazza himself, suggesting that Randazza had been "making defamatory comments" to the media. The email exchange, which Randazza filed as an exhibit with his filing, shows Randazza responding to Berger asking what specific defamatory quote he's talking about. Berger instead quotes PissedConsumer's legal filing (about calling Roca Labs' product "snake oil"), which we (and, I believe) other news publications, quoted. Randazza pointed out to Berger that it was not a quote from him but rather in his pleadings, and then asked (one assumes, sarcastically) if Berger is truly asking Randazza to retract a statement from his motion for preliminary injunction. I would assume that Berger is aware of the concept of litigation privilege, so either he didn't fully read Randazza's earlier filings, he forgot about litigation privilege, or he's just blustering for the sake of blustering. Randazza's latest filing suggests the latter may be the case:

> The desperation continued with Roca threatening personal claims against the Defendants' attorney for statements made in the course of litigation.

Also, for whatever it's worth, Berger accuses Randazza of distributing the filings to reporters, perhaps unaware that we reporters are also allowed access to PACER and can (and do!) download documents ourselves. Shocking, I know.

Either way, the Roca Labs case is taking on the stench of Righthaven- and Prenda-like desperation. Given what's happened so far, I imagine there are still more interesting things to come.

Update: And... just like that, the court has denied the motion to shorten time on the procedural issues around the failure to confer with opposing counsel.

Techdirt Insider Chat

Obama more or less powerless, or close to?

Christopher Best: No, he's still got plenty of power. He can veto anything they pass, if he wants, and they don't have a 2/3 majority to overrule him
And he can still write crazy unaccountable executive orders

Rikuo: okay thanks

Mark Harrill: yeah what CB said. What it changes is the mechanics of Congress, who is in charge of the committees and the R's can control the legislative agenda

Ninja: Now imagine if R's and D's had to share the power with C's, B's and other parties? / alliances would have to be made instead of the partisan warfare we are seeing

Mark Harrill: it would be human sacrifice, dogs and cats living together mass hysteria

Get the Insider Chat!

Advertisement


Recent Stories

**Thursday**

06:10   Dish Pulls CNN, Doesn't Think Customers Still Paying For It Are Missing Much (2)

04:09   Chicago Transit Cops Start Up Their Own Security Theater, Will Start Randomly Swabbing Bags For Explosive Residue (23)

01:08   Carl Malamud's Public.Resource.Org Joins Effort To Make Pay-Walled Indian Standards Freely Available (2)

**Wednesday**

21:08   Now In Charge Of Congress, GOP Plans To Give Up Its Own Constitutional Powers To The Obama Administration (24)

17:00   DailyDirt: Looking Fashionable In New Spacesuit Designs (7)

15:55   Hillary Clinton Still Refuses To Make Her Views Clear On Surveillance, And That's A Problem (23)

14:48   Roca Labs Threatens Other Sites For Writing About Its Case, Files Another Questionable Document (10)

13:47   Australians' Stored Metadata Could Be Used In Any Civil Case, Including Against Copyright Infringement (25)

12:45   Pharma Officials Insist That There Is 'Zero Evidence' That Patents Harm Access To Medicine (21)

11:41   Germany's Top Publisher Admits Its Web Traffic Plummeted Without Google; Wants Politicians To 'Take Action' (48)

More

Advertisement

To print the document, click the "Original Document" link to open the original PDF. At this time it is not possible to print the document with annotations.

To print the document, click the "Original Document" link to
open the original PDF. At this time it is not possible to print the
document with annotations.

To print the document, click the "Original Document" link to
open the original PDF. At this time it is not possible to print the
document with annotations.

11/6/2014    Roca Labs Lawsuit Gets Even More Bizarre Now With Unauthorized Guest Appearance By TV Celebrity "Alfonso" | Techdirt

Case 8:14-cv-02014-SCB-MAP Document 2-1 Filed 12/02/14 Page 20 of 74 PageID 462

To print the document, click the "Original Document" link to open the original PDF. At this time it is not possible to print the document with annotations.

To print the document, click the "Original Document" link to open the original PDF. At this time it is not possible to print the document with annotations.



-----------------------------------------------

| Tweet 32 | Like 11 | ▲ ▼ submit | G+1 |

**10 Comments** | **Leave a Comment**

If you liked this post, you may also be interested in...

- Roca Labs Threatens Other Sites For Writing About Its Case, Files Another Questionable Document
- Pianist Dejan Lazic Defends His Takedown Request By Pointing Out That The WaPo Reviewer Is Really Mean
- Attention Kim Kardashian: You Can't Sue Another Woman For Having A Big Ass And An Instagram Account
- Magistrate Judge Not Impressed By Roca Labs' Legal Arguments: Recommends Against An Injunction
- Roca Labs Story Gets More Bizarre: Senator Threatens Bogus Defamation Lawsuit, While Nevada Quickly Rejects Bogus Bribery Charge

## Reader Comments (rss)

(Flattened / Threaded)

Show All Comments ▼

1. **Ninja** (profile), Oct 2nd, 2014 @ 9:09am    insightful | funny | report

   Either way, the Roca Labs case is taking on the stench of Righthaven and Prenda-like desperation.

   And then, to the astonishing surprise of virtually nobody, we find out that Righthaven, Prenda and Roca belong to Carreon Holding inc.

   That would be an epic apotheosis for the novel, no?

   [ reply to this | link to this | view in thread ]

2. **Mason Wheeler** (profile), Oct 2nd, 2014 @ 11:00am    insightful | funny | report

   Wow. So just when you thought all the Roca Labs nonsense was crazy enough... they went got celebrities involved!

   [ reply to this | link to this | view in thread ]

3. Anonymous Coward, Oct 2nd, 2014 @ 11:12am    insightful | funny | report

   > There is a photo of what appears to be Ribeiro holding Roca Labs' product

   Which could be about 30 secs work in the Gimp, or Photoshop... oh alright a few minutes work.

   [ reply to this | link to this | view in thread ]

4. Glen, Oct 2nd, 2014 @ 11:40am    insightful | funny | report

   I know it isn't November yet but I am grateful for Roca Labs. It is nice to see someone working hard to fill Righthaven's and Prenda's shoes.

   [ reply to this | link to this | view in thread ]

5. Anonymous Coward, Oct 2nd, 2014 @ 11:55am    insightful | funny | report

   **Dancing with the Stars about Roca Labs**

   > [...] Alfonso Riberio [...] is currently a contestant on Dancing with the Stars about Roca Labs.

   I've never seen that show (Dancing with the Stars about Roca Labs). Is it any good?

   [ reply to this | link to this | view in thread ]

6. Anonymous Coward, Oct 2nd, 2014 @ 12:06pm    insightful | funny | report

   **Re:**

   It could also be about 30 secs of him being at some event, someone sticking something into his hands and asking him to smile.

   That's quite different than an official endorsement. And the "endorsement" was very carefully worded to NOT say

that he'd actually used the product or actually even approved of it....

[ reply to this | link to this | view in thread ]

7.     ACasey (profile), Oct 2nd, 2014 @ 12:47pm                    insightful  funny  report

**Prenda Law 2: Dietary Supplement Boogaloo**

Now with a surprise celebrity guest - a washed-up C-list actor from 90's TV!

[ reply to this | link to this | view in thread ]

8.     jonr (profile), Oct 2nd, 2014 @ 3:03pm                    insightful  funny  report

**Step and Repeat**

Looks like AC is right -- it's probably 30 seconds of him at a DWTS "backstage gifting suite" -- while I can't find that actual picture, here's someone else at the event in front of the same background:
http://www.contactmusic.com/photo/lindsay-arnold-dancing-with-the-stars-season-19-backstage-gifting_ 4374939
And here's him at that event in the same shirt: http://www.contactmusic.com/photo/alfonso-ribeiro-dancing-with-the-stars-season-19-backstage-gifting _4374873

So the most charitable possible reading of the Roca page they took down: AR was at this event, a Roca rep spoke with him briefly and said the things Roca claims the rep said, and AR posed for a couple photos.

Also, if you read the Roca page closely, they never said he used their product, only that he lost weight.

Not that I think Roca is good in any way, of course.

[ reply to this | link to this | view in thread ]

9.     Matthew Cline (profile), Oct 2nd, 2014 @ 7:19pm                    insightful  funny  report

**Next step: Roca suing Ribeiro**

C'mon, Roca, you can do it! Dig that hole deeper! Throw away your shovel and get a backhoe!

[ reply to this | link to this | view in thread ]

10.     The Baker, Oct 2nd, 2014 @ 10:16pm                    insightful  funny  report

**Popcorn**

Just when I'm finally getting the last remnants of popcorn hulls from between my teeth .... Now this.

[ reply to this | link to this | view in thread ]

## Add Your Comment

Have a Techdirt Account? Sign in now. Want one? Register here

Name

Email                                             ☐ Get Techdirt's Daily Email

URL

Subject

Comment

Options     ☐ Save me a cookie

[ Submit ] [ Preview ]

- Note: A CRLF will be replaced by a break tag (<br>), all other allowable HTML will remain intact
- Allowed HTML Tags: <b> <i> <a> <em> <br> <strong> <blockquote> <hr> <tt>

<< Lawyer For Victims Of Nude Celebrity Hacks...          The Silver Lining On The Grooveshark Ruling... >>

Case 8:14-cv-02014-SCB-MAP  Document 2-1  Filed 12/02/14  Page 23 of 74  PageID 465



**Company**
About Us
Advertising Policies
Privacy

**Contact**
Help & Feedback
Media Kit
Sponsor/Advertise
Submit a Story

**Tools & Services**
Twitter
Facebook
RSS
Techdirt for Mobile
Research & Reports

**More**
Insight Community
Step2
Insider Shop

Brought to you by Floor64

Case 8:14-cv-03014-SCB-MAP Document 2-1 Filed 12/02/14 Page 24 of 74 PageID 466



Advertisement

| Insider Shop | Insight Community | Step2 |

Search Techdirt   Search

Techdirt   Wireless News   Innovation   Case Studies   Startups   Net Neutrality     Preferences   Register   Sign In

Main   Submit a Story   RSS

Follow Techdirt

<< FCC Denies It Requires Law Enforcement To Sign...     New iOS Update To Break Emulators On iPhones... >>

# Techdirt's Response To Roca Labs' Demand For A Retraction

*from the threats-and-such dept*

Techdirt
by Mike Masnick
Fri, Oct 10th 2014
2:50pm

As you know, we've been reporting on a lawsuit involving Roca Labs against Consumer Opinion Corporation, better known as PissedConsumer. We recently received a letter from Roca Labs' "independent general counsel" Paul Berger, demanding that we retract certain information related to some of those posts. Below you can find that letter as well as our response, helpfully put together by Jamie Williams at EFF.

0

Filed Under:
paul berger
Companies:
roca labs

Permalink.

To print the document, click the "Original Document" link to open the original PDF. At this time it is not possible to print the document with annotations.



Essential Reading

### Hot Topics

6.2   Court Says By Agreeing To AOL's Terms Of Service, You've 'Consented' To Search By Law Enforcement

6.0   Now In Charge Of Congress, GOP Plans To Give Up Its Own Constitutional Powers To The Obama Administration

5.7   Chicago Transit Cops Start Up Their Own Security Theater, Will Start Randomly Swabbing Bags For Explosive Residue

### New To Techdirt?

Explore some core concepts:

Saying You Can't Compete With Free Is Saying You Can't Compete Period

How Being More Open, Human And Awesome Can Save Anyone Worried About Making Money In Entertainment

The Future Of Music Business Models (And Those Who Are Already There)

read all »

Techdirt Reading List

To print the document, click the "Original Document" link to open the original PDF. At this time it is not possible to print the document with annotations.


Intellectual Property and Theories of ...
(Paperback - Dec 15, 2010)
$35.00


How to Fix Copyright
William Patry (Hardcover - Jan 4, 2012)
$15.81


Cognitive Surplus: How Technology Ma...
Clay Shirky (Paperback - May 31, 2011)
$12.71


Information Feudalism: Who Owns th...
Peter Drahos (Paperback - Jan 1, 2007)
$15.68

1 2 3 4 5 >

Get Widget   Privacy     



Tweet 53 Like 22 submit g+1

64 Comments | Leave a Comment

If you liked this post, you may also be interested in...

- Roca Labs Threatens Other Sites For Writing About Its Case, Files Another Questionable Document
- Magistrate Judge Not Impressed By Roca Labs' Legal Arguments: Recommends Against An Injunction
- Roca Labs Story Gets More Bizarre: Senator Threatens Bogus Defamation Lawsuit, While Nevada Quickly Rejects Bogus Bribery Charge
- Roca Labs Exec Claims Marc Randazza Bribed Nevada Politician To Get Anti-SLAPP Law Passed
- After Getting Slapped Down Over Implied Alfonso Ribeiro Endorsement, Roca Labs Tries With Tommy Chong

Reader Comments (rss)

(Flattened / Threaded) Show All Comments

1. MM_Dandy, Oct 10th, 2014 @ 2:55pm — insightful funny report

I looked,

But I couldn't find any TechDirt articles published on September 22, 2104.

[ reply to this | link to this | view in thread ]

2. sorrykb (profile), Oct 10th, 2014 @ 3:01pm — insightful funny report

Re: I looked,

Are you implying that Roca Labs does not have time travel capability?
That's defamatory libelslander!

[ reply to this | link to this | view in thread ]

3. T Teshima (profile), Oct 10th, 2014 @ 3:07pm — insightful funny report

Re: Re: I looked,

They obviously hold the patent on flux capacitors.

[ reply to this | link to this | view in thread ]

4. Adam Steinbaugh (profile), Oct 10th, 2014 @ 3:09pm — insightful funny report

The most remarkable thing here is that the EFF's counsel resisted the urge to file the response I would have sent:

"Dear Mr. Berger and Roca Labs, Inc.:

lol.

love,eff and techdirt and mike"

In crayon, naturally.

[ reply to this | link to this | view in thread ]

5. SmozeFroze (profile), Oct 10th, 2014 @ 3:12pm — insightful funny report

Arkell v. Pressdram

This would have been better...

Techdirt Insider Chat

Christopher Best: No, he's still got plenty of power. He can veto anything they pass, if he wants, and they don't have a 2/3 majority to overrule him
And he can still write crazy unaccountable executive orders

Rikuo: okay thanks

Mark Harrill: yeah what CB said. What it changes is the mechanics of Congress, who is in charge of the committees and the R's can control the legislative agenda

Ninja: Now imagine if R's and D's had to share the power with C's, B's and other parties? I alliances would have to be made instead of the partisan warfare we are seeing

Mark Harrill: it would be human sacrifice, dogs and cats living together mass hysteria

Get the Insider Chat!

Advertisement

Recent Stories

## Thursday

06:10 Dish Pulls CNN, Doesn't Think Customers Still Paying For It Are Missing Much (2)

04:09 Chicago Transit Cops Start Up Their Own Security Theater, Will Start Randomly Swabbing Bags For Explosive Residue (24)

01:08 Carl Malamud's Public.Resource.Org Joins Effort To Make Pay-Walled Indian Standards Freely Available (2)

## Wednesday

21:08 Now In Charge Of Congress, GOP Plans To Give Up Its Own Constitutional Powers To The Obama Administration (25)

17:00 DailyDirt: Looking Fashionable In New Spacesuit Designs (7)

15:55 Hillary Clinton Still Refuses To Make Her Views Clear On Surveillance, And That's A Problem (23)

14:48 Roca Labs Threatens Other Sites For Writing About Its Case, Files Another Questionable Document (10)

13:47 Australians' Stored Metadata Could Be Used In Any Civil Case, Including Against Copyright Infringement (25)

12:45 Pharma Officials Insist That There Is 'Zero Evidence' That Patents Harm Access To Medicine (21)

11:41 Germany's Top Publisher Admits Its Web Traffic Plummeted Without Google; Wants Politicians To 'Take Action' (48)

More

Advertisement

See: http://www.lettersofnote.com/2013/08/arkell-v-pressdram.html

---
Dear Sirs,

We acknowledge your letter of 29th April referring to Mr. J. Arkell. [Roca Labs]

We note that Mr Arkell's [Roca Labs] attitude to damages will be governed by the nature of our reply and would therefore be grateful if you would inform us what his attitude to damages would be, were he [Roca Labs] to learn that the nature of our reply is as follows: fuck off.

[ reply to this | link to this | view in thread ]

6.    Anonymous Coward, Oct 10th, 2014 @ 3:18pm     [ insightful ] [ funny ] [ report ]

## Re: I looked,

Here it is:

https://www.techdirt.com/articles/20140922/13125328599/pissedconsumer-fights-back-against-roca-la bs-attempt-to-silence-customer-complaints.shtml

[ reply to this | link to this | view in thread ]

7.    That One Guy (profile), Oct 10th, 2014 @ 3:20pm     [ insightful ] [ funny ] [ report ]

'Please retract the following article in full'

Yeah, they weren't demanding a retraction, it looks like they were demanding the removal of the first four articles covering the fiasco in their entirety.

Of interest, and reminding me of the Ken/Popehat phrase 'Vague threats are a mark of legal thuggery', while they mentioned that the articles and what's listed in them are 'defamatory', they don't actually point to any specific examples of such, just giving a vague 'This article and its contents are defamatory'. Given truth is a defense against defamation, it's not hard to imagine why they'd avoid going into details.

Oh and talk about a blast from the past, they end the letter with 'Please govern yourself accordingly', talk about deja vu...

[ reply to this | link to this | view in thread ]

8.    Anonymous Coward, Oct 10th, 2014 @ 3:22pm     [ insightful ] [ funny ] [ report ]

"It appears that these statements were made for no other purpose than to harass and defame Roca Labs."

Hmm. Lawyer for litigious company can't see negative comments about said company as having any other purpose but to give them an opportunity to pursue billable hours and possibly monetary settlements/judgments. I am Jack's legal filing of a motion to be sarcastically surprised.

[ reply to this | link to this | view in thread ]

9.    Anonymous Coward, Oct 10th, 2014 @ 3:23pm     [ insightful ] [ funny ] [ report ]

## Re: Re: Re: I looked,

So how should Mike proceed, in order to prevent a universe destroying paradox? Should he schedule an article to be posted posthumously in 90 years? Or is that exactly what they'd like him to do, in order to change the future?

[ reply to this | link to this | view in thread ]

10.    Anonymous Coward, Oct 10th, 2014 @ 3:23pm     [ insightful ] [ funny ] [ report ]

## How about this...

"I give you the finger... and you fuck off already."

Seriously - did they expect this to work and not increase their douchebaggery points?

[ reply to this | link to this | view in thread ]

11.    Anonymous Coward, Oct 10th, 2014 @ 3:28pm     [ insightful ] [ funny ] [ report ]

## Re:

Legal Thuggery... What a nice turn of phrase to accurately describe this ...err... I hesitate to call it a legal business and it's actions.

[ reply to this | link to this | view in thread ]

12.    Anonymous Coward, Oct 10th, 2014 @ 3:29pm     [ insightful ] [ funny ] [ report ]

Re:

Bingo. "Vagueness in legal threats is the hallmark of meritless thuggery". The failure to identify so much as a single statement that is allegedly defamatory means that this appears to be nothing but an attempt at intimidating TD into silence.

[ reply to this | link to this | view in thread ]

13.  Michael Donnelly (profile), Oct 10th, 2014 @ 3:32pm

[insightful] [funny] [report]

The phrase "pick your battles" comes to mind.

Throwing down against TechDirt and the EFF over improper speech is just a really, really bad idea.

It does serve to illustrate the mental state of the person making the decisions, however. And that state is not pretty.

[ reply to this | link to this | view in thread ]

14.  That One Guy (profile), Oct 10th, 2014 @ 3:37pm

[insightful] [funny] [report]

Re: Re:

Oh if that was it, they clearly did not do their research before unleashing the lawyers...

[ reply to this | link to this | view in thread ]

15.  Anonymous Coward, Oct 10th, 2014 @ 3:42pm

[insightful] [funny] [report]

Please govern yourself accordingly.


Seriously?!

[ reply to this | link to this | view in thread ]

16.  Ehud Gavron (profile), Oct 10th, 2014 @ 3:44pm

[insightful] [funny] [report]

Dear Mike Masnick and Techdirt staffers

My job has its interesting parts. One of the requirements is that I stay current on lots of entirely uninteresting things.

THANK YOU for giving me three or four breaks a day when I can enjoy your writing and seriously relax.

This series of articles (as well as the Scorpion writeups) have given me nothing but joy. If it weren't for you guys, and Ken White, and Marc Randazza... what a joyless world it would be.

I wish you a wonderful weekend.

Regards,

Ehud Gavron
Tucson AZ

[ reply to this | link to this | view in thread ]

17.  Quiet Lurcker, Oct 10th, 2014 @ 4:01pm

[insightful] [funny] [report]

Confused

I thought you had pass an intelligence test of some kind before being admitted law school. How did Roca's lawyer get away with not passing that test?

[ reply to this | link to this | view in thread ]

18.  Ben (profile), Oct 10th, 2014 @ 4:08pm

[insightful] [funny] [report]

Re: Re: I looked,

Obviously that can't be the article. The fourth paragraph of the demand letter clearly begins:

    In your September 22, 2104 article

... and Techdirt would not have filed that in a link to https://www.techdirt.com/articles/20140922/etc.

11/6/2014                                  Techdirt's Response to Roca Labs' Demand for a Retraction Techdirt.

Case 8:14-cv-03014-SCB-MAP   Document 2-1   Filed 12/03/14   Page 28 of 74 PageID 470

Give Mike a little credit for indexing the articles correctly.

[ reply to this | link to this | view in thread ]

19.    Tim A, Oct 10th, 2014 @ 4:10pm                                      insightful   funny   report

There's a whole lot of inferiority complex going on there.

Paul Berger, I have some advice. You should clean the scan window on your fax machine.

[ reply to this | link to this | view in thread ]

20.    tracyanne, Oct 10th, 2014 @ 4:13pm                                  insightful   funny   report

What I find interesting about the 2 leatters

is the quality of them.

The second appears to have been written by a professional.

[ reply to this | link to this | view in thread ]

21.    Anonymous Coward, Oct 10th, 2014 @ 4:27pm                           insightful   funny   report

Roca Labs is desperately trying to force a cone of silence over each and every customer that
discovers that Roca Labs' product is not only a specious remedy for their weight issues, but a
potential cause of additional health problems. Plaintiff, desperate to sell as many of its tubs of
goo to the public as it can before regulatory agencies come knocking does its best to bully its
former customers into silence. "

Please provide us with an independent verification of this factual statement or retract the
statement.

OK.

The article said that the filing said this. The filing did say this. The article was therefore accurate. Independent
verification can be obtained by the copy you already have of the filings. If you want a retraction of what's in the
filings, perhaps you should do what you've already apparently done and ask opposing counsel to retract it, even
though that's still kind of ridiculous.

Oh, you wanted verification of the underlying claims? For that, you can refer to your OWN filings, where you
admit that you do not allow your consumers to publish anything negative about you or your products in any
forum. Sounds like a "cone of silence" to me. As far as the "bully its former customers into silence" claim goes,
we have Roca Labs vs Alice King, where you sue a former customer for her negative comments. I don't think you
dispute the general idea that you want to "to sell as many of [your] tubs of goo to the public as [you] can",
although you might not like your products being called "tubs of goo". As far as the "regulatory agencies" go,
certainly you have your factories inspected every once in a while, so they do occasionally "come knocking",
right?

If you were interested in a retraction based on an actual mistake of fact, you would point out the actual mistake
of fact. For example, if you factories were overseas and therefore not subject to any knocking regulatory
agencies, you could say so. Or if you had one designated customer who you allowed to make negative comments
without repercussions, you could point out that the phrase "each and every" was not quite true. Or perhaps you
could point out that no company who actually wanted to stay in business long enough to sell as much of its
product as possible would have terms of service like yours. Or perhaps your understanding of the Streisand
Effect was such that you did not believe that your actions would actually silence anyone. Who knows? We
certainly don't if you don't tell us.

[ reply to this | link to this | view in thread ]

22.    Anonymous Coward, Oct 10th, 2014 @ 4:35pm                           insightful   funny   report

Party pooper

Oh, come on. The high road is so boring.

[ reply to this | link to this | view in thread ]

23.    Anonymous Coward, Oct 10th, 2014 @ 4:37pm                           insightful   funny   report

So how many more stories are out there about rocaslabs , you could run a new one everyday , sooner or later
they'll run out of printer ink.

[ reply to this | link to this | view in thread ]

24.    Anonymous Coward, Oct 10th, 2014 @ 5:09pm                           insightful   funny   report

Re:

It's not like being legally right matters anymore. Look how badly the constitution has been eroded. Infinite copy protection lengths due to retroactive extensions, unwarranted seizures,etc... The law no longer matters.

[ reply to this | link to this | view in thread ]

25.   Anonymous Coward, Oct 10th, 2014 @ 5:09pm                    insightful | funny | report

Why is part of the PDF blacked out?

Were other people at Techdirt named in the letter who wish to remain anonymous?

If this defamation troll makes good on the threat and goes ahead with a lawsuit, let's hope Techdirt's legal defense fund accepts Bitcoin.

[ reply to this | link to this | view in thread ]

26.   Anonymous Coward, Oct 10th, 2014 @ 5:12pm                    insightful | funny | report

Sorry - what?!?!

Is he really saying what I think he's saying here?

        "in publishing the articles without attempting to verify the alleged facts in the pleadings..."


I thought that verifying the facts was the job of the court? Is he claiming that Techdirt has the responsibility to decide the outcome of a pending case before a judge has ruled? Or perhaps he's trying to claim that it's improper to report on a case that hasn't been decided yet?

Just what the hell is he trying to claim here?

[ reply to this | link to this | view in thread ]

27.   KRA, Oct 10th, 2014 @ 5:20pm                                insightful | funny | report

It is truly amazing, how these thugs dig their heels in. What did they think would happen when they sent this threat?

Maybe we've been wrong all these years...Maybe goodevil is dumb.

[ reply to this | link to this | view in thread ]

28.   KRA, Oct 10th, 2014 @ 5:21pm                                insightful | funny | report

I've deleted myself

Make that good will always triumph because evil is dumb.

[ reply to this | link to this | view in thread ]

29.   Carrie (profile), Oct 10th, 2014 @ 5:40pm                    insightful | funny | report

I would have written the letter differently.

Dear Roca,

We believe you have failed to take account of two elementary facts. One, it's almost legally impossible to defame a corporation, because courts assume that part of the privilege of doing business is the burden of being subjected to criticism. Two, America has this thing called a "Constitution" which includes something known as "the First Amendment."

Free Speakingly Yours,

Techdirt

[ reply to this | link to this | view in thread ]

30.   Another Anonymous Coward, Oct 10th, 2014 @ 5:43pm            insightful | funny | report

Rule of Holes

Looks like this guy's forgotten the first rule of holes.

[ reply to this | link to this | view in thread ]

31.   Anonymous Coward, Oct 10th, 2014 @ 6:03pm                    insightful | funny | report

Re: Re: I looked,

That would be prior restraint which would be of questionable legality.

[ reply to this | link to this | view in thread ]

32.  Anonymous Coward, Oct 10th, 2014 @ 6:39pm        insightful  funny  report

TD re Roca

http://yourlisten.com/xmoonbombx/bugs-he-dont-know-me-very-well-do-he

What an (ignorant collection of) ultra-maroon(s their lawyers must be).

[ reply to this | link to this | view in thread ]

33.  I am jack's raging boner berger, Oct 10th, 2014 @ 6:43pm        insightful  funny  report

Roca Labs' "attorney" Paul Berger seems a little too close to the pediphile doctor that works for the place. How much do you want to wager that he goes the way of Charles Carreon?

[ reply to this | link to this | view in thread ]

34.  djl47 (profile), Oct 10th, 2014 @ 7:07pm        insightful  funny  report

Re: Arkell v. Pressdram

"Please refer to the response given in Arkell vs Pressdram." is how Private Eye and others used it.

[ reply to this | link to this | view in thread ]

35.  Anonymous Coward, Oct 10th, 2014 @ 7:29pm        insightful  funny  report

Re:

Yes, why is there a redaction?

[ reply to this | link to this | view in thread ]

36.  Anonymous Coward, Oct 10th, 2014 @ 7:37pm        insightful  funny  report

Reading both lawyer's letters, I don't think this issue is resolved at all.

[ reply to this | link to this | view in thread ]

37.  Anonymous Coward, Oct 10th, 2014 @ 7:38pm        insightful  funny  report

Re: Re:

Just looked- the blacked out part is Mike Masnick's address.

[ reply to this | link to this | view in thread ]

38.  Anonymous Coward, Oct 10th, 2014 @ 8:13pm        insightful  funny  report

Re:

No, it does not look resolved. EFF is going down hill.

[ reply to this | link to this | view in thread ]

39.  Anonymous Coward, Oct 10th, 2014 @ 8:56pm        insightful  funny  report

Surprised to read the letter on EFF letterhead saying that it is representing this site. I had expected to read a letter where the individual associated with the EFF identified herself a representing the site as the former approach raises UPL lissues that can divert attention away from the issue at hand.

[ reply to this | link to this | view in thread ]

40.  Peter, Oct 10th, 2014 @ 9:01pm        insightful  funny  report

A note on Mr. Berger's omission and confusing pontification

Mr. Berger's letter is poorly written because it contains a certain omission and one confusing aspect. A key paragraph:

For example, on September 29, 2014 you published an article Roca Labs Threatens To Sue All Three Former Customers Who Provided Evidence Against Roca in PissedConsumer Case from the the-ultimate-in-sleazy dept. This article contains numerous false, defamatory and malicious statements about Roca Labs. It appears that these statements were made for no other purpose than to harass and defame Roca Labs. Perhaps the true indication of you[] yellow journalism is that you

fail to indicate that Mr. Randazza made a similar motion to the Court on September 22, 2104 [sic],
which was denied by the Court on September 23, 2014.

The omission bit

If there really were "numerous false, defamatory and malicious statements about Roca Labs" in the cited article,
then Mr. Berger should have enumerated these statements and shown how they satisfy the conditions of
defamation and malice. It is a glaring omission that no such enumeration or showing has been provided by Mr.
Berger.

The confusing bit

With the last sentence of the quote above, Mr. Berger makes a comparative claim that something in TechDirt's
article is supposed to be similar to Mr. Randazza's motion filed on September 22. But Mr. Berger does not
specify what that something in TechDirt's article is. It is just downright confusing; it is not clear what Mr.
Berger is suggesting by referencing that the Court promptly denied Mr. Randazza's motion.

[ reply to this | link to this | view in thread ]



41. serge, Oct 10th, 2014 @ 9:15pm

Re: UPL

I'm not sure what you are trying to say, I assume the acronym stands for Unauthroized practice of law however I
don't understand why that has anything to do with this.

[ reply to this | link to this | view in thread ]

42. G Thompson (profile), Oct 10th, 2014 @ 11:28pm

Re: Arkell v. Pressdram

Pressdram's response is always appropriate to these thuggery letters

So too is Ken White's famous (or is that infamous) response of "snort my taint". ;)

[ reply to this | link to this | view in thread ]

43. G Thompson (profile), Oct 10th, 2014 @ 11:30pm

Re: Confused

Bwahahahahahahahahahahahahahaha

[ reply to this | link to this | view in thread ]

44. That Anonymous Coward (profile), Oct 10th, 2014 @ 11:36pm

Re:

STHAAAAP STEALING MY CRAYONS!

[ reply to this | link to this | view in thread ]

45. That Anonymous Coward (profile), Oct 10th, 2014 @ 11:41pm

something something of holes, STOP DIGGING.

It is sad they couldn't be bothered to Google Mike and come across this little thing called the 'Streisand Effect'.

Here lemme help your ignorance be enlightened...
https://en.wikipedia.org/wiki/Streisand_effect

[ reply to this | link to this | view in thread ]

46. Watchit (profile), Oct 10th, 2014 @ 11:41pm

Re: Re: Re: Re: I looked,

it's best just to go along with it lest we create a paradox. nasty business that. doomed timelines are not fun for
anybody.

[ reply to this | link to this | view in thread ]



47.   Anonymous Coward, Oct 11th, 2014 @ 2:00am    [ insightful ] [ funny ] [ report ]

Re: Re: Re:

The home address of sir Masnick is already public. Why would he censor it? Or did some of the government agencies come in and sponsor the ink?

[ reply to this | link to this | view in thread ]

48.   Anonymous Coward, Oct 11th, 2014 @ 2:54am    [ insightful ] [ funny ] [ report ]

Re:

Yes, evil is dumb. And killing is badong.

[ reply to this | link to this | view in thread ]

49.   Anonymous Coward, Oct 11th, 2014 @ 3:12am    [ insightful ] [ funny ] [ report ]

Re: A note on Mr. Berger's omission and confusing pontification

Glad you said this. Thought it was just me...

[ reply to this | link to this | view in thread ]

50.   Anonymous Coward, Oct 11th, 2014 @ 5:21am    [ insightful ] [ funny ] [ report ]

Re: Re: UPL

The EFF is not a law firm, and it is not at all clear from the letter if the writer is representing the EFF or the site.

[ reply to this | link to this | view in thread ]

51.   Nate Cardozo (profile), Oct 11th, 2014 @ 6:48am    [ insightful ] [ funny ] [ report ]

Re: Re: Re: UPL

What makes you say EFF isn't a law firm? We (I'm an EFF lawyer) certainly are. We're not your average firm to be sure, and we're not ONLY a law firm, but from a legal ethics perspective we're a nonprofit law firm and represent clients as such.

[ reply to this | link to this | view in thread ]

52.   Anonymous Coward, Oct 11th, 2014 @ 7:23am    [ insightful ] [ funny ] [ report ]

Re: Re: Re: Re: UPL

I tend to associate law firms with the definition set forth in Rule 1-100, which does not seem to apply to the EFF. Importantly, I have not conducted any research of state bar opinions to explore the definition in depth.

[ reply to this | link to this | view in thread ]

53.   Nate Cardozo (profile), Oct 11th, 2014 @ 8:09am    [ insightful ] [ funny ] [ report ]

Re: Re: Re: Re: Re: UPL

It absolutely applies to us.

"(a) two or more lawyers whose activities constitute the practice of law, and who share its profits,expenses, and liabilities;"

Yep. Nonprofit but yep.

"(c) a division, department, office, or group within a business entity, which includes more than one lawyer who performs legal services for the business entity;"

Yep. 501(c)(3)s are business entities.

[ reply to this | link to this | view in thread ]

54.   serge, Oct 11th, 2014 @ 8:30am    [ insightful ] [ funny ] [ report ]

Re: Re: Re: Re: Re: UPL

You evidentially haven't conducted research into the EFF either, it basically saved computer cryptography in the '90s via a lawsuit and has filed lawsuits in relation to digital rights ever since, amongst other things, do you seriously think it would be able to persist in that if it were not permitted to by law? I don't mean to sound hostile but I looked up "UPL" and the second result or so (on Duckduckgo, I don't know about google) brought me to a powerpoint where UPL is defined and it was immediately clear that the EFF is allowed to practice law and

Case 8:14-cv-03014-SCB-MAP Document 2-1 Filed 12/03/14 Page 33 of 74 PageID 475

should be obvious just by logical deduction.

[ reply to this | link to this | view in thread ]



55. Anonymous Coward, Oct 11th, 2014 @ 10:08am    insightful   funny   report

Re: Re: Re: Re:

Google's 'transparency report' blocks out the address of the accuser.

Techdirt's 'transparency report' blocks out the address of the accused.

[ reply to this | link to this | view in thread ]

56. dadtaxi, Oct 11th, 2014 @ 10:08am    insightful   funny   report

Re: Confused

Because you don't have to be a fool to be a lawyer, just a fool of a client with billable hours.

[ reply to this | link to this | view in thread ]

57. Anonymous Coward, Oct 11th, 2014 @ 10:43am    insightful   funny   report

Re: Re: Re: Re: Re: UPL

I can see how you might make that mistake, in reading the letter. The letter is quite weak and milquetoasty. Lets face it, if the author of the letter was a paid lawyer, he would have at least put some more strength into the letter. The way it looks now is "oh, pweeze don't sue us, we are just widdwle and afwaid!"

How about telling Burgher that he has no case for all the stupid reasons he has no case. What is the "defamation" here? What is the reason for his letter in the first place? Is he really that stupid?

The demand deserved a Ken White style "snort my taint" letter. Something that showed that TD would fight and fight hard if he did not back off. If I got that reply, it would tell me that TD did not have the money for a real lawyer, so it got some low level do-nada at EFF to write a letter that took 30 seconds. If that letter gets followed up by a lawsuit, TD is going to fold like a cheap suit. It might not, it might fight, but that letter just screams "submissive".

[ reply to this | link to this | view in thread ]



58. Anonymous Coward, Oct 11th, 2014 @ 10:50am    insightful   funny   report

Re: Re: Re: Re: Re: Re: UPL

"TD is going to fold like a cheap suit."

Unlikely. Techdirt has been around since the last century, and still going strong.

[ reply to this | link to this | view in thread ]



59. WysiWyg (profile), Oct 12th, 2014 @ 8:03am    insightful   funny   report

Re: Re: Re: Re: Re: Re: UPL

To me the letter sounded more like "your threats are so pathetic that you are not even worth the time it takes to school you properly, so I'll just point out that you obviously don't know the law and leave it at that".

Basically the worst insult a Klingon lawyer could give someone. ;-)

[ reply to this | link to this | view in thread ]

60. Anonymous Coward, Oct 12th, 2014 @ 8:07am    insightful   funny   report

Queuing up the legal defense fund beg-a-thon in 4…3…2…1…

[ reply to this | link to this | view in thread ]



61. Anonymous Coward, Oct 12th, 2014 @ 1:55pm    insightful   funny   report

Re: Re: Re: Re: Re: Re: UPL

There are times that opponents are worthy of a world-class beatdown using all of the snark and sarcasm available.

This is not one of those times. This is not one of those opponents. Paul Berger is an inferior little man, and is unworthy of anything other than contemptuous dismissal.

[ reply to this | link to this | view in thread ]

62.  Mark Wing, Oct 13th, 2014 @ 9:53am    [insightful] [funny] [report]

Go EFF

Thank you EFF for being awesome. It's a very small list of people who actually give a shit about the Internet, and the EFF, PopeHat and Techdirt are at the top of that list. Being the good guys must be a mostly thankless task, so thank you!

[ reply to this | link to this | view in thread ]

63.  Anonymous Coward, Oct 13th, 2014 @ 10:06am    [insightful] [funny] [report]

Re:

Indeed...this is also used transliterated in French Canada (Quebec), last time I saw this was on a letter from my ex ISP who wasn't able to find new address in their system, to send me a final bill. Since they wouldn't send proof (very long story)that I owed them 76 dollars, things escalated to a letter from a collection agency ending with these wonderful words "Veuillez vous gouverner en conséquence". It sounds ominous even to people who does not get what it means lol.

Then I just sent them my rented cable modem when I was with them and never heard from collection agencies again.

[ reply to this | link to this | view in thread ]

64.  John Pettitt (profile), Oct 13th, 2014 @ 4:41pm    [insightful] [funny] [report]

Private Eye had the right answer to this sort of thing

"We refer you to the reply given in the case of Arkell v. Pressdram"

[ reply to this | link to this | view in thread ]

## Add Your Comment

Have a Techdirt Account? Sign in now. Want one? Register here

Name

Email    ☐ Get Techdirt's Daily Email

URL

Subject

Comment

Options    ☐ Save me a cookie

[Submit] [Preview]

- Note: A CRLF will be replaced by a break tag (<br>), all other allowable HTML will remain intact
- Allowed HTML Tags: <b> <i> <a> <em> <br> <strong> <blockquote> <hr> <tt>

<< FCC Denies It Requires Law Enforcement To Sign...                New iOS Update To Break Emulators On iPhones... >>



**Company**
About Us
Advertising Policies
Privacy

**Contact**
Help & Feedback
Media Kit
Sponsor/Advertise
Submit a Story

**Tools & Services**
Twitter
Facebook
RSS
Techdirt for Mobile
Research & Reports

**More**
Insight Community
Step2
Insider Shop

**techdirt**

Brought to you by Floor64

Case 8:14-cv-00380-SCB-MAP Document 31-1 Filed 12/02/14 Page 35 of 74 PageID 477



| Insider Shop | Insight Community | Step2 | | Search Techdirt | Search |

Techdirt    Wireless News    Innovation    Case Studies    Startups    Net Neutrality          Preferences    Register    Sign In

Main    Submit a Story    📶 RSS

<< Patent Trolling Has Been Crazy Profitable, But...          DailyDirt: I, For One, Welcome Ping Pong Robots >>

## After Getting Slapped Down Over Implied Alfonso Ribeiro Endorsement, Roca Labs Tries With Tommy Chong

from the is-it-real? dept

The Roca Labs saga continues. As you may recall, the company is suing PissedConsumer and a former customer while threatening lawsuits against many others (including us). Part of the issue is that it makes customers agree never to say anything negative about the company in exchange for a "discount."

Legal Issues
by Mike Masnick
Mon, Oct 13th 2014
3:04pm

0

There was a somewhat odd side story a week and a half ago, in which Roca tried to use a statement it had posted to PissedConsumer (and to its own website) about actor Alfonso Ribeiro in what was clearly implied to be an endorsement. Except that Ribeiro's lawyers stepped in and made it clear Ribeiro had never endorsed the product and they demanded that all such uses be taken down. As his lawyers noted:

Filed Under:
alfonso ribeiro,
california, implied
endorsement,
publicity rights,
tommy chong

Companies:
roca labs

Permalink.

> Ribeiro unequivocally is not, has never been and has no intention of ever becoming a paid spokesperson of the Product [Roca Labs]. Furthermore, Ribeiro has never personally used the Product and in no manner whatsoever endorses the Product.

> The unauthorized Review and deceitful use of Ribeiro's name, image, likeness and falsely attributed quotes violates California Civil Code Section 3344, invades Ribeiro's common law rights of privacy and publicity, amounts to unfair competition, is an unfair business practices, and constitutes copyright infringement, among other causes of action.

As I said at the time, I'm not sure the unfair competition or copyright infringement claims would fly, but a falsely implied endorsement is exactly what publicity rights laws were designed to deal with. Pretty quickly, the page about Ribeiro disappeared from Roca's site.

One of our readers, jonr pointed out that it appears the photos of Ribeiro actually came from a Dancing With the Stars "backstage gifting suite" in which the participants in the show are photographed with various sponsor products. Given the smackdown from Ribeiro's lawyers, you might think that Roca would be careful about still using his image in any sort of implied endorsement. And yet, Roca has put up an entire page with photographs from the event and what appears to be implied endorsements. The page says "the stars are impressed with Roca Labs." And the first star at the top of the page is Ribeiro, which is interesting, given his lawyers earlier claims.

There's also some photos with Tommy Chong. And just a little while ago, Roca Labs posted on Facebook what certainly looks like yet another implied endorsement from Tommy Chong. Sure, it doesn't directly say he endorses it. It just says "Tommy Chong holds the Roca Labs" products, but that would appear to imply an endorsement.

Follow Techdirt

Advertisement

Essential Reading

Hot Topics

6.2    Court Says By Agreeing To AOL's Terms Of Service, You've 'Consented' To Search By Law Enforcement

6.0    Now In Charge Of Congress, GOP Plans To Give Up Its Own Constitutional Powers To The Obama Administration

5.7    Chicago Transit Cops Start Up Their Own Security Theater, Will Start Randomly Swabbing Bags For Explosive Residue

New To Techdirt?
Explore some core concepts:

Saying You Can't Compete With Free Is Saying You Can't Compete Period

How Being More Open, Human And Awesome Can Save Anyone Worried About Making Money In Entertainment

The Future Of Music Business Models (And Those Who Are Already There)

read all »

Techdirt Reading List

The Laws of Disruption: Harnessing th...
Larry Downes (Hardcover - Oct 13, 2009)
$10.78
★★★★☆

Freedom of Expression: Resistance an...
Kembrew McLeod (Paperback - Mar 8, 2007)
$14.67
★★★★☆

Cognitive Surplus: How Technology Ma...
Clay Shirky (Paperback - May 31, 2011)
$12.71
★★★★☆

Against Intellectual Monopoly
Michele Boldrin, David K. Levine (Paperback - Ja...
$20.72
★★★★☆

1 2 3 4 5 >

 Get Widget    Privacy          





11/6/2014     After Getting Slapped Down Over Bogus Alfonso Ribeiro Endorsement, Roca Labs Tries Promotion With Tommy Chong | Techdirt

Case 8:14-cv-00303-SCB-MAP Document 2-1 Filed 12/02/14 Page 36 of 74 PageID 478



**Techdirt Insider Chat**

Obama more or less powerless, or close to?

**Christopher Best:** No, he's still got plenty of power. He can veto anything they pass, if he wants, and they don't have a 2/3 majority to overrule him

And he can still write crazy unaccountable executive orders

**Rikuo:** okay thanks

**Mark Harrill:** yeah what CB said. What it changes is the mechanics of Congress, who is in charge of the committees and the R's can control the legislative agenda

**Ninja:** Now imagine if R's and D's had to share the power with C's, B's and other parties? I alliances would have to be made instead of the partisan warfare we are seeing

**Mark Harrill:** it would be human sacrifice, dogs and cats living together mass hysteria

Get the Insider Chat!

Advertisement

I contacted Tommy Chong's manager and agent to see if this was an approved use of his image and name, given the previous issues with Ribeiro. His manager, Paris Chong, quickly informed me that, no, Tommy Chong has not signed any kind of endorsement deal with Roca Labs. It seems likely that Roca would say that it never implied any actual endorsement -- hence the claim that he's merely "holding" the product. But using an image like that in a manner that implies endorsement to your average reader might face difficulty under various publicity rights laws that, again, are specifically designed for situations exactly like this one.

Tweet 29    Like 11    ▲ ▼ submit    g+1

20 Comments | Leave a Comment

If you liked this post, you may also be interested in...

- Roca Labs Threatens Other Sites For Writing About Its Case, Files Another Questionable Document
- Attention Kim Kardashian: You Can't Sue Another Woman For Having A Big Ass And An Instagram Account
- We Hardly Knew Ye: Judge Dismisses Manuel Noriega's Publicity Rights Suit Against Activision
- Magistrate Judge Not Impressed By Roca Labs' Legal Arguments: Recommends Against An Injunction
- California Cops Passed Around Explicit Photos Harvested From Arrestees' Phones

**Recent Stories**

**Thursday**

06:10 Dish Pulls CNN, Doesn't Think Customers Still Paying For It Are Missing Much (2)

04:09 Chicago Transit Cops Start Up Their Own Security Theater, Will Start Randomly Swabbing Bags For Explosive Residue (24)

01:08 Carl Malamud's Public.Resource.Org Joins Effort To Make Pay-Walled Indian Standards Freely Available (2)

**Wednesday**

21:08 Now In Charge Of Congress, GOP Plans To Give Up Its Own Constitutional Powers To The Obama Administration (25)

17:00 DailyDirt: Looking Fashionable In New Spacesuit Designs (7)

15:55 Hillary Clinton Still Refuses To Make Her Views Clear On Surveillance, And That's A Problem (23)

14:48 Roca Labs Threatens Other Sites For Writing About Its Case, Files Another Questionable Document (10)

13:47 Australians' Stored Metadata Could Be Used In Any Civil Case, Including Against Copyright Infringement (25)

12:45 Pharma Officials Insist That There Is 'Zero Evidence' That Patents Harm Access To Medicine (21)

11:41 Germany's Top Publisher Admits Its Web Traffic Plummeted Without Google; Wants Politicians To 'Take Action' (48)

More ▶

Advertisement

**Reader Comments (rss)**

(Flattened / Threaded)

1. Anonymous Coward, Oct 13th, 2014 @ 3:11pm    insightful | funny | report

   Roca Labs: We're Worse Than Prenda and We Like It That Way!

   [ reply to this | link to this | view in thread ]

2. anti-antidirt (profile), Oct 13th, 2014 @ 3:27pm    insightful | funny | report

   They're digging a hole.

   [ reply to this | link to this | view in thread ]

3. Anonymous Coward, Oct 13th, 2014 @ 3:28pm    insightful | funny | report

   Tommy Chong holds the Roca Labs Deceptive Marketing (forms the Bad Publicity which creates the Instant Regret effect).

   [ reply to this | link to this | view in thread ]

4. Anonymous Coward, Oct 13th, 2014 @ 3:59pm    insightful | funny | report

11/6/2014    After Getting Slapped Down Over Bogus Alfonso Ribeiro Endorsement, Roca Labs Tries Promotion With Tommy Chong | Techdirt

Case 8:14-cv-03010-SCB-MAP   Document 3-1   Filed 12/02/14   Page 37 of 74 PageID 479

Tommy Chong's disgraceful railroading

Tommy Chong is one person who must be painfully aware of the repercussions of having one's image used as an implied endorsement. He went to jail for it.

Although he had nothing to do with his adult son's business, Chong's Bongs, Tommy still got roped in, as his (family) name, and apparently some pictures of him, appeared on his son's website.

Maybe this was the DEA's long-awaited revenge for Tommy Chong's embrace of the drug culture and his mocking of law enforcement's "war on drugs" but looking at the facts in the case, he never broke any laws and should have never gone to jail. He only agreed to a plea bargain to have charges dropped against his son, a deal which made prosecutors happy because a celebrity like Tommy Chong was the big fish they could mount on their wall.

[ reply to this | link to this | view in thread ]



5.    Ed, Oct 13th, 2014 @ 4:00pm    | insightful | funny | report |

Re:

Dig a hole, dig a hole, dig a hole, dig a hole...

[ reply to this | link to this | view in thread ]

6.    kenichi tanaka (profile), Oct 13th, 2014 @ 4:16pm    | insightful | funny | report |

That wont last long. I sent an email to Tommy Chong's agent regarding this. Expect his agency to file a lawsuit against Roca Labs over this. lols

[ reply to this | link to this | view in thread ]

7.    Anonymous Coward, Oct 13th, 2014 @ 4:30pm    | insightful | funny | report |

Re: Re:

https://www.youtube.com/watch?v=ytWz0qVvBZ0

[ reply to this | link to this | view in thread ]

8.    Anonymous Coward, Oct 13th, 2014 @ 5:53pm    | insightful | funny | report |

Re: Tommy Chong's disgraceful railroading

IIRC, based on the documentary I saw about his ordeal, the "sting" operation was that a persistent law enforcement individual convinced them to send a shipment of their products to Pennsylvania (I think), where it was illegal to sell such paraphernalia, allowing law enforcement to press criminal charges against them. I seem to recall that they denied selling them several times and finally gave in, which was clearly a misstep on their part.

Whether such a crime is punishable by a prison sentence is another discussion - and I believe you are correct that they used this case as an example with a high profile target. In the grand scheme of things, I suspect it only backfired on law enforcement... very few people think Tommy should have gone to prison for this "crime", and those who did are mostly right wing crazy assholes.

[ reply to this | link to this | view in thread ]

9.    Anonymous Coward, Oct 13th, 2014 @ 6:02pm    | insightful | funny | report |

Re:

I guess you were in such a hurry that you didn't get to the part where the author of the story included a statement from his agent...

[ reply to this | link to this | view in thread ]

10.    steell (profile), Oct 13th, 2014 @ 6:36pm    | insightful | funny | report |

Disclaimer?

[ reply to this | link to this | view in thread ]

11.    steell (profile), Oct 13th, 2014 @ 6:38pm    | insightful | funny | report |

Disclaimer II

The following is at the bottom of the referenced Roca page. Maybe new?

Roca Labs® is not endorsed by Dancing With The Stars, ABC, BBC, or the Disney Co.or the individuals contestants, judges or performers appearing on Dancing With The Stars. Dancing With The Stars, ABC, BBC, and Disney are all registered trademarks of their respective owners. All trademarks on this web site whether registered or not, are the property of their respective owners. Dancers or performers appearing on Dancing with the Stars

had a special opportunity to meet with successful users of Roca Labs' Gastric Bypass NO Surgery® who lost 100 lb on average. The dancers and stars were amazed with the weight loss results, but are not in any way official endorsers of Roca Labs®. Images are courtesy of ABC and the Disney Company. Images should not imply product endorsement or use of Roca Labs products by celebrities pictured in images. *Results are not typical. Results can and will vary.

[ reply to this | link to this | view in thread ]

12.    scote, Oct 13th, 2014 @ 6:47pm     [ insightful ] [ funny ] [ report ]

### Re: Disclaimer II

"*Results are not typical. Results can and will vary."

Didn't the FTC crack down on that and prohibit weight loss companies from using testimonials of atypical users to falsely suggest efficacy? I mean, I'm *sure* that Roca Labs would never think of deliberately flaunting rules, so I'm sure they'll fix their marketing ASAP.

[ reply to this | link to this | view in thread ]

13.    David, Oct 13th, 2014 @ 7:59pm     [ insightful ] [ funny ] [ report ]

### Are the images photoshopped?

You can see Lea and Alphonso in images for the Season 19 gifting suite, but not these images. They are wearing the same clothing, but I didn't see any that matched their postures, and none with the Roca Labs background.

https://www.google.com/search?q=%27Dancing+with+the+Stars%27+Season+19+Backstage+Gifting+Suite

[ reply to this | link to this | view in thread ]

14.    Anonymous Coward, Oct 14th, 2014 @ 2:48am     [ insightful ] [ funny ] [ report ]

I lost 10lbs on a Roca supplement , My wallet has never been thinner.

[ reply to this | link to this | view in thread ]

15.    Baron von Robber, Oct 14th, 2014 @ 6:39am     [ insightful ] [ funny ] [ report ]

They look like they are holding a cup of spakle.
Probably tastes the same and just as effective.

[ reply to this | link to this | view in thread ]

16.    Anonymous Coward, Oct 14th, 2014 @ 8:44am     [ insightful ] [ funny ] [ report ]

### Re: Re:

You weren't expecting kenichi to actually read anything, were you?

[ reply to this | link to this | view in thread ]

17.    dkone, Oct 14th, 2014 @ 9:01am     [ insightful ] [ funny ] [ report ]

### Layers of BS

What gets me is that Dancing with the 'Stars' can sell its 'good' name to any company without regard to the merit of the product. Part of the sale to the company is that the 'Stars' will pose with their product. Of course the companies are going to use these as publicity photos. So not that I agree with Roca Labs practices, but I disagree less with these 'Stars' that smile and pose with a product then bitch about later... you know what, don't hold the fucking thing in the first place. It is not like they accidentally picked it up, they know the deal about why they are there that day. I would even bet they get a cut of the pie.

[ reply to this | link to this | view in thread ]

18.    Baron von Robber, Oct 14th, 2014 @ 10:14am     [ insightful ] [ funny ] [ report ]

### Re: Layers of BS

Producers and Pimps..they are interchangeable.

[ reply to this | link to this | view in thread ]

19.    Anonymous Coward, Oct 15th, 2014 @ 12:34am     [ insightful ] [ funny ] [ report ]

### Re:

kenichi tanaka is a fucking idiot

[ reply to this | link to this | view in thread ]

20.    LduN (profile), Oct 15th, 2014 @ 7:22am     | insightful | funny | report |



Re:

Maybe they want to show the world how effective their product is... Dig a big enough whole, fill it with their crap and see how full it gets!

[ reply to this | link to this | view in thread ]

## Add Your Comment

Have a Techdirt Account? Sign in now. Want one? Register here

| | |
|---|---|
| Name | [                                    ] |
| Email | [                                    ]   ☐ Get Techdirt's Daily Email |
| URL | [                                    ] |
| Subject | [                                    ] |

Comment

```



```

Options   ☐ Save me a cookie

[ Submit ] [ Preview ]

- Note: A CRLF will be replaced by a break tag (<br>), all other allowable HTML will remain intact
- Allowed HTML Tags: <b> <i> <a> <em> <br> <strong> <blockquote> <hr> <tt>

<< Patent Trolling Has Been Crazy Profitable, But...    ⣿    DailyDirt: I, For One, Welcome Ping Pong Robots >>

**Company**
About Us
Advertising Policies
Privacy

**Contact**
Help & Feedback
Media Kit
Sponsor/Advertise
Submit a Story

**Tools & Services**
Twitter
Facebook
RSS
Techdirt for Mobile
Research & Reports

**More**
Insight Community
Step2
Insider Shop

Brought to you by Floor64

# Exhibit 6



# Roca Labs Weight Loss Scam

 Is Food Babe a Fraud?

Roca Labs Sues Customers, Seemingly Violating Their Own Terms and Conditions 



🕐 September 22, 2014        ✎ Consumer Protection

---

Roca Labs sells a weight loss product that may be viewed as a scam by some consumers. They call it "Gastric Bypass No Surgery," and it is essentially a product that you ingest, which the company claims will fill your stomach and limit the space available for food:

> Gastric Bypass Alternative® Procedure can achieve similar results to bariatric surgery without the surgery: a dose of the Roca Labs Mixture consumed when you wake up, immediately limits your stomach space down to as little as 20%: you are in control of the daily dose.  The gastric bypass effect continues to limit stomach space for up to two days so you are "forced" to eat very little.

Eating only 1,200 to 1,500 calories a day becomes easy. You start losing weight from day one almost as if you underwent a gastric bypass surgery. Results may vary. Description refers to a successful regime. See scientific studies.

In addition to supposedly limiting the space available in your stomach, Roca Labs claims it reduces cravings for food with its "Anti-Cravings." Over time, the user's stomach allegedly shrinks.



What is in this nonsense? This is the nutrition label for the "Basic" formula. The first ingredient is beta glucan. Next is guar gum, which is primarily used as a laxative or a thickener in foods. Then comes xanthan gum, which is also used as a thickener in foods. Basically, you will be eating a jar of goop that might expand and make you feel full-ish. All for the low, low price of $480 or (probably) more. This is not the only snake oil of its kind out there. Google searches will find you tons of these products that supposedly expand in your stomach.

Whether these products are a reliable method for weight loss remains to be seen. Yes, I'm sure there are those who claim success. If you eat fewer calories, you will lose weight, so in that regard, the products might be effective. But I am sure there are many people who have not had success, and have wasted a lot of money trying. (They could drink a bunch of water, virtually for free, and probably have better results!)

**Negative Reviews**

But because the product obviously works so well [/sarcasm], Roca Labs is committed to having **no negative comments** about it on the internet.

Roca Labs attempts to silence its unhappy users **before** they even buy the products. The company says that in exchange for a "significant discount" (about $800) off the normal price of $1,580 for the weight loss goop, customers agree to not speak, publish, print, blog or write negatively about the company or products.

(5) You agree that regardless of your outcome, you will **not** disparage RLN and/or any of

our employees, products or services that claims that you will not speak, publish, cause to be published, print, tweet, review, blog or write negatively about RLN, or our products or employees in any way. You further agree that in an effort to prevent the publishing of libelous or slanderous content in any form, your acceptance of this sales contract prohibits you from taking any action that negatively impacts RLN, its reputation, products, services, management or employees.

Pissed Consumer is a website that is essentially a forum for dissatisfied consumers to air their complaints about thousands of products. As of the writing of this article, PissedConsumer.com shows 39 reviews of the Roca Labs products, including both positive and negative reviews. The complaints include the following comments:

- It is expensive, tastes horrible and the doesn't do anything.
- They made it absolutely impossible for anyone to be reached who could help cancel the order.
- This product sucks. It's expensive, horrible to drink & doesn't do nothing. Let alone the horrible customer care you get from the staff.
- The product made me very sick
- RUN AWAY FROM ROCA LABS AND BE AWARE OF THE POSSIBLE MEDICAL PROBLEMS THAT MAY OCCUR WITH CONSUMPTION OF THEIR FORMULA. The harsh formula doesn't digest and may cause bowel obstruction, which can result in death or a permanent colostomy!!!!!
- Product made me ill enough to seek medical attention after following all directions to the letter.
- I believe that this is a scam. I was not given all the information I needed. I was not told that this product would cause vomiting, which is what I do every time I try to use it.

- Your product does not work for me. Spent all that money for nothing.
- I received the product last Sunday and started it. Within hours, I was vomiting, had bad stomach cramps, nausea, light-headiness and my body was shaky.

You can see why it is so important for Roca Labs to shut up unhappy users of their products. The negative reviews sound pretty bad. The Better Business Bureau has a slew of complaints on hand as well:

## Customer Complaints Summary

Read complaint details

**73 complaints closed with BBB in last 3 years | 38 closed in last 12 months**

| Complaint Type | Total Closed Complaints |
| --- | --- |
| Advertising / Sales Issues | 5 |
| Billing / Collection Issues | 19 |
| Delivery Issues | 4 |
| Guarantee / Warranty Issues | 1 |
| Problems with Product / Service | 44 |
| **Total Closed Complaints** | 73 |

### Additional Complaint Information

It has come to BBB's attention that the company will demand the removal of any complaint, web post or other publication that constitutes a breach of the terms and conditions agreed to by the consumer at the time of purchase, regardless of whether or not the consumer complaint is resolved.

**Lawsuit Against Pissed Consumer**

Since Roca Labs clearly hasn't been successful in gagging their customers, they have decided to sue third parties. Roca Labs has sued Consumer Opinion Corp. and Opinion Corp. (dba PissedConsumer.com) over the negative reviews of Gastric Bypass Alternative. The goal is to shut up unhappy users of Roca's product (and stifle their First Amendment rights), but the lawsuit is not filed that way. It was not filed against those who spoke out, rather it was filed against those who created a forum for people to air their complaints.

The Pissed Consumer website is exactly what it sounds like…. a forum for dissatisfied consumers to air their complaints about all sorts of products and services. Roca Labs claims that Pissed Consumer is a "co-author" of reviews since the website has a particular format that complaints must follow, and that it is an "advertising platform" since consumers can pay to make to give their reviews "premium" placement on the site.

Roca Labs claims that PissedConsumer.com allows users to post defamatory, inaccurate, abusive, and offensive material about Roca on its website, and that the site will not remove any of the postings.

Under the guise of unfair and deceptive trade practices, Roca complains that the defendants are making money from advertising and reputation management services, that is has not helped resolve any of the complaints, that it allows untrue things to be published about Roca, and that it has hurt Roca's profits and reputation. Roca claims its damages are in excess of $1 million.

Roca also alleges tortious interference with the contracts between Roca and its customers. As discussed above, purchasers of Roca's products agree that they will never write negatively about the products, or they will be charged "full price" for them. Roca wants Pissed Consumer to reveal the identities of the people who wrote the negative reviews so they can charge them the additional money. Pissed Consumer refuses to identify

the complainers.

And then there is tortious interference with a prospective economic relationship…. in which Roca claims that potential purchasers of its goop decided not to buy because they saw the negative reviews.

And of course there is defamation, in which Roca Labs claims that the complaints posted by consumers were false and that Pissed Consumer knew they were false, etc. Included are statements on the site, as well as tweets published on Twitter, based on the consumer complaints posted on the site.

**Motion For Temporary Injunction**

Roca Labs went on to file a motion for a temporary injunction, asking the court to force PissedConsumer.com to remove postings about Roca Labs from its website.  And last week, Marc Randazza responded on behalf of the defendants:

> Roca Labs ("Roca") is a company that really wants to avoid criticism. However, instead of doing so by delivering a quality product and quality service, it seeks to suppress all criticism through underhanded (if not illegal) means. No matter what kind of hyperbole or unsupported assertions the Plaintiff tries to throw into the docket, that is why we are before this Honorable Court, nothing more, nothing less.

In responding, Randazza included a declaration by Dr. Thomas Parisi, who says of the Roca Labs product:

9. Roca is claiming that its dietary supplement, which consists primarily of industrial food thickening agents, expands and increases the viscosity of water. In other words, it operates under the principal that ingesting Roca's product will expand cause it to expand in the user's stomach, leaving her with no room or desire for anything else, thus prompting weight loss which renders gastric bypass surgery unnecessary.

10. To a layperson, Roca's weight-loss claims likely make logical sense, given that the Product fills the stomach up to 80% capacity with high-fiber, indigestible materials.

11. However, based upon my review of the Product and its ingredients, it could lead to health problems in some individuals, including gastrointestinal distress.

12. Moreover, based upon the ingredients contained in the Product, it could also cause additional unintended side effects in a large number of users, including diarrhea, bloating, intestinal discomfort, gas, constipation, intestinal blockage, dehydration, headaches, and dizziness.

Dr. Parisi discussed the ingredients in Gastric Bypass No Surgery, and declared all of them ineffective in aiding weight loss, with the exception of Konjac. The ingredient Knojac is a "Chinese laxative," according to the doctor. While it can cause weight loss, he says that no competent medical physician would recommend the regular

use of it to lose weight.

Randazza says:

> But, Roca shows little concern for what happens to its users – if its product works for them, then Roca wants that information out there, but woe unto the user who gets sick or finds it ineffective. If they don't keep their traps shut, Roca threatens to sue them.

Pissed Consumer denies co-authoring complaints. The complaints are authored by third party consumers alone, and PissedConsumer.com merely provides one platform from which consumers (both happy and unhappy) may speak.

Regarding the portion of the customer agreement which demands silence from unhappy consumers, Randazza says:

> Does that sound like an upstanding company that stands behind its safe and reliable product? Or does that sound like a disreputable company, producing tubs of snake oil (or snake goop, as it were), and which knows that too much truth will hurt its fly-by-night bottom line? Roca Labs is desperately trying to force a cone of silence over each and every customer that discovers that Roca Labs' product is not only a specious remedy for their weight issues, but a potential cause of additional health problems. Plaintiff, desperate to sell as many of its tubs of goo to the public as it can before regulatory agencies come

knocking does its best to bully its former customers into silence.

And:

> Roca Labs now seeks this Court's assistance to scrub consumer review sites of negative reviews, or seemingly any reviews at all, by filing this lawsuit. Roca wishes to deprive the public of these reviews, even if they might alert a consumer to a possible health crisis. In this spirit, Roca comes to this Court seeking a prior restraint, unethically trying to cast a sanctionable defamation claim as something else, in the hope that this Court will not notice.

You can read the legalese if you enjoy that type of thing, but suffice it to say that Marc Randazza takes the court through all the arguments made by Roca Labs, and destroys them one by one. Roca Labs is exactly the type of company consumers should be talking about, largely because of its questionable (at best) product and its unethical business practices.

## Is Gastric Bypass No Surgery a Scam?

Is the Gastric Bypass No Surgery product itself a scam? I have never tried it and I never will. The consumer reviews are horrifying enough. But a little additional research confirms the sketchy nature of the company and

the product.

Here is the first hint that something is scammy (click on image to enlarge):

# Bariatric Surgeries Alternative

Best non-surgical alternative to all bariatric surgeries. Immediately creates gastric bypass effect: NO cutting – NO surgery.

## Alternative to Tummy Tuck



Tummy Tuck Alternative

Tummy tuck average cost: $4,000 to $20,000 Death rate: 1 in 620 Complications: bleeding, fluid accumulation, seroma, pain, swelling, hematoma

## Alternative to Gastric Bypass



Gastric Bypass Alternative

Gastric bypass average cost: $12,000.  Death rate: 1 in 200. Complications: dumping syndrome, hernia, blood clots, kidney stones, gallstones & stomach pouch problems. Average excess weight loss: 60% to 70%.

## Alternative to Vertical Banded



Gastric Sleeve Alternative

Vertical banded average cost: $20,000. Death rate: 1 in 100. Complications: bad infection, outlet stenosis vomiting, staple-line leak & fistula, band erosion, stoma stenosis, food intolerance, and pouch dilation. 37% excess weight loss at 5 years.

## Alternative to Lap Band



Lap Band® Alternative

Lap Band average cost:  $9,000 to $22,000  Death rate: 1 in 1000  Complications: band problems, blood clots, bowel perforation, gallstones, constipation, nausea & vomiting. Average excess weight loss: 52% in 2 years

## Alternative to Gastric Sleeve



Gastric Sleeve Alternative

Gastric sleeve average cost: $9,500 to $24,000 Death rate: 1 in 500 Complications:  bleeding, leaks, stricture, GERD. Average excess weight loss: 60%

## Alternative to Liposuction



Liposuction Alternative

Liposuction average cost: $4500  Death rate: 1 in 5000 Complications: infections, embolism, seroma, skin necrosis, fluid imbalance, puncture wounds in the organs.

Alternative to Roux-en-Y



Roux-en-Y average cost: $19,000. Death rate: 1 in 200. Complications: dumping syndrome, hernia, blood clots, kidney stones, gallstones & stomach pouch problems. Average excess weight loss: 60%



The Roca Labs home page lists seven surgeries that it says it is an alternative to... except that can't possibly be true. The Roca Labs  product is goop that you ingest to make you feel full (supposedly).  It can't possibly be an alternative to a tummy tuck (which removes excess fat and skin) or liposuction (which removes excess fat). The Roca Labs product doesn't remove anything from your body, so it is clear that they home page (the first point of contact for many) is already dishonest.

Then there is the curious results when one Googles "roca labs scam." Sites such as Roca Labs Scam Experience (rocalabsscamexperience.wordpress.com)  and Roca Labs Scam (rocalabsscam.wordpress.com) come up, among others. Except those sites aren't actually related to anyone claiming Roca Labs is a scam. Those sites are created and maintained **by Roca Labs to promote their products**. I've seen this type of tactic used before by companies that are attempting to dominate Google search results for their company name and the word "scam." **What does the company have to hide?**

## Similar Posts:

- Roca Labs and the Alfonso Ribeiro Endorsement
- Roca Labs Sues Customers, Seemingly Violating Their Own Terms and Conditions



- Xyngular Works: Losing Weight Fast!
- Roca Labs Legal Threats
- Kevin Trudeau Is On His Way to Prison!

Posted in: Consumer Protection   Tagged   gastric bypass no surgery   marc randazza

randazza law   randazza legal group   roca labs   roca labs fraud   roca labs scam

Tracy Coenen

# 3 Comments

# Leave a Reply

Enter your comment here...

Search …   **Search**

## About the Author  ═



Tracy Coenen is a forensic accountant and fraud investigator with Sequence Inc. in Chicago and Milwaukee. She investigates cases of white collar crime, divorce, embezzlement, tax fraud, insurance fraud, and financial statement fraud nationwide.



## Recent Comments ☰

---

SJD **on** These 5 Steps Delivered $1.65 Million in Stock Trading Profits

His latest "credential" is a participation in a copyright extortion scheme (a.k.a....

---

Fish James **on** Why I Hate Intuit and Quickbooks

Lets get this class-action suit together there are thousands of us. I...

---

Tracy Coenen **on** Why I Hate Intuit and Quickbooks

I can't tell you how many people I've heard of canceling their...

---

Will Bradley **on** Why I Hate Intuit and Quickbooks

I have no problem with the Quickbooks Enterprise program, but these guys...

---

**Tracy Coenen on** Isagenix Scam: Questionable Medical Claims, No Science Behind Them

Fructose is sugar, moron. You criticized me for saying that the Isagenix...

---

**DIVORCE**



**EXPERT FRAUD INVESTIGATION**



# H A N D B O O K



# ESSENTIALS



© 2014 Sequence Inc. All rights reserved. View our privacy policy here.

HOME       BLOG       BOOKS BY TRACY       FRAUD SPEAKER

# Exhibit 7

**Roca Labs** USA
Pharmaceuticals

is sent to (mjr@randazza.com)

Mail ▾

Move to Inbox    More ▾

COMPOSE

Inbox

Starred

Important

Sent Mail

Drafts

Notes

More labels ▾

Search people...

Don J

James Hetz

jcyoungda

JohnD@inlawwetr...

Legal Dept. 2

Mason, W

Nicole Freedlander

Sharon King

Shawn Wallach

## Litigation publicity and defamation

**Paul Berger Esq.** <legal5@rocalabs.com>          Sep 26
to Marc, bcc: whitney ▾

Marc:

It has come to my attention that you have been discussing Roca v. Opinion with the media and furnishing them the pleadings. You have been quoted in several articles.  This email is to respectfully request that you stop communicating with the press and making what we believe are defamatory statements such as Roca Labs are snake oil salesman and that the product does not work.

As you may be aware providing judicial pleadings to the press, speaking to the media and making pleadings available online has exposed law firms to liability.   You may be familiar with the *Sunstar Ventures, LLC. v. Tigani* and *Barker v. Huang* cases.

Please confirm that you will cease making defamatory comments to the media about Roca Labs.  It is inappropriate to use legal proceeding to further harm a party in the case.  While it is not necessary, please consider this email to be to comply with the notice provision of Florida Statutes Sec. 770.02.  I trust that you will refrain from making defamatory comments in the future and clarify your past comments.

Best.

Paul

Click here to Reply or Forward

# Exhibit 8

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ROCA LABS, INC.,                                Case No:  8:14-cv-2096-T-33EAJ

       Plaintiff,

v.

CONSUMER OPINION CORP. and
OPINION CORP.,

       Defendants.

_____/

## OPPOSITION TO MOTION TO SHORTEN TIME

DEFENDANTS, OPINION CORP & CONSUMER OPINION CORP., hereby oppose Plaintiff's Motion to Shorten Time (ECF 22).

## I.     Introduction

Defendants filed a motion seeking a restraining order to put an end to Roca's acts of witness tampering and intimidation. ECF 19. The Court has construed ECF 19 as a motion for a protective order, and has ordered Roca to respond.  ECF 24.  Roca moved to shorten the 21-day time period required under Fed. R. Civ. P. 11(c)(2) in order to seek sanctions against Defendants for bringing their motion for a protective order.  ECF 22.  The motion violates the local rules, and even if it did not, would be futile.

//

//

//

Opposition to Motion to Shorten Time

## II.     The Motion Does Not Comply With the Local Rules

### A.     The Motion Fails to Comply With Local Rule 3.01(a)

Local Rule 3.01(a) requires a memorandum of legal authority in support of the requested relief.  Roca provided no such memorandum, and cited no authority at all for its requested relief.  "The Judges of the Middle District have required, for many years now, each motion or application include 'a concise statement of the precise relief requested, a statement of the basis for the request, and a memorandum of legal authority in support of the request.'" *Kaplan v. Kaplan*, 2012 U.S. Dist. LEXIS 66114 (M.D. Fla. May 11, 2012).  Failure to comply with this rule is a ground to deny the motion. See *Bradley v. Lorillard Tobacco Co.*, 2014 U.S. Dist. LEXIS 112115 (M.D. Fla. Aug. 13, 2014) (denying *pro se* litigant's motion for failure to comply with L.R. 3.01(a) as well as 3.01(g)); *Washington v. Sch. Bd.*, 731 F. Supp. 2d 1309, 1323 (M.D. Fla. 2010) (Court striking motion *sua sponte* in part because of L.R. 3.01(a) violation).

### B.     The Motion Fails to Comply With Local Rule 3.01(g)

Local Rule 3.01(g) requires the parties to meet and confer prior to filing most motions.  Roca's motion is one of the types that require compliance.  The purpose of Local Rule 3.01(g) "is to require the parties to communicate and resolve certain types of disputes without court intervention." *Desai v. Tire Kingdom, Inc.*, 944 F. Supp. 876 (M.D. Fla. 1996).  See also, *Bradley* (also denying *pro se* motion for failure to comply with 3.01(g) in addition to violating 3.01(a)).

## III.    Even if the Motion Complied With the Local Rules, it Would be Futile

The Motion seeks to shorten the 21-day time period required under Fed. R. Civ. P. 11(c)(2).  Roca wishes to seek sanctions against the Defendants for moving this Court to shield defense witnesses from Roca's harassment and intimidation.  Whether the Rule 11 motion is

Opposition to Motion to Shorten Time

filed in three days or 21 days, it could not possibly succeed, and if this is not already obvious, it will be so by October 8.  Presumably, this is why Roca wishes to shorten the time period.

Given that a Rule 11 motion would be futile, there is no cause to shorten the time required in which to bring it.  The Court itself reviewed the Defendants' motion.  See ECF 21 and 24.  Presumably, if the Court found the Motion (ECF 19) to be frivolous, it would have said so.  Instead, the Court construed the Motion as a Motion for Protective Order and referred it to the Magistrate.  ECF 21.  In turn, the Magistrate reviewed it and ordered the Plaintiff to file a response.  ECF 24.  Presumably, if the Defendants' motion lacked any reasonable support as to warrant Rule 11 sanctions, one of the learned jurists who reviewed it would have remarked as such.  This is not to say that ECF 21 and ECF 24 make the Defendants' Motion's success something to take for granted.  However, if the Defendants' motion warrants referral to the Magistrate and not an instant denial, and the Magistrate has deemed it worthy an Order for a response, it is (at the very least) not *frivolous*.  Under these facts, it would appear that this Rule 11 motion would be itself a violation of Rule 11.  Rather than waste the Court's time with a Rule 11 motion filed on account of a Rule 11 motion, on a three-day briefing schedule, the Defendants suggest that the Court should deny the Plaintiff's motion to shorten time.  Should the Court grant the Defendants' motion for a protective order, we will have a conclusive determination that it was not frivolous.  Should the Court *not* grant it, perhaps the Court will opine on whether it was a frivolous endeavor.  Again, obviating the need for additional motion practice.  Finally, should the motion fail, there seems to be no reason why the Plaintiff could not move for sanctions *after* it fails, without the aid of Fed. R. Civ. P. 11 and its 21-day handcuffs.  A federal court has the inherent power to sanction bad faith misconduct, even if it could otherwise have been sanctioned under a rule.  *Footman v. Wang Tat Cheung*, 341 F. Supp. 2d 1218, 1223 (M.D. Fla.

2004).  However, when a rule is available, the court should take advantage of the rule, in lieu of its inherent powers.  *Id.*

Nevertheless, this is all academic.  The purpose of the Motion to Shorten Time is transparent.  There is the old saying, "if you can't pound on the law or the facts, pound on the table."  The Plaintiff has brought us little more than table-pounding in this case.

The Plaintiff first tried to bully the Defendants by threatening frivolous litigation under the theory of *it will cost you less to do what we say than to defend yourselves*.[1]  Finding its bullying tactics unsuccessful, Roca filed an unsupportable complaint, along with it, an unsupportable motion for injunctive relief.  Thereafter, Roca began trying to intimidate witnesses.  Then, Roca got even more desperate – submitting an affidavit (ECF 20) that contained demonstrable perjury – that the actor Alfonso Ribeiro ("Carlton" from "The Fresh Prince of Bel Air" and current "Dancing with the Stars" contestant) endorsed the Roca product.  ECF 20 at ¶22.  See Exhibit A, a demand letter from Ribeiro's attorneys attesting to the perjurious nature of Roca's claims that their client approved any such statement.  The desperation continued with Roca threatening *personal* claims against the Defendants' attorney for statements made in the course of litigation.  See Exhibit B.  And now we come to the inevitable result in bad faith litigation of this type – the pound-on-the-table threat of sanctions.  But, this threat is hollow.  The only purpose of it is to unnecessarily multiply the proceedings and to try and continue Roca's desire to intimidate rather than litigate.  The motion should be denied, as the events of October 8 will prove any Rule 11 motion to be a moot point.

//

---

[1] This is a paraphrasing of Roca's "Outside General Counsel's" position, but not a direct quote.

## IV.    Conclusion

For the aforementioned reasons, the Motion should be denied.

Respectfully Submitted,

*Marc J. Randazza*
_____
Marc J. Randazza, Esq.
Florida Bar No. 625566
RANDAZZA LEGAL GROUP
3625 S. Town Center Drive
Las Vegas, Nevada 89135
Tele:  702-420-2001
Fax: 305-437-7662
Email: ecf@randazza.com

CASE NO.: 8:14-cv-2096-T-33EAJ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 1, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

_T. Waar_
An employee / agent of
RANDAZZA LEGAL GROUP

**RANDAZZA** | LEGAL GROUP

Opposition to Motion to Shorten Time

# techdirt

Insider Shop     Insight Community     Step2     [Search Techdirt]   Search

Techdirt     Wireless News     Innovation     Case Studies     Startups     Net Neutrality          Preferences    Register    Sign In

Main     Submit a Story     🔊 RSS

<< Lawyer For Victims Of Nude Celebrity Hacks...          The Silver Lining On The Grooveshark Ruling... >>

## Roca Labs Lawsuit Gets Even More Bizarre: Now With An 'Unauthorized' Guest Appearance By 'TV Celebrity' Alfonso Ribeiro

from the *hey-everyone,-it's-carlton-from-the-fresh-prince* dept

Legal Issues
by Mike Masnick
Thu, Oct 2nd 2014
10:39am

0

Filed Under:
**alfonso ribeiro,
endorsement, marc
randazza, opinions,
paul berger,
publicity rights,
reviews, sanctions**

Companies:
**consumer opinion
corp.,
pissedconsumer.com,
roca labs**

Permalink.

The Roca Labs saga continues to get more and more bizarre -- and now it's got an "unauthorized" appearance by "television celebrity" Alfonso Ribeiro, perhaps better known as Carlton Banks from *The Fresh Prince of Bel Air*, whose Carlton Dance has become the stuff of TV legend. On Monday, Roca Labs filed a motion in a (failed, but we'll get to that) attempt to file an affidavit from Roca's "director of marketing," Don Juravin, supposedly about how the PissedConsumer site is acting unfairly. The affidavit repeats a bunch of claims from the original questionable lawsuit against PissedConsumer's parent company, Consumer Opinion Corp., but then adds the following:

> On September 22, 2014 I purchased a promoted review on pissedconsumer.com for a monthly fee of $5.99 (See Exhibit C attached).
>
> I placed an approved statement by television celebrity Alfonso Riberio [sic] who is currently a contestant on Dancing with the Stars about Roca Labs.
>
> On September 22, 2014 I received a notice from Pissedconsumer.com that my review was canceled.... I received no explanation of why it was canceled.

Roca Labs is using this as a (rather weak) attempt to argue that PissedConsumer is engaged in some sort of unfair practices because it (Roca claims) "will not allow positive information to come forward."

This filing was quickly rejected by the court for procedural issues, focused on the failure of Roca Labs' lawyers to first confer with opposing counsel. However, before even that happened, Roca Labs filed another motion to "shorten time" for when Roca can file a motion for sanctions against PissedConsumer's lawyer, Marc Randazza. The reasoning behind the claim of sanction is not clear (it says a draft is attached, but it does not appear in PACER right now), but it seems to suggest that it's because of Randazza filing for a temporary injunction against Roca Labs threatening or suing the witnesses that have come forward on behalf of PissedConsumer and against Roca Labs. As we mentioned in our previous post, within days of PissedConsumer's legal response to Roca Labs, the company's "general counsel" had sent legal threat letters to all three former customers who had filed statements, even though Roca Labs hadn't had any dealings with two of them for over three years.

It's difficult to see how anything Randazza did was sanctionable (Roca Labs' lawyers' actions, on the other hand...). Either way, Randazza has now filed a rather revealing response, opposing the motion to shorten time, noting that it fails for the same procedural issue (and more) as the earlier filing and because there's basically no chance that the sanctions succeed. It notes that the court has reviewed his motion for the injunction and passed it along to a magistrate judge, who has asked Roca Labs to respond -- something that would be unlikely if the court felt his filing was somehow frivolous. It also fails to actually cite any legal authority for shortening the length of time.

And then there's this:

> Finding its bullying tactics unsuccessful, Roca filed an unsupportable complaint, along with it, an unsupportable motion for injunctive relief. Thereafter, Roca began trying to intimidate witnesses. Then, Roca got even more desperate - submitting an affidavit... that contained demonstrable perjury - that the actor Alfonso Ribeiro ("Carlton" from "The Fresh Prince of Bel Air" and current "Dancing with the Stars" contestant) endorsed the Roca product..... See Exhibit A, a demand letter from Ribeiro's attorneys attesting to the perjurious nature of Roca's claims that their client approved any such statement.

Whoops. As can be seen in this letter, Ribeiro's lawyers appear rather upset about his likeness being used in this way and make it clear that it's unauthorized:

> Ribeiro unequivocally is not, has never been and has no intention of ever becoming a paid spokesperson of the Product [Roca Labs]. Furthermore, Ribeiro has never

Advertisement



### Essential Reading

### Hot Topics

**8.8**   Lena Dunham Once Again Threatens Lawsuit Over An Interpretation Of Her Book That She Doesn't Like

**7.3**   Dish Pulls CNN, Doesn't Think Customers Still Paying For It Are Missing Much

**6.1**   Court Says By Agreeing To AOL's Terms Of Service, You've 'Consented' To Search By Law Enforcement

### New To Techdirt?
*Explore some core concepts:*

How Being More Open, Human And Awesome Can Save Anyone Worried About Making Money In Entertainment

The Future Of Music Business Models (And Those Who Are Already There)

An Economic Explanation For Why DRM Cannot Open Up New Business Model Opportunities

*read all »*

### Techdirt Reading List



The Public Domain: Enclosing the Com...
James Boyle (Paperback - Jan 26, 2010)
**$21.74**
⭐⭐⭐⭐⭐

Eat People: And Other Unapologetic R...
Andy Kessler (Paperback - Jul 31, 2012)
**$13.83**
⭐⭐⭐⭐

Information Feudalism: Who Owns th...
Peter Drahos (Paperback - Jan 1, 2007)
**$15.68**
⭐⭐⭐⭐

A Culture of Improvement: Technolog...
Robert Friedel (Paperback - Feb 26, 2010)
**$20.83**
⭐⭐⭐⭐

1 2 3 4 5 >

Get Widget     Privacy                    amazon.com

Follow Techdirt

personally used the Product and in no manner whatsoever endorses the Product.

> The unauthorized Review and deceitful use of Ribeiro's name, image, likeness and falsely attributed quotes violates California Civil Code Section 3344, invades Ribeiro's common law rights of privacy and publicity, amounts to unfair competition, is an unfair business practices, and constitutes copyright infringement, among other causes of action.

I'm not sure that Roca Labs' usage would *actually* be "unfair competition" or "copyright infringement," but that might depend on some other specifics. However, they make it clear that he has not and will not endorse the product, which would make this a total slam dunk publicity rights case (*this* is the exact type of situation that publicity rights law was designed for, even if people keep trying to stretch it). It is worth noting that the letter in question is to PissedConsumer, concerning *its* hosting of the review. That review -- which was up earlier this week when I saw it, has since been removed, noting the letter from Ribeiro's attorney.

Much more tellingly, a page that *used to be* on Roca Labs' own website showing the very same endorsement from Ribeiro has *also disappeared from the site*, though (as of this posting) it's still viewable via Google cache. Here's a screenshot to show that it absolutely existed:



There is a photo of what appears to be Ribeiro holding Roca Labs' product -- so there may be some questions raised about whether he did or did not endorse the product at some point, but his lawyers seem fairly definitive in saying he did not. The fact that Roca has removed the page from its own site also says a lot (and none of it good for Roca Labs).

And, we're not done yet. Roca Labs' lawyer, Paul Berger, also sent threatening emails to Randazza himself, suggesting that Randazza had been "making defamatory comments" to the media. The email exchange, which Randazza filed as an exhibit with his filing, shows Randazza responding to Berger asking what specific defamatory quote he's talking about. Berger instead *quotes PissedConsumer's legal filing* (about calling Roca Labs' product "snake oil"), which we (and, I believe) other news publications, quoted. Randazza pointed out to Berger that it was not a quote from him but rather in his pleadings, and then asked (one assumes, sarcastically) if Berger is truly asking Randazza to retract a statement from his motion for preliminary injunction. I would assume that Berger is aware of the concept of litigation privilege, so either he didn't fully read Randazza's earlier filings, he forgot about litigation privilege, or he's just blustering for the sake of blustering. Randazza's latest filing suggests the latter may be the case:

> The desperation continued with Roca threatening personal claims against the Defendants' attorney for statements made in the course of litigation.

Also, for whatever it's worth, Berger accuses Randazza of distributing the filings to reporters, perhaps unaware that we reporters are also allowed access to PACER and can (and do!) download documents ourselves. Shocking, I know.

Either way, the Roca Labs case is taking on the stench of Righthaven- and Prenda-like desperation. Given what's happened so far, I imagine there are still more interesting things to come.

**Update:** And... just like that, the court has denied the motion to shorten time on the procedural issues around the failure to confer with opposing counsel.

To print the document, click the "Original Document" link to open the original PDF. At this time it is not possible to print the document with annotations.

**Techdirt Insider Chat**

Obama more or less powerless, or close to...

**Christopher Best:** No, he's still got plenty of power. He can veto anything they pass, if he wants, and they don't have a 2/3 majority to overrule him
And he can still write crazy unaccountable executive orders

**Rikuo:** okay thanks

**Mark Harrill:** yeah what CB said. What it changes is the mechanics of Congress, who is in charge of the committees and the R's can control the legislative agenda

**Ninja:** Now imagine if R's and D's had to share the power with C's, B's and other parties? I alliances would have to be made instead of the partisan warfare we are seeing

**Mark Harrill:** it would be human sacrifice, dogs and cats living together mass hysteria

**Get the Insider Chat!**

Advertisement 

**Recent Stories**

### Thursday

08:20 James Comey Again Demands Tech Companies Do As He Says And Grant The FBI Complete Access To Whatever It Wants (5)

06:10 Dish Pulls CNN, Doesn't Think Customers Still Paying For It Are Missing Much (19)

04:09 Chicago Transit Cops Start Up Their Own Security Theater, Will Start Randomly Swabbing Bags For Explosive Residue (37)

01:08 Carl Malamud's Public.Resource.Org Joins Effort To Make Pay-Walled Indian Standards Freely Available (3)

### Wednesday

21:08 Now In Charge Of Congress, GOP Plans To Give Up Its Own Constitutional Powers To The Obama Administration (40)

17:00 DailyDirt: Looking Fashionable In New Spacesuit Designs (7)

15:55 Hillary Clinton Still Refuses To Make Her Views Clear On Surveillance, And That's A Problem (24)

14:48 Roca Labs Threatens Other Sites For Writing About Its Case, Files Another Questionable Document (11)

13:47 Australians' Stored Metadata Could Be Used In Any Civil Case, Including Against Copyright Infringement (25)

12:45 Pharma Officials Insist That There Is 'Zero Evidence' That Patents Harm Access To Medicine (21)

More 

Advertisement

Case 8:14-cv-02014-SCB-MAP Document 21-1 Filed 12/02/14 Page 70 of 74 PageID 512

To print the document, click the "Original Document" link to open the original PDF. At this time it is not possible to print the document with annotations.

To print the document, click the "Original Document" link to open the original PDF. At this time it is not possible to print the document with annotations.

11/6/2014    Roca Labs Lawsuit Gets Even More Bizarre Now With 'Unauthorized Guest Appearance By' Celebrity' Alfonso Ribeiro | Techdirt

Case 8:14-cv-02014-SCB-MAP Document 2-1 Filed 12/02/14 Page 71 of 74 PageID 513

To print the document, click the "Original Document" link to open the original PDF. At this time it is not possible to print the document with annotations.

To print the document, click the "Original Document" link to open the original PDF. At this time it is not possible to print the document with annotations.



Tweet 32    Like 11    ▲ ▼ submit     g+1

**10 Comments** | **Leave a Comment**

If you liked this post, you may also be interested in...

- Roca Labs Threatens Other Sites For Writing About Its Case, Files Another Questionable Document
- Pianist Dejan Lazic Defends His Takedown Request By Pointing Out That The WaPo Reviewer Is *Really Mean*
- Attention Kim Kardashian: You Can't Sue Another Woman For Having A Big Ass And An Instagram Account
- Magistrate Judge Not Impressed By Roca Labs' Legal Arguments: Recommends Against An Injunction
- Roca Labs Story Gets More Bizarre: Senator Threatens Bogus Defamation Lawsuit, While Nevada Quickly Rejects Bogus Bribery Charge

**Reader Comments** (rss)

(Flattened / Threaded)      Show All Comments ▼

1.   **Ninja** (profile), *Oct 2nd, 2014 @ 9:09am*    insightful | funny | report

   *Either way, the Roca Labs case is taking on the stench of Righthaven and Prenda-like desperation.*

   And then, to the astonishing surprise of virtually nobody, we find out that Righthaven, Prenda and Roca belong to Carreon Holding inc.

   That would be an epic apotheosis for the novel, no?

   [ reply to this | link to this | view in thread ]

2.   **Mason Wheeler** (profile), *Oct 2nd, 2014 @ 11:00am*    insightful | funny | report

   Wow. So just when you thought all the Roca Labs nonsense was crazy enough... they went and got celebrities involved!

   [ reply to this | link to this | view in thread ]

3.   **Anonymous Coward**, *Oct 2nd, 2014 @ 11:12am*    insightful | funny | report

   There is a photo of what appears to be Ribeiro holding Roca Labs' product

   Which could be about 30 secs work in the Gimp, or Photoshop... oh alright a few minutes work.

   [ reply to this | link to this | view in thread ]

4.   **Glen**, *Oct 2nd, 2014 @ 11:40am*    insightful | funny | report

   I know it isn't November yet but I am grateful for Roca Labs. It is nice to see someone working hard to fill Righthaven's and Prenda's shoes.

   [ reply to this | link to this | view in thread ]

5.   **Anonymous Coward**, *Oct 2nd, 2014 @ 11:55am*    insightful | funny | report

   **Dancing with the Stars about Roca Labs**

   [...] Alfonso Riberio [...] is currently a contestant on Dancing with the Stars about Roca Labs.

   I've never seen that show (Dancing with the Stars about Roca Labs). Is it any good?

   [ reply to this | link to this | view in thread ]

6.   **Anonymous Coward**, *Oct 2nd, 2014 @ 12:06pm*    insightful | funny | report

   **Re:**

   It could also be about 30 secs of him being at some event, someone sticking something into his hands and asking him to smile.

   That's quite different than an official endorsement. And the "endorsement" was very carefully worded to NOT say

Roca Labs Lawsuit Gets Even More Bizarre Now With Unauthorized Guest Appearance By Celebrity | Techdirt

that he'd actually used the product or actually even approved of it....

[ reply to this | link to this | view in thread ]

7. **ACasey** (profile), Oct 2nd, 2014 @ 12:47pm

insightful | funny | report

**Prenda Law 2: Dietary Supplement Boogaloo**

Now with a surprise celebrity guest - a washed-up C-list actor from 90's TV!

[ reply to this | link to this | view in thread ]

8. **jonr** (profile), Oct 2nd, 2014 @ 3:03pm

insightful | funny | report

**Step and Repeat**

Looks like AC is right -- it's probably 30 seconds of him at a DWTS "backstage gifting suite" -- while I can't find that actual picture, here's someone else at the event in front of the same background:
http://www.contactmusic.com/photo/lindsay-arnold-dancing-with-the-stars-season-19-backstage-gifting_ 4374939
And here's him at that event in the same shirt: http://www.contactmusic.com/photo/alfonso-ribeiro-dancing-with-the-stars-season-19-backstage-gifting _4374873

So the most charitable possible reading of the Roca page they took down: AR was at this event, a Roca rep spoke with him briefly and said the things Roca claims the rep said, and AR posed for a couple photos.

Also, if you read the Roca page closely, they never said he used their product, only that he lost weight.

Not that I think Roca is good in any way, of course.

[ reply to this | link to this | view in thread ]

9. **Matthew Cline** (profile), Oct 2nd, 2014 @ 7:19pm

insightful | funny | report

**Next step: Roca suing Ribeiro**

C'mon, Roca, you can do it! Dig that hole deeper! Throw away your shovel and get a backhoe!

[ reply to this | link to this | view in thread ]

10. **The Baker**, Oct 2nd, 2014 @ 10:16pm

insightful | funny | report

**Popcorn**

Just when I'm finally getting the last remnants of popcorn hulls from between my teeth .... Now this.

[ reply to this | link to this | view in thread ]

## Add Your Comment

Have a Techdirt Account? **Sign in now**. Want one? **Register here**

Name

Email ☐ Get **Techdirt's Daily Email**

URL

Subject

Comment

Options ☐ Save me a cookie

[Submit] [Preview]

- **Note:** A CRLF will be replaced by a break tag (<br>), all other allowable HTML will remain intact
- **Allowed HTML Tags:** <b> <i> <a> <em> <br> <strong> <blockquote> <hr> <tt>

<< Lawyer For Victims Of Nude Celebrity Hacks...    The Silver Lining On The Grooveshark Ruling... >>

11/6/2014     Roca Labs Lawsuit Gets Even More Bizarre Now With Unauthorized Guest Appearance By TV Celebrity Alfonso... | Techdirt

Case 8:14-cv-02014-SCB-MAP Document 2-1 Filed 12/02/14 Page 74 of 74 PageID 516



**Company**
About Us
Advertising Policies
Privacy

**Contact**
Help & Feedback
Media Kit
Sponsor/Advertise
Submit a Story

**Tools & Services**
Twitter
Facebook
RSS
Techdirt for Mobile
Research & Reports

**More**
Insight Community
Step2
Insider Shop

Brought to you by Floor64