**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROCA LABS, INC.   CASE NO: 8:14-cv-03014-SCB-MAP
                  JUDGE: PIZZO
    Plaintiff,

  v.

MARC J. RANDAZZA

    Defendant.
_____/

## JOINT MOTION TO DEFER INITIAL CASE MANAGEMENT OBLIGATIONS PENDING RULING ON REMAND

Plaintiff, Roca Labs, Inc. ("ROCA") and Defendant Marc Randazza ("RANDAZZA") pursuant to MD Local Rules 3.01 and 3.05, jointly move this Court for an order deferring the parties' initial case management obligations pending a ruling on the issue of remand, and state:

1. Local Rule 3.05 requires that the parties meet in person to discuss, and thereafter file, a Case Management Report.

2. On December 12, 2014, Plaintiff filed a Motion to Remand; ECF 6.

3. On December 29, 2014, Defendant filed its Opposition to the Motion to Remand; ECF 13.  The issues relating to removal and remand are now ripe for a decision.

4. The parties are prepared to discharge their obligations under MD Local Rule 3.05, however preparation and filing of the Case Management Report appears premature until the Court determines whether it will continue to exercise jurisdiction over this case.  The parties will be in the best position to conduct effective case management discussions once it is determined which court will consider the issues raised in this proceeding.

5. Accordingly, subject to approval by the Court, the parties stipulate to a deferral of the initial case management obligations imposed by MD Local Rule 3.05, pending a decision on the Motion to Remand.

## **MEMORANDUM OF LAW**

This Court has the power to extend any deadline for good cause shown. MD Local Rule 3.09. The interests of judicial economy and efficient case management will be served by deferring the MD Local Rule 3.05 initial case management obligations pending the court's decision on the Motion to Remand. Accordingly, the parties have demonstrated good cause to defer the deadlines referenced above.

WHEREFORE, the parties jointly request that this Court extend the deadline for conducting the case management conference until ten (10) days after issuance of the Court's order on the Motion to Remand, with the case management report due within ten (10) days after the case management conference.

*/s/ John DeGirolamo*
JOHNNY G. DEGIROLAMO, ESQ.
FLORIDA BAR NO: 0089792
*The Law Offices of John DeGirolamo, Esq.*
6000 South Florida Avenue
P.O. Box 7122, Lakeland, FL 33807
*Attorney for Plaintiff, Roca Labs, Inc.*
Phone: (863) 603-3461
Pr. Email:  JohnD@inlawwetrust.com
Sc. Email:  Legal4@RocaLabs.com

Lawrence G. Walters
Florida Bar No.: 776599
**Walters Law Group**
195 W. Pine Ave.
Longwood, FL 32750
Phone: (407) 774-6151
Facsimile: (407) 774-6151
Toll Free: (800) 530-8137
Email: Larry@FirstAmendment.com

Ira Perry Rothken
California Bar No.: 160029
Jared Robinson Smith
California Bar No.: 130343
**Rothken Law Firm**

3 Hamilton Landing., Ste. 280
Novato, CA 94949
Phone: (415) 924-4250
Facsimile: (415) 924-2905
Email: ira@techfirm.net
Email: jared@techfirm.net

Luke C. Lirot
Florida Bar No.: 714836
2240 Belleair Rd., Ste. 190
Clearwater, FL 33764
Phone: (727) 536-2100
Facsimile: (727) 536-2110
Email: luke2@lirotlaw.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed through the CM/ECF system on this 8th day of January, 2015, which will serve a copy by email transmission on the following: Johnny G. DeGirolamo, Esq., The Law Offices of John DeGirolamo, Esq., 6000 South Florida Avenue, P.O. Box 7122, Lakeland, FL 33807, JohnD@inlawwetrust.com.

_____
Lawrence G. Walters