UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.                                                    Case No: 8:14-cv-03014-SCB-MAP

      Plaintiff,

v.

MARC J. RANDAZZA

      Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF ANTI-SLAPP MOTION**

Defendant Marc J. Randazza respectfully requests leave of the Court to file a Reply Memorandum in Support of his Anti-SLAPP Special Motion to Dismiss Roca Labs' Complaint. The Reply Memorandum, pursuant to Local Rule 3.01(d), will be approximately nine (9) pages in length. Counsel for the Plaintiff has consented to the relief sought in this Motion.

**Memorandum of Law**

Local Rule 3.01(c) provides that a party may seek leave to file a reply by filing a motion. Granting leave to file a reply brief is appropriate where the opposing party has misstated facts, cited case law that should not be applied to a given set of facts, or where the opposing party's brief has raised additional issues not addressed in the original motion. *Amerisure Mut. Ins. Co. v. Crum & Forster Specialty Ins. Co.*, 2012 U.S. Dist. LEXIS 168648, 2 (M.D. Fla. Nov. 28, 2012) ("The purpose of a reply brief is to rebut any new law or facts contained in the opposition's response to a request for relief before the Court").

Plaintiff's Opposition to Randazza's Anti-SLAPP Motion contains significant legal and factual inaccuracies, and Randazza in good faith believes that it is necessary to file a short Reply to identify to the Court the important legally-relevant inaccuracies. Furthermore, Roca

1

Labs rests largely on the notion that Nevada and California Anti-SLAPP statutes are inapplicable in federal court. Randazza requests a reply brief to address these issues and explain why Roca Labs' reliance on *Shady Grove Orthopedic Associates, P.A. v. Allstate Insurance Co.*, 130 S. Ct. 1431 (2010) is not only misplaced, but also inaccurate, and that the Anti-SLAPP statutes do in fact apply in federal court. This is a new legal issue raised by the Opposition, and the Court would benefit from responsive briefing.

In addition a motion under the Anti-SLAPP statute is generally treated as a motion for summary judgment, and is evaluated in federal court under Rule 56. *Francis v. Wynn Las Vegas, LLC*, 557 F. App'x 662, 664 (9th Cir. 2014); *Stubbs v. Strickland*, 297 P.3d 326, 329 (2013 Nev.); *Yu v. Signet Bank/Virginia*, 103 Cal. App. 4th 298, 317 (1st Dist. 2002). In the Middle District, reply briefs are routinely allowed in summary judgment proceedings, and therefore, Randazza respectfully requests that he be permitted to file one here.

### Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), the undersigned certifies that on March 15, 2015, he verbally conferred with opposing counsel, April S. Goodwin, Esq., who states that she does not oppose the relief requested herein.

WHEREFORE, Randazza requests permission from the Court to file a Reply.

Lawrence G. Walters
Florida Bar No.: 776599
**Walters Law Group**
195 W. Pine Ave.
Longwood, FL 32750
Phone: (407) 975-9150
Facsimile: (407) 774-6151
Toll Free: (800) 530-8137
Email: Larry@FirstAmendment.com

Ira Perry Rothken

2

>California Bar No.: 160029
>Jared Robinson Smith
>California Bar No.: 130343
>**Rothken Law Firm**
>3 Hamilton Landing, Ste. 280
>Novato, CA 94949
>Telephone: (415) 924-4250
>Facsimile: (415) 924-2905
>Email: ira@techfirm.net
>Email: jared@techfirm.net
>
>Luke C. Lirot
>Florida Bar No.: 714836
>2240 Belleair Rd., Ste. 190
>Clearwater, FL 33764
>Phone: (727) 536-2100
>Facsimile: (727) 536-2110
>Email: luke2@lirotlaw.com
>
>*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed through the CM/ECF system on this 16th day of March, 2015, which will serve a copy by email transmission on the following: April S. Goodwin, Esq. The Law Offices of April S. Goodwin, P.A., P.O. Box 10213, Largo, FL 33807, goodwinlawoffices@gmail.com and Johnny DeGerolimo, Esq., The Law Offices of John DeGirolamo, Esq., 6000 South Florida Avenue, P.O. Box 7122, Lakeland, FL 33807, JohnD@inlawwetrust.com, counsel for Roca Labs, Inc.

_____
Lawrence G. Walters