UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,

    Plaintiff,                              CASE NO: 8:14-CV-03014-SCB-MAP

vs.

MARC RANDAZZA,

    Defendant.
_____/

**MOTION TO WITHDRAW AS COUNSEL FOR ROCA LABS, INC.**

    John DeGirolamo, Esq., counsel of record in the above matter, pursuant to Local Rule 2.03., hereby moves this Court to enter an Order allowing Mr. DeGirolamo to Withdraw as Counsel for Roca Labs, Inc. In support of this Motion, undersigned counsel states as follows:

    On March 5, 2015, the undersigned was in a car accident, which rendered him unable to work during the forthcoming days. On or about March 6, 2015, April S. Goodwin, Esq. filed a Notice of Appearance on behalf of Roca Labs, Inc. (Roca). This was done, in part, based on the mutual agreement of Roca and undersigned counsel that the undersigned could no longer represent Roca. Roca has consented to such withdrawal. *See Roca Consent*, below.

    Pursuant to Local Rule 2.03, undersigned counsel has previously given ten days notice to Roca and opposing counsel. Opposing Counsel, Mr. Larry Walters, did not provide a response to said notice; however, Mr. Walters has been in communication with April Goodwin, Esq. concerning this case. Mr. DeGirolamo shall have no further responsibilities related to this action and all subsequent service of pleadings and documents should be served upon Roca counsel April Goodwin.

WHEREFORE, John DeGirolamo, Esq., respectfully requests that this Court enter an Order granting the withdrawal of his representation of Roca Labs, Inc. in this matter.

Respectfully submitted this 23rd day of March, 2015.

*/s/ John DeGirolamo*
JOHNNY G. DEGIROLAMO, ESQ.
FLORIDA BAR NO: 0089792
*The Law Offices of John DeGirolamo, Esq.*
1207 North Franklin Street, Suite 326
Tampa, Florida 33602
*Attorney for Plaintiff, Roca Labs, Inc.*
Phone: (813) 415-3510
Pr. Email: JohnD@inlawwetrust.com
Sc. Email: Service@inlawwetrust.com

**CONSENT FOR WITHDRAWAL OF COUNSEL**

Roca Labs, Inc. here by consents to the withdrawal of John DeGirolamo as attorney for Roca Labs Inc. in all proceedings in this cause.

*/s/ George Whiting*_____
George Whiting
President, Roca Labs, Inc.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of March, 2015. I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF PACER system which will send a notice of electronic filing to the following:

Lawrence G. Walters, Esq. (E-mail: Larry@FirstAmendment.com)
Walters Law Group, 195 W. Pine Ave., Longwood, FL 32750

Luke Lirot, Esq. (E-mail: Luke2@lirotlaw.com)
Luke Litor, P.A., 2240 Belleair Road, Clearwater, FL 33764

Ira Perry Rothken, Esq. (E-mail: Ira@techfirm.net)
Jared Robinson Smith, Esq. (Email: Jared@techfirm.net)
Rothken Law Firm, 3 Hamilton Landing, Suite 280, Novato, CA 94949

*/s/ John DeGirolamo*
JOHNNY G. DEGIROLAMO, ESQ.