# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Sheryl L. Loesch
Clerk

Mark Middlebrook
Tampa Division Manager

ROCA LABS, INC.,

    Plaintiff,

v.

Case No: 8:14-cv-3014-T-24MAP

MARC RANDAZZA,

    Defendant.

---

## TRANSMITTAL OF RECORD TO STATE COURT

### State Court Case Number: 2014-CA-011251

Enclosed is a certified copy of the Order of Remand along with an extra copy of this letter. Please date stamp the copy of the letter and return it in the envelope provided.

April 6, 2015        SHERYL L. LOESCH, CLERK

                        By:    s/BN, Deputy Clerk

Enclosures

Date of Receipt: _____

By: _____

**RECEIVED**

**APR 09 2015**

CLERK OF THE CIRCUIT COURT
HILLSBOROUGH COUNTY
CIRCUIT CIVIL DIVISION